# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

APR 0 3 2000

MICHAEL N. MILBY
CLERK

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Aimee DeSantis

**U. S. C. S. O. :**

**U. S. MARSHAL:**

**INTERPRETER:**

**DATE:** April 3, 2000     **OPEN:** 1:30 p.m.  2:40 p.m.     **ADJOURN:** 1:40 p.m.  2:47 p.m.

**TAPE:** # 1

**CIVIL ACTION NUMBER:** C-00-126

Arthur Gochman, et al.                    **COUNSEL:** Max Luther

VS.

Ken Oakley, et al.                        **COUNSEL:** Fred Dreiling/ Jim McKibben/Jorge Rangel

Edwin Fleuriet

(✓) Telephone Conference: Case called. Appearances are made. Discussion of notice of removal. Court instructs parties to appear in Court in one hour. (Recess) Parties are present. Discussion of case matters. Adjourn.

3.