United States District Court
Southern District of Texas
ENTERED

APR 1 1 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN | § § § § | |
| Plaintiffs | § § | 5. |
| VS. | § § | CIVIL ACTION NO. 00-126 |
| | § § | JURY |
| KEN OAKLEY, THE CITY OF PORT ARANSAS, TEXAS, URBAN ENGINEERING, AND STANLEY A. STARRETT, JR. | § § § § § | |
| Defendants | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL STATE COURT PLEADINGS TO NOTICE OF REMOVAL**

On this __10th__ day of __April__, 2000, came on to be heard in the above entitled and numbered cause the Unopposed Motion for Leave to File Additional State Court Pleadings to Notice of Removal filed by Defendants, the City of Port Aransas, Texas, Ken Oakley, and Stanley A. Starrett, Jr.. Having considered the Unopposed Motion for Leave, it appears to this Court that the Defendants' Motion should in all things be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that Defendants' Motion for Leave to File Additional State Court Pleadings to Notice of Removal is GRANTED. Accordingly, it is ORDERED, ADJUDGED, AND DECREED that the additional state court pleadings and Defendants' Amended Notice of State Court Pleadings may be filed to Defendants' Notice of Removal.

SIGNED this \_\_\_10th\_\_\_ day of \_\_\_\_April_____, 2000.

_____
UNITED STATES DISTRICT JUDGE