United States District Court
Southern District of Texas
FILED

APR 11 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| & MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-126 |
| | § | JURY |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY AND THE CITY | § | |
| OF PORT ARANSAS, TEXAS | § | |

## DEFENDANT CITY OF ROCKPORT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, City of Port Aransas, and files this its Certificate of Interested Parties, and would show as follows:

Arthur Gochman
1800 N. Mason Rd.
Katy, Texas 77449
**Plaintiff**

Molly Gochman
Founder's Number 197
Guilford College
5800 West Friendly
Greensboro, North Carolina
**Plaintiff**

Ken Oakley
740 West Arrowhead
Club House Drive #3042
Glendale, Arizona 85308
**Defendant**

The City of Port Aransas
710 W. Avenue A
Port Aransas, Texas
**Defendant**



Stanley A. Starrett, Jr.
P.O. Box 1287
Port Aransas, Texas
**Defendant**

Urban Engineering
2725 Swantner
Corpus Christi, Texas 78466
**Defendant**

Respectfully Submitted,

By: *James F. McKibben, Jr.*
James F. McKibben, Jr.          *signed with permission by*
State Bar No. 13713000          *Liza Marie Aguilar*
Federal ID No. 914              *State Bar No. 24006741*
                                *Federal ID No. 23222*

ATTORNEY-IN-CHARGE FOR DEFENDANT
CITY OF PORT ARANSAS

OF COUNSEL:

***BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.***
Liza Marie Aguilar
State Bar No. 24006741
Federal ID No. 23222
1100 Tower II
555 N. Carancahua
Corpus Christi, Texas  78478
(361) 882-6611 - telephone
(361) 883-8353 - telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the following counsel of record in accordance with the Federal Rules of Civil Procedure this 11th day of April, 2000.

Mr. Max J. Luther, III
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, Texas   78470-0165

Mr. Michael Gene Morris
Attorney at Law
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411

Mr. Ed Cogburn
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza
Houston, Texas 77046

Mr. E.R. Fleuriet
The Fleuriet Schell Law Firm LLP
621 E. Tyler
Harlingen, Texas 78550

Mr. Jorge C. Rangel
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, Texas 78403-2683

Mr. Fred Dreiling
Law Offices of Fred D. Dreiling
Bank of America
500 North Water St. - Suite 714
Corpus Christi, Texas 78471

James F. McKibben, Jr.   Signed with permission by
Liza Manie Aguilar
State Bar No. 24006741
Federal ID No. 23222