UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 11 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| ARTHUR GOCHMAN and MOLLY GOCHMAN, | § § § | |
| PLAINTIFFS | § § | |
| VS. | § § | CIVIL ACTION NO. C-00-126 |
| KEN OAKLEY, THE CITY OF PORT ARANSAS, TEXAS, URBAN ENGINEERING, AND STANLEY A. STARRETT, JR. | § § § § § § | |
| DEFENDANTS | § | |

## DEFENDANT STANLEY A. STARRETT, JR.'S
## CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Pursuant to the Order for Conference and Disclosure of Interested Persons, Defendant, Stanley A. Starrett, Jr., informs the Court that the following are parties who have a financial interest in this litigation:

Stanley A. Starrett, Jr.
110 C.R. 1492
Wimberley, Texas 78676

Respectfully submitted,

Edwin R. Fleuriet    by J___ R___ with permission q E.R. Fleuriet
_____
Edwin Randolph Fleuriet
Attorney in Charge
State Bar No. 07145500
Federal I.D. No. 1327

OF COUNSEL:
The Fleuriet Schell Law Firm, LLP
621 E. Tyler
Harlingen, Texas 78550
(956) 428-3030
(956) 421-4339 (Facsimile)

Jorge C. Rangel
Federal I.D. No. 5698
State Bar No. 16543500
The Law Offices of Jorge C. Rangel, P.C.
615 Upper N. Broadway
Suite 900 - WF238
P. O. Box 2683
Corpus Christi, Texas 78403-2683
(361) 883-8500
(361) 883-2611 (Facsimile)

ATTORNEYS FOR DEFENDANT STANLEY A. STARRETT, JR.

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a true and correct copy of the foregoing instrument to all counsel of record, in accordance with the Federal Rules of Civil Procedure, on this 11th day of April, 2000.

_____
Jorge C. Rangel

2