Case 2:00-cv-00126  Document 9  Filed in TXSD on 04/12/2000  Page 1 of 2

United States District Court
Southern District of Texas
FILED

APR 12 2000

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARTHUR GOCHMAN and MOLLY GOCHMAN, | § § § § |
| PLAINTIFFS | § § |
| vs. | § CIVIL ACTION NO. C-00-126 § § |
| KEN OAKLEY, THE CITY OF PORT ARANSAS, TEXAS, URBAN ENGINEERING, AND STANLEY A. STARRETT, JR. | § § § § § |
| DEFENDANTS | § |

## PLAINTIFFS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Pursuant to the Order for Conference and Disclosure of Interested Persons, PLAINTIFFS, **ARTHUR GOCHMAN and MOLLY GOCHMAN**, informs the Court that the following are parties who have a financial interest in this litigation:

Arthur Gochman
Academy Sports & Outdoors
1800 N. Mason Rd.
Katy, Texas 77449

Molly Gochman
Beachwalk I
Port Aransas, Texas 78373

Academy, LTD
1800 North Mason Road
Katy, Texas 77449

Respectfully submitted,

Max J. Luther, III, P.C. & Associates
Frost Bank Plaza
802 N. Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165
Telephone: (361) 888-5544
Telecopier: (361) 887-6835



By: /s/ Max J. Luther, III
State Bar No. 12706000
Attorney for PLAINTIFFS,
**ARTHUR GOCHMAN** and
**MOLLY GOCHMAN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded via certified mail, return receipt requested, to the following counsel of record, in accordance with the Federal Rules of Civil Procedure, on this the 12TH day of April, 2000.

/s/ Max J. Luther, III

ED COGBURN
Dow, Cogburn & Friedman, P.C
9 Greenway Plaza
Houston, Texas 77046
**VIA CMRRR#Z-149-738-256**

FRED D. DREILING
Attorney at Law
Bank of America
500 North Water St, Suite 714
Corpus Christi, Texas 78471
**VIA CMRRR#Z-149-738-257**

JAMES F. MCKIBBEN, JR.
Barger, Hermansen, McKibben
   & Villarreal, L.L.P.
800 N Shoreline Blvd, Ste 2000 N. Tower
Corpus Christi, Texas 78401
**VIA CMRRR#Z-149-738-258**

MICHAEL GENE MORRIS
Attorney at Law
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411
**VIA CMRRR#Z-149-738-259**

MATTHEW J. SULLIVAN
Haynes and Boone, L.L.P.
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
**VIA CMRRR#Z-149-738-260**

E. R. FLEURIET
The Fleuriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas 78550
**VIA CMRRR#Z-149-738-261**

JORGE C. RANGEL
The Law Offices of Jorge C. Rangel, P.C.
P. O. Box 2683
Corpus Christi, Texas 78403-2683
**VIA CMRRR#Z-149-738-262**

2