United States District Court
Southern District of Texas
FILED
APR 13 2000
MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ARTHUR GOCHMAN
AND
MOLLY GOCHMAN

VS.              C.A. NO. C-00-126
               JURY

STANLEY A. STARRETT, JR.,
KEN OAKLEY AND
THE CITY OF PORT ARANSAS

### DEFENDANT, KEN OAKLEY'S, CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

     COMES NOW, Defendant, Ken Oakley, and files this his Certificate of Interested Parties, and would show as follows:

Arthur Gochman
1800 North Mason Road
Katy, Texas
**Plaintiff**

Molly Gochman
Founder's Number 197
Guilford College
5800 West Friendly
Greensboro, North Carolina
**Plaintiff**

Ken and Andrea Oakley
P.O. Box 1782
Port Aransas, Texas 78373
**Defendant**

The City of Port Aransas
710 West Avenue A
Port Aransas, Texas
**Defendant**

*Defendant, Ken Oakley's, Certificate of Interested Parties*
*Gochman vs. Oakley, et. al.*
*Page 1*

Stanley A. Starrett, Jr.
P.O. Box 1287
Port Aransas, Texas
**Defendant**

Urban Engineering
2725 Swantner
Corpus Christi, Texas 78466
**Defendant**

          Respectfully submitted,

          Fred D. Dreiling
          State Bar No. 06115100
          Federal ID No. 19239

          **ATTORNEY FOR DEFENDANT**
          **KEN OAKLEY**

*Defendant, Ken Oakley's, Certificate of Interested Parties*
*Gochman vs. Oakley, et. al.*
*Page 2*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the following counsel of record in accordance with the Federal Rules of Civil Procedure this 12th day of April, 2000.

Mr. Max J. Luther, III
*Law Office of Max J. Luther, III*
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165

Mr. Michael G. Morris
Attorney at Law
5350 South Staples, Suite 222
Corpus Christi, Texas 78411

Mr. Ed Cogburn
*Dow, Cogburn & Friedman, P.C.*
9 Greenway Plaza
Houston, Texas 77046

Mr. E.R. Fleuriet
*The Fleuriet Schell Law Firm, L.L.P.*
621 East Tyler
Harlingen, Texas 78550

Mr. James F. McKibben, Jr.
*Barger, Hermansen, McKibben & Villarreal, L.L.P.*
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478



Fred D. Dreiling

*Defendant, Ken Oakley's, Certificate of Interested Parties*
*Gochman vs. Oakley, et. al.*
*Page 3*