UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN and MOLLY GOCHMAN, | § § § | |
| PLAINTIFFS | § § § | |
| VS. | § | CIVIL ACTION NO. C-00-126 |
| | § | |
| KEN OAKLEY, THE CITY OF PORT ARANSAS, TEXAS, URBAN ENGINEERING, AND STANLEY A. STARRETT, JR. | § § § § § | |
| DEFENDANTS | § | |

United States District Court
Southern District of Texas
FILED
APR 13 2000
Michael N. Milby, Clerk

## DEFENDANT STANLEY A. STARRETT, JR.'S
## AMENDED CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Pursuant to the Order for Conference and Disclosure of Interested Persons, Defendant, Stanley A. Starrett, Jr., with the filing of this Amended Certificate of Disclosure of Interested Parties, informs the Court that the following are parties who have a financial interest in this litigation:

| | |
|---|---|
| Arthur Gochman<br>1800 N. Mason Rd.<br>Katy, Texas  77449 | Plaintiff |
| Molly Gochman<br>Founder's Number 197<br>Guilford College<br>5800 West Friendly<br>Greensboro, North Carolina | Plaintiff |
| Ken Oakley<br>740 West Arrowhead<br>Club House Drive #3042<br>Glendale, Arizona  85308 | Defendant |

11.

| | |
|---|---|
| The City of Port Aransas<br>710 W. Avenue A.<br>Port Aransas, Texas | Defendant |
| Stanley A. Starrett, Jr.<br>110 C.R. 1492<br>Wimberley, Texas  78676 | Defendant |
| Urban Engineering<br>2725 Swantner<br>Corpus Christi, Texas  78466 | Defendant |

Respectfully submitted,

Edwin Randolph Fleuriet
Attorney in Charge
State Bar No. 07145500
Federal I.D. No. 1327

OF COUNSEL:
The Fleuriet Schell Law Firm, LLP
621 E. Tyler
Harlingen, Texas  78550
(956) 428-3030
(956) 421-4339 (Facsimile)

Jorge C. Rangel
State Bar No. 16543500
Federal I.D. No. 5698
The Law Offices of Jorge C. Rangel, P.C.
615 Upper N. Broadway
Suite 900 - WF238
P. O. Box 2683
Corpus Christi, Texas  78403-2683
(361) 883-8500
(361) 883-2611 (Facsimile)

ATTORNEYS FOR DEFENDANT STANLEY A. STARRETT, JR.

2

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a true and correct copy of the foregoing instrument to all counsel of record, in accordance with the Federal Rules of Civil Procedure, on this 13th day of April, 2000.

_____
Jorge C. Rangel