# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND<br>MOLLY GOCHMAN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CV ACTION NO. C-00-126 |
| KEN OAKLEY, THE CITY OF<br>PORT ARANSAS, TEXAS, URBAN<br>ENGINEERING, THE PERALLA<br>CORPORATION, LARRY J. URBAN,<br>DAN URBAN, JAMES URBAN,<br>EUGENE URBAN AND STANLEY<br>A. STARRETT, JR., | § § § § § § § § § | |
| Defendants. | § | |

United States District Cou...
Southern District of Texas
FILED

MAY - 1 2000

MICHAEL N. MILBY, CLERK

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendants Urban Engineering, The Peralla Corporation, Larry J. Urban, Dan Urban, James Urban and Eugene Urban, file this Certificate of Interested Persons and Corporate Disclosure Statement (these parties are referred to as the "Urban Defendants" for purposes of this filing only). The Urban Defendants believe that the following persons and entities have a financial interest in the outcome of this case:

1. Arthur Gochman, Plaintiff
2. Molly Gochman, Plaintiff
3. Ken Oakley, Defendant
4. The City of Port Aransas, Texas, Defendant
5. Stanley A. Starrett, Jr., Defendant
6. Urban Engineering, Defendant

14.

7.   The Peralla Corporation, Defendant
          (general partner of Urban Engineering)
8.   Urban Consulting Engineers, Inc. (not a named defendant)
          (general partner of Urban Engineering)
9.   Larry Urban, Defendant
          (employee of the Peralla Corp.)
10.  James Urban. Defendant
          (employee of Urban Consulting Engineers, Inc.)
11.  Dan Urban, Defendant
          (employee of Urban Consulting Engineers, Inc.)
12.  Eugene Urban, Defendant
          (employee of Urban Consulting Engineers, Inc.)

Respectfully submitted,

Matthew J. Sullivan
State Bar No. 19488325
Andrea L. Sloan
State Bar No. 90001678

HAYNES AND BOONE, L.L.P.
600 Congress Avenue, Suite 1600
Austin, Texas 78701
512/867-8400 - telephone
512/867-8470 - telecopier

ATTORNEYS FOR DEFENDANTS
URBAN ENGINEERING, THE PERALLA
CORPORATION, LARRY J. URBAN, DAN
URBAN, JAMES URBAN AND EUGENE URBAN

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following parties in accordance with the Federal Rules of Civil Procedure on the $\underline{27}$ day of April, 2000:

Max J. Luther, III, Esq.
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Jorge C. Rangel, Esq.
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683

E.R. Fleuriet, Esq.
The Fleuriet Schell Law Firm, L.L.P.
621 East Tyler
Harlingen, TX 78550

James F. McKibben, Jr., Esq.
Barger, Hermansen, McKibben & Villarreal, L.L.P.
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, TX 78401

Michael Gene Morris, Esq.
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

Fred Dreiling, Esq.
Law Offices of Fred D. Dreiling
Bank of America, Suite 714
500 North Water Street
Corpus Christi, TX 78471

Matthew J. Sullivan