# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Aimee DeSantis

**U.S.C.S.O.:** Adrien Perez

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas

MAY 23 2000

MICHAEL N. MILBY, CLERK

**DATE:** May 23, 2000    **OPEN:** 1:20 / 2:10    **ADJOURN:** 1:51 / 2:54

**TAPE:** #1, 2

**CIVIL ACTION NUMBER:** C-00-126

Arthur Gochman, et al.                    **COUNSEL:** Max Luther

VS.

Ken Oakley, et al.                         **COUNSEL:** Fred Dreiling/Jim McKibben/Matthew Sullivan/~~Shelby Sharpe~~/Jorge Rangel

✓ IPTC: Case called. Appearances are made. Discussion of case matters. (Recess) Discussion of trial dates. Scheduling order is signed. Court signs general order. Court orders parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO. Court refers parties to mediation. Discussion of initial disclosures. Adjourned.

16.