```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                         CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
ENTERED

MAY 24 2000

Michael N. Milby, Clerk of Court

ARTHUR GOCHMAN, et al     §
                          §
V.                        §     C.A. NO. C-00-126
                          §
KEN OAKLEY, et al         §

### ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 23rd day of May, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE