United States District Court
Southern District of Texas
ENTERED

MAY 2 4 2000

Michael N. Milby, Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Arthur Gochman, et al. | § | |
| | § | |
| V. | § | Civil Action No. C-00-126 |
| | § | |
| Ken Oakley, et al. | § | |

## SCHEDULING ORDER

1. **TRIAL IS SET FOR** ~~Friday, March 2, 2000~~ *Tues Sept 5* at 8:00 a.m.         , before Judge Janis Graham Jack at the United States District Court, 521 Starr Street, Corpus Christi, Texas. If the parties prepare this case for trial sooner than this date, a final pretrial order may be prepared and filed with a joint motion stating that the case is ready for trial and that an earlier trial date is requested.

2. **FINAL PRETRIAL CONFERENCE IS SET FOR** ~~Thursday, March 1, 2001~~ *Fri Sept 1 2000* at **8:30 a.m.**, before Judge Janis Graham Jack at the United States District Court, 521 Starr Street, Corpus Christi, Texas. The attorney-in-charge for each party is required to be present.

3. **THE ORIGINAL AND ONE COPY OF YOUR JOINT PRETRIAL ORDER SHALL BE FILED NO LATER THAN** ~~Monday, February 19, 2001~~ *Fri Aug 18 2000* **by 3:00 p.m.**         . This satisfies the requirement of FRCP 26 (a)(3). Plaintiff will be responsible for the filing of a joint pretrial order, executed by the attorney-in-charge for each party, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (1994). Plaintiff shall allow all parties at least **fifteen (15) working days** for review and contribution. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to any matter relevant to a pretrial order will be set forth in the joint pretrial order at the ap-

propriate place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.

4. **EXCEPT FOR GOOD CAUSE SHOWN, THE DEADLINE FOR FILING DISPOSITIVE MOTIONS IS** ~~December 15,~~ *July 17*, 2000 _____. Failure to respond timely will be considered by the Court as if the motion is unopposed, and the motion may be granted. Legal memoranda greater in length than 25 pages will **NOT** be filed without leave of Court. No reply to the opposition to a motion will be filed by movant without leave of Court on good cause.

5. ~~The provisions of the~~ **JOINT DISCOVERY/CASE MANAGEMENT PLAN** ~~are hereby adopted~~. *June 1, 2000.*

6. **THE DEADLINE FOR JOINDER OF PARTIES IS** ~~June 30, 2000~~ *June 15, 2000 fn △*. **THE DEADLINE FOR AMENDMENT OF PLEADING IS** ~~September 29, 2000~~ *June 1 fn*. This provision does not relieve the parties from obtaining leave to file pleading or add parties whenever required by the Federal Rules of Civil Procedure.

7. Discovery shall end on ~~December 29, 2000~~ *Aug 1, 2000*. **DESIGNATION OF EXPERTS**, by all parties, are due ~~40~~ *20* **DAYS** prior to the Discovery deadline. **RESPONSIVE EXPERTS** are due ~~20~~ *10* **DAYS** prior to the Discovery deadline. Responsive experts will not be limited to rebuttal testimony. **Written Reports** that fully comply with Federal Rules of Civil Procedure 26 (a)(2)(B) shall be due at the time of designation of each expert. Parties are ordered to file only proposed witnesses with Court, pursuant to Federal Rules of Civil Procedure 26, but **NOT** reports or other discovery materials. Hearings on expert testimony and/or qualifications (i.e. <u>Daubert</u> and <u>Markman</u>) shall be requested no later than the deadline for discovery.

8. All pleading, motions, briefs, memoranda, and requests for affirmative relief will be directed to the Court, **IN PLEADING FORM**, not correspondence form, through the United States District Clerk:

United States District Clerk
521 Starr Street
Corpus Christi, TX 78401

You are requested **NOT** to use the informality of letter briefs, letters citing authorities, or letters requesting continuances or other affirmative relief. Additionally, do not copy the Court on letters between the parties.

ORDERED this _23rd_ day of _May_, 20_00_.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

Rev. 1/98