UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 01 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ARTHUR GOCHMAN and | § | |
| MOLLY GOCHMAN | § | |
| | § | CIVIL ACTION NO. C-00-126 |
| vs. | § | Jury |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY, URBAN ENGINEERING, | § | |
| A PARTNERSHIP, THE PERALLA | § | |
| CORPORATION, URBAN CONSULTING | § | |
| ENGINEERS, INC. AND | § | |
| THE CITY OF PORT ARANSAS | § | |

<u>PLAINTIFFS' ARTHUR GOCHMAN AND MOLLY GOCHMAN,
RULE 26(A) INITIAL DISCLOSURES</u>

The PLAINTIFFS, **ARTHUR GOCHMAN and MOLLY GOCHMAN**, makes its mandatory Initial Disclosures pursuant to Rule 26(A)(1)FRCP.

Witness:

(A.) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings identifying the subject of the information:

**ARTHUR GOCHMAN** is a Plaintiff in the case, and is the owner and/or lessee of Lots 24, 25, and 26, Beachwalk I, Mustang Island, Nueces County, Texas, the home lots, the real property at issue, and has knowledge of the relevant facts as to statements, the building, and damages, all as set out in their Amended Original Petition.

      1800 North Mason Road
      Katy, Texas 77449
      (281)646-5220

**MOLLY GOCHMAN** is a Plaintiff in the case, and is the daughter of Arthur Gochman and is an owner-lessee of the real property involved in this litigation, and has knowledge of relevant matters, including the purchase of the property from Stanley

21.

Starrett, Jr., a Defendant, construction of the residence on Lot 24 and damages, and all other matters as alleged in the Plaintiff's Amended Original Petition.

    273 Beachwalk
    Beachwalk I
    Port Aransas, Texas

  **KEN OAKLEY** is a defendant in the case and the owner of the real property Lot 35 Beachwalk II Addition, City of Port Aransas, on which he built his residence, which is adjoining the Gochman property to the North and East, seaward and which construction is in violation of the Dune Protection Act and the Port Aransas Coastal Management Plan and gave rise to this litigation.

    Beachwalk II Addition
    Port Aransas, Texas

  **STEPHEN THOMPSON** is the building official for the City of Port Aransas. He was the building inspector working for the City of Port Aransas, Texas, who inspected the Oakley construction on Lot 35 and will testify that Urban Engineering is the City Engineer handling the Beachwalk II project for the City.

    904 Barnett Street
    Kerrville, Texas

  **TOMMY M. BROOKS** is the City Manager for the City of Port Aransas and can testify with regard to permitting and applicable ordinances in the City of Port Aransas and their relation to Beachwalk II.

    710 West Avenue A
    Port Aransas, Texas 78373-4128
    (512) 749-4111

  **TIM DYKES** is the architect retained by the Plaintiff, Arthur Gochman, to design the Gochman residence on Lot 24, Beachwalk I

    TLD Architects, Inc.
    15915 Katy Freeway, Suite 530
    Houston, Texas 77094
    (281) 647-0510

2

**DONALD M. FEFERMAN** is the attorney who represented Mr. Gochman and investigated the permitting process for the Oakley residence on Lot 35, Beachwalk II. Mr. Feferman has previously served on the Nueces County Beach Management Committee and is familiar with the Dune Protection Act and its application.

>Feferman and Rehler
>P.O. Box 23041
>Corpus Christi, Texas 78403-3041
>(361) 883-1830

**PRISCILLA M. HUBENAK**, Assistant Attorney General, Natural Resources Division. Ms. Hubeneck is an Assistant Attorney General who worked on the permits obtained by Defendant, Stanley Starrett, Jr.

>Office of the Attorney General
>P. O. Box 12548
>Austin, Texas 78711-2548
>(512)463-2012

**JESSY L. JONES** is an employee of the General Land Office in Austin, Texas, and worked on permitting and ordinances with the State of Texas with regard to the Oakley residence and the permitting of Beachwalk I and II, Port Aransas, Texas.

>Texas General Land Office
>Stephen F. Austin Building
>1700 North Congress Avenue
>Austin, Texas 78701-1495
>(512)463-5001

**TERRENCE F. WOOD** is an appraiser who appraised Lots 24, 25, and 26 the home lots for Defendant, Stanley A. Starrett, Jr.

>Terrance F. Wood & Company
>921 North Chaparral, Suite 201
>Corpus Christi, Texas 78401
>(361)888-8991

**JAMES L. URBAN** is a Defendant and an engineer who with his firm, Urban Engineering, prepared the Port Aransas Coastal Management Plan, the Application for Permitting Beachwalk I and II for Defendant, Stanley A. Starrett, Jr., and was the City of Port Aransas Engineer active in the platting of Beachwalk I and II before the City Council of Port Aransas, Texas.

