UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN - 5 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN, | § | |
| Plaintiffs, | § | |
| v. | § | CV ACTION NO. C-00-126 |
| KEN OAKLEY, THE CITY OF PORT ARANSAS, TEXAS, URBAN ENGINEERING, THE PERALLA CORPORATION, LARRY J. URBAN, DAN URBAN, JAMES URBAN, EUGENE URBAN AND STANLEY A. STARRETT, JR., | § | |
| Defendants. | § | |

**DEFENDANTS URBAN ENGINEERING'S, THE PERALLA CORPORATION'S, LARRY J. URBAN'S, DAN URBAN'S, JAMES URBAN'S AND EUGENE URBAN'S INITIAL DISCLOSURE OF PERSONS WITH RELEVANT KNOWLEDGE**

Pursuant to Paragraph VI of the Court's General Order issued May 23, 2000 and Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Defendants Urban Engineering, The Peralla Corporation, Larry J. Urban, Dan Urban, James Urban and Eugene Urban (for purposes of this Disclosure, sometimes collectively referred to as "Urban") file this Initial Disclosure of Persons with Relevant Knowledge as follows:

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

25.

ClibPDF - www.fastio.com

1. Arthur Gochman and Molly Gochman
c/o Academy Stores
1800 North Mason Road
Houston, Texas 77449
(281) 646-5200

Arthur and Molly Gochman are the plaintiffs in this matter and presumably have information related to the claims they raise in their Complaint.

2. Documents custodian
Academy Stores
1800 North Mason Road
Houston, Texas 77449
(281) 646-5200

This person will have knowledge of the records relating to the design, construction and lease of the house.

3. Stanley A. Starrett, Jr.
P.O. Box 1287
Port Aransas, Texas 78373
(512) 749-4081

Starrett sold the Gochmans their lot in Beachwalk I. Starrett should have information related to the claims raised by Plaintiffs in their Complaint.

4. Ken Oakley
299 Marco Lane
Beachwalk II
Port Aransas, Texas 78373

7400 West Arrowhead, Clubhouse Drive #3042
Glendale, Arizona 85308

Urban does not know which of these addresses is the permanent residence of Mr. Oakley. Oakley is the property owner that built the house about which the Plaintiffs complain in their Complaint.

5. James Urban, P.E.
E.Z Munoz
Urban Engineering
2725 Swantner
P.O. Box 6385
Corpus Christi, Texas 78466-6355

ClibPDF - www.fastio.com

(361) 888-5544

Urban Engineering assisted Mr. Starrett in drafting the applications for dune permits for Beachwalk I and Beachwalk II and preparing the documents and permits for construction of the roads and utilities. Mr. Urban has knowledge relating to Urban Engineering's involvement on the projects, in general, and with the permitting process and the specific permit applications, in particular. Mr. Urban will also be expected to testify that Urban Engineering was not acting as City Engineer during the permitting process. Mr. Munoz was present when Urban conducted a survey of the building locations during the lawsuit.

6. Tim Dykes
TLD Architects, Inc.
15915 Katy Freeway
Suite 530
Houston, Texas 77094
(281) 647-0510

Mr. Dykes was the architect for the Plaintiffs' house in Beachwalk I.

7. Tommy M. Brooks
City Manager
City of Port Aransas
710 W. Avenue A
Port Aransas, Texas 78373-4128
(512) 749-4111

Mr. Brooks was the City Manager that evaluated the Beachwalk II permits at issue in this litigation.

8. Stephen Thompson
Building Official
City of Port Aransas
710 W. Avenue A
Port Aransas, Texas 78373-4128
(512) 749-4111

Mr. Thompson was the Building Official that evaluated the Beachwalk II permits at issue in this litigation.



ClibPDF - www.fastio.com

9. Jeannie Ivey
Assistant to Building Official
City of Port Aransas
710 W. Avenue A
Port Aransas, Texas 78373-4128
(512) 749-4111

Ms. Ivey has knowledge of the permit process and Urban's role as engineer for Starrett.

10. Priscilla M. Hubenak
Assistant Attorney General
and Documents Custodian
Natural Resources Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2012
(512) 475-4160

Ms. Hubenak evaluated the Beachwalk II permits at issue in this litigation. The Custodian of documents will have knowledge of the documents in the files of the TNRCC relating to the permits.

11. Jessy L. Jones
Texas General Land Office
Stephen F. Austin Building
1700 North Congress Avenue
Austin, Texas 78701-1495
(512) 463-5001

Mr. Jones evaluated the Beachwalk II permits at issue in this litigation.

12. Terrence F. Wood
Terrence F. Wood & Company
921 N. Chaparral, Suite 201
Corpus Christi, Texas 78401
(512) 888-8891

Mr. Wood appraised the lots owned by the Gochmans.

ClibPDF - www.fastio.com

13. Dudley Carpenter
c/o Academy Stores
1800 North Mason Road
Houston, Texas 77449
(281) 646-5200

Carpenter was the project superintendent for the construction of the Gochman residence on lot 24.

14. Jim Priour
City of Port Aransas
Building Department
710 Avenue A
Port Aransas, Texas 78373
(512) 749-4111

Mr. Priour has knowledge of the permitting process and should have information related to permit review for the Gochmans' home.

15. J.L. Brundrett, Jr.
Griffith & Brundrett
Surveying & Engineering
P.O. Box 2322
Rockport, Texas 78381
(512) 729-6479

Mr. Brundrett certified the elevations on Lot 24 of Beachwalk I.

