IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN - 6 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| & MOLLY GOCHMAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-126 |
| | § | JURY |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY AND THE CITY OF | § | |
| PORT ARANSAS, TEXAS | § | |

## DEFENDANT STANLEY A. STARRETT, JR.'S
## RULE 26 LIST OF WITNESSES

Pursuant to this Court's General Order dated May 23, 2000 (paragraph VI) and this Court's Scheduling Order dated May 23, 2000 (paragraph 7) Defendant Stanley A. Starrett, Jr. lists individuals likely to have discoverable information relevant to disputed facts [Rule 26(a)(1)(A)] and expert witnesses [Rule 26(a)(2)]:

**Individuals Likely To Have Discoverable
Information Relevant To Disputed Facts
Alleged With Particularity In The Pleadings:**

Tim Dykes
TLD Architects, Inc.
15915 Katy Freeway
Suite 530
Houston, TX 77094
281-647-0510
Mr. Dykes was the architect for the house built by Plaintiffs on Lot 24 Beachwalk I. See his deposition taken in this case.

Arthur Gochman
Molly Gochman
Defendant Starrett does not know the Gochmans' addresses other than as revealed in their depositions.

DEFENDANT STANLEY A. STARRETT, JR.'S
RULE 26 LIST OF WITNESSES - 1

26.

Arthur and Molly Gochman are Plaintiffs in this case, presumably owners of the real property at issue and have knowledge relevant to the matters they allege in their Complaint. See Mr. Gochman's deposition taken in this case.

Ken Oakley
7400 W. Arrowhead, Clubhouse Dr. #3042
Glendale, AZ 85308
Property owner adjacent to the Gochman lots who has constructed a residence. See his deposition.

Tommy M. Brooks
City Manager
City of Port Aransas
710 W. Avenue A
Port Aransas, TX 78373-4128
512-749-4111
Evaluated Beachwalk II and Mr. Oakley's construction and found no violations of any permitting, applicable ordinances or state laws or regulations.

Stephen Thompson
Building Official
City of Port Aransas
710 W. Avenue A
Port Aransas, TX 78373
512-749-4111
Evaluated Beachwalk II and Mr. Oakley's construction and found no violations of any permitting, applicable ordinances or state laws or regulations.

Donald M. Feferman
FEFERMAN & REHLER, L.L.P.
P.O. Box 23041
Corpus Christi, TX 78403-3041
512-883-1830
Prior attorney for Arthur Gochman who sent a letter to Tom Brooks dated 2-15-99. See also Feferman letter dated 7-13-99 to David Dewhurst.

DEFENDANT STANLEY A. STARRETT, JR.'S
RULE 26 LIST OF WITNESSES - 2

Frank Z. Ruttenberg
STRASBURGER & PRICE, L.L.P.
800 One Alamo Center
106 S. St. Mary's Street
San Antonio, TX 78205-3603
210-226-1166
Prior attorney for Arthur Gochman who sent a letter to Mr. Starrett.

Priscilla M. Hubenak
Assistant Attorney General
Natural Resources Division
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
512-463-2012
Evaluated Beachwalk II and Mr. Oakley's construction and found no violations of any permitting, applicable ordinances or state laws or regulations.

Jessy L. Jones
Texas General Land Office
Stephen F. Austin Building
1700 North Congress Avenue
Austin, TX 78701-1495
512-463-5001
Evaluated Beachwalk II and Mr. Oakley's construction and found no violations of any permitting, applicable ordinances or state laws or regulations.

David A. Wolff
DRENNER & STUART, L.L.P.
301 Congress Avenue
Suite 2100
Austin, TX 78701
512-404-2200
Attorney for Arthur Gochman who mailed a letter to Mr. Gochman dated May 7, 1997.

Terrence F. Wood
Terrence F. Wood & Company
921 N. Chaparral, Suite 201
Corpus Christi, TX 78401
512-888-8891

DEFENDANT STANLEY A. STARRETT, JR.'S
RULE 26 LIST OF WITNESSES - 3

Mr. Wood is an appraiser who initially appraised the three lots purchased by Mr. Gochman. Mr. Wood is also an expert witness retained by Defendant Starrett. (See below)

James L. Urban
Urban Engineering
P.O. Box 6355
Corpus Christi, TX 78466-6355
512-854-3101
Engineer who worked with Mr. Starrett in platting Beachwalk I and II.

Dudley Carpenter
c/o Academy Sports and Outdoors, Inc.
1800 N. Mason Rd.
Katy, TX 77449
281-646-5200
Mr. Carpenter was project superintendent for the construction of the Gochman residence on Lot 24.

Bruce Barton
c/o Academy Sports and Outdoors, Inc.
1800 N. Mason Rd.
Katy, TX 77449
281-646-5200
Attended a meeting between Mr. Gochman and Mr. Starrett in March, 1998.

Melinda Becker
c/o Academy Sports and Outdoors, Inc.
1800 N. Mason Rd.
Katy, TX 77449
281-646-5200
Attended a meeting between Mr. Gochman and Mr. Starrett in March, 1998.

Gunilla Asp
3101 Old Pecos Trail #108
Santa Fe, NM 87505
505-995-8239
Present with Mr. Gochman when Messrs. Gochman and Starrett discussed the purchase of the three lots in Beachwalk I.

DEFENDANT STANLEY A. STARRETT, JR.'S
RULE 26 LIST OF WITNESSES - 4

Stanley A. Starrett, Jr.
110 CR 1492
Wimberley, TX 78676
512-847-6260

## Expert Witnesses

Terrence F. Wood
Terrence F. Wood & Company
921 N. Chaparral, Suite 201
Corpus Christi, TX 78401
361-888-8891

E. R. Fleuriet
THE FLEURIET SCHELL LAW FIRM LLP
621 E. Tyler
Harlingen, TX 78550
956-428-3030

DATED this __5th__ day of June, 2000.

<u>DEFENDANT STANLEY A. STARRETT, JR.'S</u>
<u>RULE 26 LIST OF WITNESSES</u> - 5

Respectfully submitted,

*(signature)*

E. R. Fleuriet
State Bar No. 07145500
Fed. I. D. No. 1327
Attorney-in-Charge for Defendant Starrett
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)

OF COUNSEL:
**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)
Attorneys for Defendant Starrett

Jorge C. Rangel
State Bar No. 16543500
Fed. I. D. No. 5698
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477
361-883-8500
361-883-2611 (Fax)

Attorneys for Defendant Starrett

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon the following counsel of record:

Max J. Luther, III
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

Michael G. Morris
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

James F. McKibben, Jr.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, TX 78401

Edmund L. Cogburn
9 Greenway Plaza
Houston, TX 77046

Fred D. Dreiling
Bank of America Building
500 North Shoreline – Suite 714
Corpus Christi, TX 78471-1007

Matthew J. Sullivan
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

via regular mail on this the __5__ day of June, 2000.

_____
E. R. Fleuriet

**DEFENDANT STANLEY A. STARRETT, JR.'S**
**RULE 26 LIST OF WITNESSES** - 7