United States District Court
Southern District of Texas
FILED

JUN 1 2 2000

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARTHUR GOCHMAN § | |
| & MOLLY GOCHMAN § | |
| § | |
| v. § | CIVIL ACTION NO. C-00-126 |
| § | |
| STANLEY A. STARRETT, JR., § | |
| KEN OAKLEY AND THE CITY OF § | |
| PORT ARANSAS, TEXAS § | |

## DEFENDANT'S SECOND AMENDED COUNTERCLAIM

Defendant Stanley A. Starrett, Jr. files this his Second Amended Counterclaim:

### I.
### COUNTERCLAIM

1.  Defendant Stanley A. Starrett, Jr. files this Counterclaim against Plaintiffs Arthur Gochman and Molly Gochman pursuant to § 17.50(c) of the Texas Deceptive Trade Practices Act and would show this Court that Plaintiffs' action under § 17.50 Texas Business and Commerce Code is groundless in fact and in law. Plaintiffs' action is also brought in bad faith. Plaintiffs' action is also brought for the purpose of harassment of Defendant whom Plaintiff Arthur Gochman threatened to ruin financially, this suit all being a part of Plaintiffs' claim to make good the threat of Plaintiff Arthur Gochman. Defendant Starrett therefore requests this Court to award him reasonable and necessary attorneys' fees and court costs

DEFENDANT'S SECOND AMENDED COUNTERCLAIM - 1

28.

against Plaintiffs Arthur Gochman and Molly Gochman, for which relief Defendant herein now prays.

2.  Defendant Stanley A. Starrett, Jr. would further show this Court that his claim for attorneys' fees against Plaintiffs Arthur Gochman and Molly Gochman arises out of a written contract or contracts, to wit: the Earnest Money Contract for the purchase and sale of the three lots in question to the Plaintiffs which read as follows:

> 15. ATTORNEY'S FEES: If Buyer, Seller, Listing Broker, Other Broker or Escrow Agent is a prevailing party in any legal proceeding brought under or with relation to this contract, such party shall be entitled to recover from the non-prevailing parties all costs of such proceeding and reasonable attorneys' fees.

Since this action filed by Plaintiffs is a legal proceeding either brought under or with relation to the Earnest Money Contract, Defendant Starrett is entitled to recover from Plaintiffs all costs of Court and reasonable attorneys' fees, for which fees and costs he herein now sues.

3.  Pleading further Defendant Starrett would show this Court that he is entitled to recover his reasonable attorneys' fees from Plaintiffs Arthur Gochman and Molly Gochman pursuant to Chapter 38 Texas Civil Practice & Remedies Code since his claim for attorneys' fees is based upon a written contract.

4.  Defendant Starrett also seeks contribution against Arthur Gochman and Molly Gochman for their negligence as well as the negligence of their agents in locating the beach house where they did and in failing to mitigate by taking action at an early stage when it became obvious that construction activity was occurring

DEFENDANT'S SECOND AMENDED COUNTERCLAIM - 2

immediately adjacent to Lot 24 on the north side, i.e., Beachwalk II and the Oakley Lot 35. Defendant Starrett prays for all contribution against Arthur Gochman and Molly Gochman to which he is entitled under Chapters 32 and 33 Texas Civil Practice & Remedies Code or any other statute or at common law.

WHEREFORE, Defendant prays judgment of the Court that he have and recover his reasonable attorneys' fees as well as his reasonable and necessary attorneys' fees and Court costs and such other relief to which Defendant Starrett may be entitled.

    Respectfully submitted,

*/s/ E. R. Fleuriet*

E. R. Fleuriet
State Bar No. 07145500
Fed. I. D. No. 1327
Attorney-in-Charge for Defendant Starrett
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)

OF COUNSEL:
**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)
Attorneys for Defendant Starrett

<u>DEFENDANT'S SECOND AMENDED COUNTERCLAIM</u> - 3

>Jorge C. Rangel
>State Bar No. 16543500
>Fed. I. D. No. 5698
>THE LAW OFFICES OF JORGE C. RANGEL, P.C.
>615 Upper North Broadway
>Suite 900
>Corpus Christi, TX 78477
>361-883-8500
>361-883-2611 (Fax)
>
>Attorneys for Defendant Starrett

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon the following counsel of record:

Max J. Luther, III
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

Michael G. Morris
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

James F. McKibben, Jr.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, TX 78401

Edmund L. Cogburn
9 Greenway Plaza
Houston, TX 77046

Fred D. Dreiling
Bank of America Building
500 North Shoreline – Suite 714
Corpus Christi, TX 78471-1007

Matthew J. Sullivan
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

Jorge C. Rangel
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477

via regular mail on this the ___9___ day of June, 2000.

E. R. Fleuriet

**DEFENDANT'S SECOND AMENDED COUNTERCLAIM** - 4