United States District Court
Southern District of Texas
ENTERED

JUN 16 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Arthur Gochman & Molly Gochman       §

VS.                                  §       CIVIL ACTION NO. __C-00-126__

Stanley A. Starrett, Jr., et. al.    §


## ORDER STRIKING PLEADING (S)

The clerk has filed your __Defendant's Second Amended Counterclaim__ ;
however, it is deficient in the area (s) checked below:

1. __X__ Pleading is not signed. (LR11.3) **Not signed by, or by permission of, attorney-in-charge.**

2. ____ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ____ Caption of the pleading is incomplete (LR10.1)

4. ____ No certificate of service, or explanation why service is not required (LR5.4)

5. ____ No statement re conference w/opposing counsel (LR7.1D)

6. ____ Separate proposed order not attached (LR7.1C)

7. ____ Motion to consolidate is not in compliance with LR7.6

8. ____ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __6-14-00__

(Re: D.E. #28)/smw

_____
JUDGE PRESIDING