United States District Court
Southern District of Texas
FILED

JUN 27 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN § | | |
| & MOLLY GOCHMAN § | | |
| § | | |
| v. § | CIVIL ACTION NO. C-00-126 | |
| § | UNOPPOSED | |
| STANLEY A. STARRETT, JR., § | JURY | |
| KEN OAKLEY AND THE CITY OF § | | |
| PORT ARANSAS, TEXAS § | | |

### DEFENDANT STANLEY A. STARRETT, JR.'S
### MOTION TO DESIGNATE ATTORNEY-IN-CHARGE

Defendant Stanley A. Starrett, Jr., files this his Motion to Designate Attorney-In-Charge, and in support thereof would show:

1. Plaintiffs Arthur Gochman and Molly Gochman brought suit against Defendant Stanley A. Starrett, Jr., in state court in April 1999. Defendant Starrett retained attorney E. R. Fleuriet as defense counsel in the state court action.

2. Attorney Jorge C. Rangel subsequently joined the state court action as local counsel for Defendant Starrett. At all times, however, Mr. Fleuriet served as Defendant Starrett's primary defense counsel in the state court proceedings.

3. Defendants City of Port Aransas, Ken Oakley and Andrea Oakley, and Starrett removed the state court action to federal district court on March 27, 2000. The removal pleadings, which were prepared and filed by counsel for the City of Port Aransas, were accompanied by a List of Parties and Their Attorneys. Both Mr.

Rangel and Mr. Fleuriet were included as counsel for Defendant Starrett on the List of Parties and Their Attorneys.

4. The Defendants' Notice of Removal was signed on behalf of attorney Rangel, with permission, by counsel for the City of Port Aransas. Mr. Fleuriet was not included as a signatory on the Notice of Removal. For this reason, the District Clerk's Office apparently recorded Mr. Rangel as Defendant Starrett's attorney-in-charge.

5. Defendant Starrett at all times intended attorney E. R. Fleuriet to appear in this action as his designated attorney-in-charge. Therefore, Defendant Starrett formally requests that attorney E. R. Fleuriet be recognized by this Court and by the Office of the United States District Clerk as attorney-in-charge for Defendant Stanley A. Starrett, Jr.

WHEREFORE, Defendant Stanley A. Starrett, Jr. prays that his Motion to Designate Attorney-In-Charge be granted in all respects.

Respectfully submitted,

_____
E. R. Fleuriet
State Bar No. 07145500
Fed. I. D. No. 1327
Attorney-in-Charge for Defendant Starrett
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)

OF COUNSEL:
**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)
Attorneys for Defendant Starrett

*/s/ Jorge C. Rangel*
Jorge C. Rangel*
State Bar No. 16543500
Fed. I. D. No. 5698
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477
361-883-8500
361-883-2611 (Fax)

Attorneys for Defendant Starrett

* By E. R. Fleuriet, with permission

DEFENDANT STANLEY A. STARRETT, JR.'S
MOTION TO DESIGNATE ATTORNEY-IN-CHARGE - 3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon the following counsel of record:

Max J. Luther, III
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

Michael G. Morris
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

James F. McKibben, Jr.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, TX 78401

Edmund L. Cogburn
9 Greenway Plaza
Houston, TX 77046

Fred D. Dreiling
Bank of America Building
500 North Shoreline – Suite 714
Corpus Christi, TX 78471-1007

Matthew J. Sullivan
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

Jorge C. Rangel
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477

via regular mail on this the 26th day of June, 2000.

_____
E. R. Fleuriet

**DEFENDANT STANLEY A. STARRETT, JR.'S**
**MOTION TO DESIGNATE ATTORNEY-IN-CHARGE** - 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| & MOLLY GOCHMAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-126 |
| | § | UNOPPOSED |
| STANLEY A. STARRETT, JR., | § | JURY |
| KEN OAKLEY AND THE CITY OF | § | |
| PORT ARANSAS, TEXAS | § | |

## ORDER

Defendant Stanley A. Starrett, Jr.'s unopposed Motion to Designate Attorney-In-Charge having come on for consideration, the Motion is GRANTED; it is therefore

ORDERED that attorney E. R. Fleuriet is designated as attorney-in-charge for Defendant Stanley A. Starrett, Jr.

So ORDERED this _____ day of _____, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

ORDER