IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 27 2000

Michael N. Milby, Clerk

| | |
|---|---|
| ARTHUR GOCHMAN § | |
| & MOLLY GOCHMAN § | |
| § | |
| v. § | CIVIL ACTION NO. C-00-126 |
| § | UNOPPOSED |
| STANLEY A. STARRETT, JR., § | JURY |
| KEN OAKLEY AND THE CITY OF § | |
| PORT ARANSAS, TEXAS § | |

### DEFENDANT STANLEY A. STARRETT, JR.'S
### MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM

Defendant Stanley A. Starrett, Jr., files this his Motion for Leave to File Second Amended Counterclaim, and in support thereof would show:

**I. Background**

1. Plaintiffs Arthur Gochman and Molly Gochman brought suit against Defendant Stanley A. Starrett, Jr., in state court in April 1999. Defendant Starrett retained attorney E. R. Fleuriet as defense counsel in the state court action.

2. Attorney Jorge C. Rangel subsequently joined the state court action as local counsel for Defendant Starrett. At all times, however, Mr. Fleuriet served as Defendant Starrett's primary defense counsel in the state court proceedings.

3. Defendants City of Port Aransas, Ken Oakley and Andrea Oakley, and Starrett removed the state court action to federal district court on March 27, 2000. The removal pleadings, which were prepared and filed by counsel for the City of

Port Aransas, were accompanied by a List of Parties and Their Attorneys. Both Mr. Rangel and Mr. Fleuriet were included as counsel for Defendant Starrett on the List of Parties and Their Attorneys.

4.  The Defendants' Notice of Removal was signed on behalf of attorney Rangel, with permission, by counsel for the City of Port Aransas. Mr. Fleuriet was not included as a signatory on the Notice of Removal. For this reason, the District Clerk's Office apparently recorded Mr. Rangel as Defendant Starrett's attorney-in-charge. However, Defendant Starrett at all times intended attorney E. R. Fleuriet to appear in this action as his designated attorney-in-charge. Therefore, by separate motion Defendant Starrett has requested that Mr. Fleuriet be recognized as his attorney-in-charge by this Court and by the Office of the United States District Clerk.

## II. Defendant Starrett's Second Amended Counterclaim

5.  On June 9, 2000 Defendant Starrett served his Second Amended Counterclaim pursuant to the June 15, 2000 deadline imposed in the Court's current Scheduling Order. The Second Amended Counterclaim was executed by Mr. Fleuriet in his intended capacity as attorney-in-charge for Defendant Starrett.

6.  On information and belief, the Office of the United States District Clerk received the Second Amended Counterclaim on June 12. On June 14 this Court struck the pleading on the ground that it was not signed by, or with permission of, Jorge C. Rangel as attorney-in-charge. The Court's Order striking the Second

**DEFENDANT STANLEY A. STARRETT, JR.'S MOTION
FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM** - 2

Amended Counterclaim was entered and transmitted to attorney Rangel on June 16.

7.  Defendant Starrett now seeks leave to file his Second Amended Counterclaim. Defendant Starrett would show that his initial filing of the Second Amended Counterclaim was timely, but that the pleading was rejected by the Court due solely to a misunderstanding regarding the designation of attorney Fleuriet as Defendant Starrett's attorney-in-charge. Defendant Starrett would show further that his motion is unopposed, and that the Court's General Order permits extension of the parties' deadline to file amended pleadings when agreed by all parties. Finally, Defendant Starrett would show that no party is prejudiced by the re-filing of his Second Amended Counterclaim, as all parties received service of the pleading as initially filed.

WHEREFORE, Defendant Stanley A. Starrett, Jr. prays that his Motion for Leave to File Second Amended Complaint be granted in all respects.

Respectfully submitted,

_(signature)_

E. R. Fleuriet
State Bar No. 07145500
Fed. I. D. No. 1327
Attorney-in-Charge for Defendant Starrett
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)

**DEFENDANT STANLEY A. STARRETT, JR.'S MOTION**
**FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM** - 3

OF COUNSEL:
**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)

*[signature: Jorge C. Rangel]*
_____
Jorge C. Rangel*
State Bar No. 16543500
Fed. I. D. No. 5698
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477
361-883-8500
361-883-2611 (Fax)

Attorneys for Defendant Starrett

* By E. R. Fleuriet, with permission

**DEFENDANT STANLEY A. STARRETT, JR.'S MOTION**
**FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM** - 4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon the following counsel of record:

Max J. Luther, III
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

Michael G. Morris
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

James F. McKibben, Jr.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, TX 78401

Edmund L. Cogburn
9 Greenway Plaza
Houston, TX 77046

Fred D. Dreiling
Bank of America Building
500 North Shoreline – Suite 714
Corpus Christi, TX 78471-1007

Matthew J. Sullivan
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

Jorge C. Rangel
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477

via regular mail on this the 26th day of June, 2000.

_____
E. R. Fleuriet

**DEFENDANT STANLEY A. STARRETT, JR.'S MOTION
FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM** - 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| & MOLLY GOCHMAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-126 |
| | § | UNOPPOSED |
| STANLEY A. STARRETT, JR., | § | JURY |
| KEN OAKLEY AND THE CITY OF | § | |
| PORT ARANSAS, TEXAS | § | |

## ORDER

Defendant Stanley A. Starrett, Jr.'s unopposed Motion for Leave to File Second Amended Counterclaim having come on for consideration, the Motion is GRANTED; it is therefore

ORDERED that Defendant Stanley A. Starrett, Jr.'s Second Amended Counterclaim be filed.

So ORDERED this _____ day of _____, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

ORDER