IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| AND | § | |
| MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | C.A. NO. C-00-126 |
| | § | JURY |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| ET. AL. | § | |
| | § | |

## ORDER

On this day came to be heard the Defendant Ken Oakley's Motion for Leave to File Second Amended Answer.

The Court, upon consideration of said Motion, hereby grants same.

Entered on this the 28th day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE