IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 3 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ARTHUR GOCHMAN & MOLLY GOCHMAN | § § § | |
| v. | § § | CIVIL ACTION NO. C-00-126 UNOPPOSED |
| STANLEY A. STARRETT, JR., KEN OAKLEY AND THE CITY OF PORT ARANSAS, TEXAS | § § § § | JURY |

## ORDER

Defendant Stanley A. Starrett, Jr.'s unopposed Motion for Leave to File Second Amended Counterclaim having come on for consideration, the Motion is GRANTED; it is therefore

ORDERED that Defendant Stanley A. Starrett, Jr.'s Second Amended Counterclaim be filed.

So ORDERED this 30th day of June, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

ORDER