IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| & MOLLY GOCHMAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-126 |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY AND THE CITY OF | § | |
| PORT ARANSAS, TEXAS | § | |

### DEFENDANT STARRETT'S DESIGNATION OF EXPERT WITNESSES

Defendant Starrett designates the following expert witnesses:

(1)     E. R. Fleuriet
       THE FLEURIET SCHELL LAW FIRM LLP
       621 E. Tyler
       Harlingen, TX 78550

See Mr. Fleuriet's report attached which contains his qualifications.

(2)     Terrence F. Wood
       Terrence F. Wood & Company
       921 N. Chaparral, Suite 201
       Corpus Christi, TX 78401

See three appraisals attached, which also contain Mr. Wood's qualifications.

DATED this 10th day of July, 2000.

Respectfully submitted,

*E. R. Fleuriet by eer*

E. R. Fleuriet
State Bar No. 07145500
Fed. I. D. No. 1327
Attorney-in-Charge for Defendant Starrett
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)

OF COUNSEL:
**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)
Attorneys for Defendant Starrett

Jorge C. Rangel
State Bar No. 16543500
Fed. I. D. No. 5698
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477
361-883-8500
361-883-2611 (Fax)

Attorneys for Defendant Starrett

**DEFENDANT STARRETT'S DESIGNATION OF EXPERT WITNESSES** - 2

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon the following counsel of record:

Max J. Luther, III
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

Michael G. Morris
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

James F. McKibben, Jr.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, TX 78401

Edmund L. Cogburn
9 Greenway Plaza
Houston, TX 77046

Fred D. Dreiling
Bank of America Building
500 North Shoreline – Suite 714
Corpus Christi, TX 78471-1007

Matthew J. Sullivan
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

via regular mail on this the 10th day of July, 2000.

*E. R. Fleuriet by ERR*

E. R. Fleuriet

**DEFENDANT STARRETT'S DESIGNATION**
**OF EXPERT WITNESSES** - 3