United States District Court
Southern District of Texas
FILED

JUL 12 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| & MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-126 |
| | § | JURY |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY AND THE CITY | § | |
| OF PORT ARANSAS, TEXAS | § | |

## DEFENDANT CITY OF PORT ARANSAS' DESIGNATION OF EXPERT WITNESSES

COMES NOW The City of Port Aransas, and designates its expert witnesses in accordance with the provisions of the Federal Rules of Civil Procedure and in such regard would show the Court as follows:

I.

Defendant hereby designates the following individuals that may be called as expert witnesses during the trial of this case:

Stephen Thompson
904 Barnett Street
Kerrville, Texas 78028
(830) 896-7109

Mr. Thompson has knowledge of the property development and island development generally. He was the former City Building Official at the time of the incident in question.

Elisa Ugarte
Texas General Land Office
1700 N. Congress Avenue
Austin, Texas 78701

Ms. Ugarte investigated the Oakley construction site and took photographs shortly after Plaintiffs' attorney's first complaint.

Scott Friedman
Texas General Land Office
1700 N. Congress Avenue
Austin, Texas 78701

    Mr. Friedman assisted Mr. Ugarte in the investigation.

Elizabeth Ramirez
Texas General Land Office
1700 N. Congress Avenue
Austin, Texas 78701

Jamie Mitchell
former employee for the Texas General Land Office
address and telephone number unknown at this time

Fred Dreiling
714 Nationsbank North Tower
500 N. Water Street
Corpus Christi, Texas 78471
(316) 883-0186

    Mr. Dreiling can testify as to reasonable attorney's fees.

    These persons have not been retained or specially employed to provide expert testimony in this case.

## II.

    Additionally, many other persons have and will be identified as persons with knowledge of relevant facts. Those persons are expected to testify regarding factual matters and have not been formally retained by this party as expert witnesses. However, to the extent that any such person's testimony might constitute "expert" opinions, said persons are hereby designated as experts.

    The Defendant reserves the right to amend its Designation of Expert Witnesses in the event they learn through discovery that additional experts are necessary.

Respectfully Submitted,

By: /s/ James F. McKibben, Jr.

James F. McKibben, Jr.
State Bar No. 13713000
Federal ID No. 914

ATTORNEY FOR DEFENDANT
CITY OF PORT ARANSAS

OF COUNSEL:

*BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.*
Liza Marie Aguilar
State Bar No. 24006741
Federal Admission No. 23222
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882-6611 - telephone
(361) 866-8039 - telecopier

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was this the 12th day of July, 2000 mailed certified mail, to the following named persons, to wit:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Mr. Edmund L. Cogburn
*DOW, COGBURN & FRIEDMAN, P.C.*
9 Greenway Plaza, Suite 2300
Houston, Texas 77046

3

**FIRST CLASS U. S. MAIL**
Mr. Max J. Luther, III
*MAX J. LUTHER, III, P.C. & ASSOCIATES*
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

**FIRST CLASS U. S. MAIL**
Mr. David Dewhurst, Commissioner
General Land Office of Texas
1700 North Congress Avenue
Austin, Texas 78701-1495

**FIRST CLASS U. S. MAIL**
Mr. Fred D. Dreiling
500 North Water Street, Suite 714
Corpus Christi, Texas 78471

**FIRST CLASS U. S. MAIL**
Mr. Michael G. Morris
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411

**FIRST CLASS U. S. MAIL**
Mr. E. R. Fleuriet
*FLEURIET, SCHELL LAW FIRM*
621 East Tyler
Harlingen, Texas 78550

**FIRST CLASS U. S. MAIL**
Mr. Jorge C. Rangel
*ATTORNEY AT LAW*
615 Upper N. Broadway, Suite 900-WF38
P.O. Box 2683
Corpus Christi, Texas 78403-2683

_____
James F. McKibben, Jr.