UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 12 2000

Michael N. Milby, Clerk

| | |
|---|---|
| ARTHUR GOCHMAN and § <br> MOLLY GOCHMAN § <br> § <br> PLAINTIFFS § <br> § <br> vs. § <br> § <br> STANLEY STARRETT, JR., KEN OAKLEY § <br> URBAN ENGINEERING, A PARTNERSHIP, § <br> THE PERALLA CORPORATION, URBAN § <br> CONSULTING ENGINEERS, INC. AND § <br> THE CITY OF PORT ARANSAS, TEXAS § <br> § <br> DEFENDANTS § | CIVIL ACTION NO. 00-126 <br> JURY |

## PLAINTIFFS', ARTHUR GOCHMAN AND MOLLY GOCHMAN, DESIGNATION OF EXPERT WITNESSES

The PLAINTIFFS', ARTHUR GOCHMAN and MOLLY GOCHMAN designate the following as expert witnesses, who may be called to testify at the trial of this cause:

(1) Jennifer S. Prouty, Ph.D.
220 Alta Loma
Corpus Christi, Texas 78411
Telephone: (361) 825-2436

Dr. Prouty is a Ph.D. Geologist who is a professor at Texas A&M, Corpus Christi, Texas. Dr. Prouty will testify as to an Inadequate Alternative Analysis to the Destruction of Primary Dunes on Beachwalk II as prescribed by the Texas Administrative Code 31TAC Chapter 15.3 (o)(4)(c)(iii) and in violation of the Port Aransas Coastal Management Plan. Dr. Prouty will testify that there was vague and

misleading description of the Planned Dune Destruction of Lot 35, Beachwalk II, and will testify on the impact of the dunes for failure to bury the dune with fill and their removal of a landward side of the ridge dune. Dr. Prouty will testify about the inadequate time given the Texas General Land Office for review and comment and the violation of the Texas Administrative Code 31TAC Chapter 15.3 (o)(4)(c)(iii) required process for Dune Permit and Beachfront construction review and approval. Dr. Prouty will testify as a different finding of comparable Dune Permits when the General Land Office was permitted review and comment with the focus on the Episcopal Diocese of West Texas, and its application for Dune Permit and Master Plan Amendment for construction of a Conference Center and Retreat on Mustang Island.

    (2)    Matt C. Deal
            952 Echo Lane, Suite 315
            Houston, Texas 77024-2758
            Telephone: (713) 461-1466
            Telecopier: (713) 468-8160

Matthew C. Deal is a Senior Appraiser with Lewis Realty Advisors of Houston, Texas. Mr. Deal is a graduate of the University of Texas with a B.A. Degree in 1988. Mr. Deal is a appraiser and consultant. His experience include evaluation of both improved and unimproved real property in Harris County, North Texas, South Texas Valley, Corpus Christi and Florida. He has testified in condemnation cases in properties in Houston, Texas. Mr. Deal was hired on July 10, 2000, and has not

completed his evaluation of the **GOCHMAN** property, on Lot 24, Beachwalk I. It is anticipated that Mr. Deal will testify as to the loss of value, if any, under **GOCHMAN** property.

 (3) Ray Woodard
    4213 Brookwoods
    P. O. Box 925305
    Houston, Texas 77092
    Telephone: (713) 680-1866

Mr. Woodard is a Land Appraiser. Mr. Woodard develops and will testify as to damages and represents those in photographs. Mr. Woodard will testify as to the damage to the **GOCHMAN** property on Lot 24 by the construction of the **OAKLEY** residence, and will show by photographic evidence the loss of view from the **GOCHMAN** house, depicting the view without the **OAKLEY** house and the loss of view caused by the **OAKLEY** house. Mr. Woodard will testify as to his opinion of damages to the **GOCHMAN** house by the building of the **OAKLEY** house.

 (4) Max J. Luther, III
    Max J. Luther, III, P.C. & Associates
    Frost Bank Plaza
    802 N. Carancahua, Suite 1350
    Corpus Christi, Texas 78470-0165
    Telephone: (361) 888-5544
    Telecopier: (361) 887-6835

Mr. Luther is the attorney for the PLAINTIFFS, **ARTHUR GOCHMAN and MOLLY GOCHMAN**. Mr. Luther is a graduate of the University of Texas with a

3

Degree in a Bachelor of Arts and graduate of the University of Texas Law School in 1958. Mr. Luther has practiced as an attorney since 1957, as an attorney at the General Land Office, Austin, Texas, Assistant County Attorney and Assistant District Attorney for Nueces County, Texas, and has been in the private practice of law in Corpus Christi since 1959. Mr. Luther is admitted to practice before the Supreme Court of the State of Texas, in the United States District Court, and the United State Supreme Court. He is actively practiced law for forty (40) years, and has offices in Corpus Christi and Austin, Texas. Mr. Luther will testify that the PLAINTIFFS reasonable and necessary attorneys fees, expenses of litigation or in excess of FIFTY THOUSAND DOLLARS ($50,000.00), and he will testify reasonable and necessary cost of handling an appeal will be TWENTY FIVE THOUSAND DOLLARS ($25,000.00).

    (5)    Ed Cogburn
            Dow, Cogburn & Friedman, P.C.
            9 Greenway Plaza, Suite 2300
            Houston, Texas 77046
            Telephone: (713) 940-6000
            Telecopier: (713) 940-6099

Mr. Cogburn is a graduate of the University of Texas and has practiced law since 1954. He is a partner with the Law Firm of Dow, Cogburn & Friedman, P.C. in Houston, Texas, and his address is 9 Greenway Plaza, Suite 2300, Houston, Texas 77046. Mr. Cogburn will testify of the attorneys fees and expenses of obligation for

4

the PLAINTIFFS in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and will testify that the cost on appeal would be TWENTY FIVE THOUSAND DOLLARS ($25,000.00).