> Urban Engineering
> P. O. Box 6355
> Corpus Christi, Texas 78466-6355
> (361)854-3101

**STEPHEN GRUNWALD** was an engineer working for Urban Engineering and was an engineer who worked with Defendant, Stanley A. Starrett, Jr., in the platting process of Beachwalk I and II and gave advice as the City of Port Aransas Engineer on the Dune Permit for Starrett.

> P. O. Box 6355
> Corpus Christi, Texas 78466-6355
> (361)854-3101

**DUDLEY CARPENTER** was the project superintendent for the construction of the Gochman residence on Lot 24 (the home lot).

> 1800 North Mason Road
> Katy, Texas 77449
> (281)646-5220

**KIMBERLY MCKENNA** is a Coastal Geologist who formerly worked at the Texas General Land Office and can testify with regard to the Application of the Dune Protection Act and its enforcement.

> P. O. Box 9586
> Newark, DE 19714-9586
> (302)866-9981

**GREG TERECCHI** is a general contractor in Port Aransas, Texas, who built the Oakley house upon Lot 35, next to and immediately North of the Gochman home

lots. His company also caused to be removed a portion of the sand dune and level its grass cover in the construction of the Oakley residence.

>P. O. Box 2708
>Port Aransas, Texas 78374

**JAMES SHERRILL** is the Mayor of the City of Port Aransas, and executed documents with regard to Starrett and his application and compliance with the Port Aransas Coastal Management Plan.

>710 W. Avenue A
>Port Aransas, Texas 78373
>(361)749-4111

**FRANK RUTTENBERG** is an attorney retained by Plaintiffs who investigated violations of the Dune Protection Act by Same Defendants.

>106 South St. Mary's
>8001 Alamo Center
>San Antonio, Texas 78205

**TOM MURPHY** is an employee for the City of Port Aransas, Texas, and inspected the Oakley House.

>The City of Port Aransas, Texas
>710 W. Avenue A
>Port Aransas, Texas 78373
>(361)749-4111

**JEAN IVY** is an employee for the City of Port Aransas with knowledge of facts and documents.

>The City of Port Aransas, Texas
>710 West Avenue A
>Port Aransas, Texas 78373
>(361)749-4111

**STANLEY A. STARRET** is a Defendant and is the developer of Beachwalk I and II, who made application for permits and made representations to Plaintiffs

> P. O. Box 1287
> Port Aransas, Texas 78373

**TONY DOGEY** is a sub-contractor who worked on the Gochman home and witnessed the Oakley building.

> 307 Epps
> Tomball, Texas 77375
> Home: (281)351-7419
> Pager: (802)916-2591

**WILLIAMS INDUSTRIES, INC.** was the General Contractor who built the Gochman home.

> 11000 Brittmoore Park Drive
> Houston, Texas 77041

**DON RICHARDSON** is an employee of Williams Industries, Inc. who built the Gochman home and witnessed the Oakley building.

> 11000 Brittmoore Park Drive
> Houston, Texas 77041

## EXPERTS:

All experts have not been fully determined and employed by Plaintiffs to the date, however, the Plaintiff will designate experts in accordance with the Court's Scheduling Order of May 23, 2000.

## EXPERTS:

1.) **EDMUND L. COGBURN**
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza
Houston, Texas 77046
(713)940-6000

2.) **MAX J. LUTHER, III**
Max J. Luther, III, P.C. & Associates
1350 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
(361)888-5544

3.) **FRANK RUTTENBURG**
106 South St. Mary's
8001 Alamo Center
San Antonio, Texas 78205

4.) **DONALD FEFERMAN**
Feferman and Rehler
P.O. Box 23041
Corpus Christi, Texas 78403-3041
(361) 883-1830

The above (1-4) are attorneys employed by the Plaintiff and can testify as to attorney fees.

**KIMBERLY MCKENNA**
P. O. Box 9586
Newark, DE 19714-9586
(302)866-9981

Ms. McKenna is a Coastal Geologist, formerly an employee of the General Land Office and can testify with regard to the Dune Protection Act and violations under the Act.

B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the parties that are relevant to disputed facts alleged with particularity in the pleadings.

Please see the documents filed or served in the State Court proceeding before removal to the Federal Court.

7

(1.)   The Plaintiff's Response to the Defendant's Request for Disclosure;
(2.)   The Plaintiff's Answers to the Defendant's First Request for Production;
(3.)   The Plaintiff's First Supplemental Answers to the Defendant's First Request for Production;

These documents should be in the possession of each party, but will be copied if requested.