16. Thomas Gries
and documents custodian
Williams Industries, Inc.
11000 Brittmore Park Drive
Houston, Texas 77041-6920
(713) 849-1400

Mr. Gries was the project manager during construction of the Gochmans' home. The custodian of documents will have knowledge of Williams Industries' business records relating to the Gochman residence.

ClibPDF - www.fastio.com

17. Bruce Barton
TLD Architects, Inc.
15915 Katy Freeway
Suite 530
Houston, Texas 77094
(281) 647-0510

Mr. Barton acted as an agent of Williams Industries, Inc. for obtaining the building permit.

18. Ramona Singleterry
Terrence F. Wood & Company
921 N. Chapparral, Suite 201
Corpus Christi, Texas 78401

Ms. Singletary appraised the Gochmans' home in 1998.

19. Frank Ruttenberg, Esq.
Strasburger & Price, L.L.P.
800 One Alamo Center
100 S. St. Mary Street
San Antonio, Texas 78205-3603

Mr. Ruttenberg is the Gochmans' former lawyer.

20. Donald Feferman, Esq.
Feferman & Rehler, L.L.P.
P.O. Box 23041
Corpus Christi, Texas 78403-3041
(512) 883-1830

Mr. Feferman represented the Gochmans' before the City in connection with the dune permitting process.

21. Jamie Mitchell
and Documents Custodian
Texas General Land Office
1700 N. Congress Avenue
Austin, Texas 78701
(512) 749-4111

Mr. Mitchell has knowledge relating to the dune permit for the Oakleys' lot. The documents custodian will have knowledge of the documents in the files at the General Land Office relating to the permits.

ClibPDF - www.fastio.com

22. Melinda Bennett
c/o Academy Stores
1800 North Mason Road
Houston, Texas 77449
(281) 646-5200

Ms. Bennett attended a meeting between Mr. Gochman and Mr. Starrett in March, 1998.

23. David Wolff, Esq.
Drenner & Stuart, L.L.P.
301 Congress Avenue
Suite 2100
Austin, Texas 78701
(512) 404-2200

Mr. Wolff is a former attorney for Mr. Gochman.

24. Gordon Mock
Florida

Urban does not know Mr. Mock's address. According to Mr. Starrett's deposition testimony, Mr. Mock was the original architect that he hired on the Beachwalk I project.

25. Stephen Grunewald
c/o Urban Engineering
2725 Swantner
P.O. Box 6385
Corpus Christi, Texas 78466-6355
(361) 888-5544

Mr. Grunewald was employed by Urban Consulting Engineers, Inc. and may have had some involvement on the Beachwalk projects.

26. George Swank
Building Inspection Representative
City of Port Aransas
710 Avenue A
Port Aransas, Texas 78373
(512) 749-4111

Mr. Swank certified the applications for permit for the Beachwalk II lots were consistent with the City of Port Aransas Coastal Management Plan.

**DEFENDANTS URBAN ENGINEERING'S, THE PERALLA CORPORATION'S, LARRY J. URBAN'S, DAN URBAN'S, JAMES URBAN'S AND EUGENE URBAN'S INITIAL DISCLOSURE OF PERSONS WITH RELEVANT KNOWLEDGE**
A-98811.1
Page 7

ClibPDF - www.fastio.com

27. Present and former members of Planning and Zoning Commission of City of Port Aransas
James Cameron
John Roberts
Chuck Borders
Gary Spangler
Mark Creighton
J.C. Barr
Mike Hall
Bill LeNoir
Cindy Eppes
Dale Kimball

c/o Mike Morris, City Attorney
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411
(361) 993-4571

These individuals were present at one or more of the P & Z meeting(s) where the Beachwalk permits were considered and approved.

28. Present and former members of City Council of City of Port Aransas
Jim H. Sherrill
Wes Borders
John Corder
Scott E. Stubblefield
Jay Kenigsberg
Mary Goldsmith
Michael Cortez
Carol Woodfin
Peg Schmitt

c/o Mike Morris, City Attorney
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411
(361) 993-4571

These individuals were present at one or more of the City Council meeting(s) where the Beachwalk permits were considered and approved.

ClibPDF - www.fastio.com

  29. Matthew J. Sullivan
Haynes and Boone, LLP
600 Congress Avenue
Suite 1600
Austin, Texas 78701
(512) 867-8424

Mr. Sullivan is counsel for the Urban Defendants and has knowledge about the attorneys' fees expended in defense of this matter.

Urban also refers the Court to the persons with knowledge disclosed by the other parties to this litigation.

Respectfully submitted,

Matthew J. Sullivan
State Bar No. 19488325
Andrea L. Sloan
State Bar No. 90001678

HAYNES AND BOONE, L.L.P.
600 Congress Avenue, Suite 1600
Austin, Texas 78701
512/867-8400 - telephone
512/867-8470 - telecopier

ATTORNEYS FOR DEFENDANTS URBAN ENGINEERING, THE PERALLA CORPORATION, LARRY J. URBAN, DAN URBAN, JAMES URBAN AND EUGENE URBAN

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following parties in accordance with the Federal Rules of Civil Procedure on the 1 day of June, 2000:

Max J. Luther, III, Esq.
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Jorge C. Rangel, Esq.
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683

E.R. Fleuriet, Esq.
The Fleuriet Schell Law Firm, L.L.P.
621 East Tyler
Harlingen, TX 78550

James F. McKibben, Jr., Esq.
Barger, Hermansen, McKibben & Villarreal, L.L.P.
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, TX 78401

Michael Gene Morris, Esq.
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

Fred Dreiling, Esq.
Law Offices of Fred D. Dreiling
Bank of America, Suite 714
500 North Water Street
Corpus Christi, TX 78471

Matthew J. Sullivan