 (6) Charles E. Belaire
    Bellaire Environmental Inc.
    P. O. Box 741
    Rockport, Texas 78381
    Telephone: (361) 729-2948
    Telecopier: (361) 729-2970

Mr. Charles E. Belaire is a Coastal Ecologist with the Bellaire Environmental Inc. specializing in the vegetation communities of the Texas Coastal Zone. He has provided services of 200 or more private and public clients, including vegetation mapping, impact assessments and habitat restoration and creation. He has testified as an expert in other cases. Mr. Belaire is reasonably expected to testify as to damages to Dune Vegetation caused by the building on Lot 35, Beachwalk II.

 (7) Kimberly K. McKenna
    P. O. Box 9586
    Debark, Delaware 19714
    Telephone: (302) 266-9981

Ms. McKenna is a geologist by profession, she has the masters of Science in Geology from the University of South Tampa, Florida, from Stockton College of New Jersey, and a Bachelor of Science and Environmental Studies at Stockton College of New Jersey. She has had numerous publications listed in her personal experience.

Ms. McKenna will testify with regard to the technical details of the Dune Beach System and the General Permitting Process required by the General Land Office of the State of Texas and under the Dune Protection Act. She has reviewed the Dune Application Permit filed by the DEFENDANT, **STARRETT**, in this cause, and can testify as to violations. Her charges are set out in her resume for trial preparation of ONE THOUSAND DOLLARS ($1,000.00) a day and a witness fee of ONE THOUSAND TWO HUNDRED DOLLARD ($1,200.00) per day.

 (7) Tim Dykes
   15915 Katy Freeway, Suite 530
   Houston, Texas 77094
   Telephone: (281) 647-0510

Mr. Dykes is a licensed architect, who is a graduate of the Texas A&M University. He has a Bachelor's Degree in Environmental Design from Texas A&M. He is licensed in Louisiana, Mississipi, Alabama, California, Florida and Oklahoma. He is the architect that designed and supervised the construction of the **GOCHMAN** house on Lot 24, Beachwalk I addition. He will testify his facts surrounding the building of the **GOCHMAN** house on Lot 24. His deposition was taken June 24, 2000, 1999, which you should refer to. Mr. Dykes if billing on a hourly basis.

 (8) Bob Cardenas
   1401 Sterrett, Suite 102
   Houston, Texas 77002

Mr. Cardenas is the sole proprietor of RBG Solutions of Houston, Texas. Mr. Cardenas will supervise the construction of a scale model of Lot 24, Beachwalk I addition and Lot 35, Beachwalk II addition to The City of Port Aransas, Texas, and will testify that the model adaquately depicts that which it is scheduled to portray. Mr. Cardenas will be charging on an hourly basis and a fixed fee basis for the model.

(9)   Kenneth C. Smith
      8 Greenway Plaza, Suite 500
      Houston, Texas 77046
      Telephone: (713) 621-3550

Mr. Smith is a registered Professional Engineer, with a Bachelor in Science and General Engineering from Texas A&M from the University of Kingsville, Texas, in 1971. Mr. Smith has had extensive engineering and management experience in areas of engineering design, public and private bidding on projects construction management feasibility studies, cost estimates, agency approvals and hearings, bond sales for public financing, boundary surveys, plating and subdivision of property and typographic surveys. Mr. Smith is expected to testify as to the design of Beachwalk II, and its impact upon critical dunes. Mr. Smith is billing on an hourly basis.

(10)  **ARTHUR GOCHMAN and MOLLY GOCHMAN** hereby also designate and incorporate by reference any and all other expert witnesses designated by any other party in this cause of action, including without limitations to Terrance

Wood, 921 North Chaparral, Suite 201, Corpus Christi, Texas, who inspected and appraised the **GOCHMAN** property.

PLAINTIFFS **GOCHMAN** also reserve the right to elicit expert testimony from any experts designated by any other party to this litigation.

Respectfully submitted,

**MAX J. LUTHER III, P.C.** & Associates
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165
Telephone: (361) 888-5544
Telecopier: (361) 887-6835

By /s/ Max J. Luther III
MAX J. LUTHER, III
Federal I.D. No. 298
State Bar No. 12706000

ATTORNEY FOR PLAINTIFFS,
**ARTHUR GOCHMAN and MOLLY GOCHMAN**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served on the following parties in accordance with the Federal Rules of Civil Procedure on the 12th day of July, 2000.

MAX J. LUTHER, III

ED COGBURN
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza, Suite 2300
Houston, Texas 77046
**VIA CMRRR #Z-149-738-249**

MATTHEW J. SULLIVAN
Haynes and Boone, L.L.P.
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
**VIA CMRRR #Z-149-738-250**

FRED D. DREILING
Attorney at Law
Bank of America
500 North Water St., Suite 714
Corpus Christi, Texas 78471
**VIA CMRRR #Z-149-738-251**

E. R. FLEURIET
The Fleuriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas   78550
**VIA CMRRR #Z-149-738-252**

JAMES F. MCKIBBEN, JR.
Barger, Hermansen, McKibben
    & Villarreal, L.L.P.
800 N. Shoreline Blvd., Ste. 2000 N. Tower
Corpus Christi, Texas 78401
**VIA CMRRR #Z-149-738-253**

JORGE C. RANGEL
The Law Offices of Jorge C. Rangel, P.C.
P. O. Box 2683
Corpus Christi, Texas   78403-2683
**VIA CMRRR #Z-149-738-254**

MICHAEL GENE MORRIS
Attorney at Law
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411
**VIA CMRRR #Z-149-738-255**

C:\DATA\REL\EXPERT.GOC:NAC