Also, please see Plaintiffs' Responses and Objections to Defendant, Stanley A. Starrett, Jr.'s, Second Request for Production.

All parties have copies of the depositions of: Arthur Gochman, Tim Dykes, Stanley A. Starrett, Jr., and Steven Thompson, which have been taken in the State Court proceeding below, and the Plaintiff's Responses and Objections to Defendant, Stanley A. Starrett, Jr's. Second Request for Production.

Please see the documents attached to each of the depositions of Gochman, Dykes, Starrett, and Thompson, and attached to Plaintiff's First Amended Petition, including, but not limited to, Starrett to Gochman Earnest Money Contract, Port Aransas Coastal Management Plan, Order of Commissioners Court of Nueces County, Texas, establishing a Dune Protection Line, Beachwalk Unit Two, Roadways and Utilities Dune Permit and Beach Front Construction Certificate, Beachwalk Unit Two Residential Dune Permit and Plaintiffs' Responses to Defendant Stanley A. Starrett, Jr's. Request for Production. These documents are, or should be, in the possession of each party, and such documents are voluminous, but will be copied at the request of any party to this action and supplied after payment of reasonable copying charges. Please note that some of the exhibits to the depositions and Request for Production named involved multi-paged construction drawings which are voluminous and costly to reproduce.

The Plaintiffs have produced to all parties the documents listed above, but will produce any additional documents upon your request.

C.   A computation of any category of damages obtained by disclosing party making available for inspection and copying under Rule 34. The documents or other evidence were material not privileged or protected from disclosure on which such

8

computation is based, including materials bearing on the nature and extent of injuries suffered.

The Plaintiff's Gochman, purchased the home lots, Lots 24, 25, and 26, from Defendant Starrett for $300,000.00. Thereafter, Plaintiff's Gochman built upon the property, specifically lot 24, the Gochman residence, at a cost of $1,300,000.00, to the total cost, land and building, to the Plaintiffs of $1,600,000.00. Due to the removal of part of the sand dunes joining the home lots and the building of the Oakley house North and seaward of the home lots, the home lots are diminished in value to $650,000.00.

Please see documents referred to in B above.

D.    For inspection and copying under Rule 34, any insurance agreement under which any person carrying on the insurance business may be liable to satisfy part or all of the Judgment which may be entered into the action or to indemnify or reimburse for payment made to satisfy the Judgment.

This category may not be applicable to Plaintiffs' Gochman, however, if applicable, insurance documents will be provided.

Respectfully submitted,

Max J. Luther, III, P.C. & Associates
Frost Bank Plaza
802 N. Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165
State Bar No. 12706000
Federal I.D. No. 298
Telephone: (361) 888-5544
Telecopier: (361) 887-6835

By: _____
MAX J. LUTHER, III
ATTORNEY FOR PLAINTIFFS

9

and

**EDMUND L. COGBURN**
DOW, COGBURN, & FRIEDMAN, P.C.
9 Greenway Plaza
Houston, Texas 77046
Telephone: (713)940-6000
Telecopier: (713)940-6099
Federal I.D. No.: 2105
State Bar No. 04501000
ATTORNEY FOR PLAINTIFFS

10

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded via certified mail, return receipt requested, to the following counsel of record, in accordance with the Federal Rules of Civil Procedure, on this the 1st day of June, 2000.

                                                          Max J. Luther, III

EDMUND L. COGBURN
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza
Houston, Texas 77046
**VIA CMRRR# 7099 3220 0001 4298 4189**

MATTHEW J. SULLIVAN
Haynes and Boone, L.L.P.
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
**VIA CMRRR#7099 3220 0001 4298 4226**

FRED D. DREILING
Attorney at Law
Bank of America
500 North Water St., Suite 714
Corpus Christi, Texas 78471
**VIA CMRRR#7099 3220 0001 4298 4196**

E. R. FLEURIET
The Fleuriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas   78550
**VIA CMRRR#7099 3220 0001 4298 4233**

JAMES F. MCKIBBEN, JR.
Barger, Hermansen, McKibben
   & Villarreal, L.L.P.
800 N. Shoreline Blvd., Ste. 2000 N. Tower
Corpus Christi, Texas 78401
**VIA CMRRR#7099 3220 0001 4298 4202**

JORGE C. RANGEL
The Law Offices of Jorge C. Rangel, P.C.
P. O. Box 2683
Corpus Christi, Texas   78403-2683
**VIA CMRRR#7099 3220 0001 4298 4240**

MICHAEL GENE MORRIS
Attorney at Law
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411
**VIA CMRRR#7099 3220 0001 4298 4219**