United States District Court
Southern District of Texas
FILED

JUL 17 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN & MOLLY GOCHMAN | § § § § | CIVIL ACTION NO.-00-126 JURY |
| vs. | § § | |
| STANLEY A. STARRETT, JR., KEN OAKLEY, URBAN ENGINEERING, A PARTNERSHIP, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERING, INC. AND THE CITY OF PORT ARANSAS, | § § § § § § § | |

**MOTION OF ARTHUR GOCHMAN AND MOLLY GOCHMAN FOR
SUMMARY JUDGMENT ON THE COUNTERCLAIM OF DEFENDANT KEN OAKLEY**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

ARTHUR GOCHMAN and MOLLY GOCHMAN, Plaintiffs herein, have been sued by way of counterclaim by Defendant KEN OAKLEY, as set out in Oakley's "First Amended Answer and Original Counterclaim" ("Counterclaim"). By this Motion, Plaintiffs move for summary judgment that Oakley take nothing by his Counterclaim, as follows:

1.  At paragraphs II through XII of the Counterclaim, Oakley alleges what can only be a claim for slander of title to his real property as alleged therein. The basis of his claim is the filing of a lis pendens notice in the Real Property Records of Nueces County, Texas. The only action of Plaintiffs alleged by the Counterclaim at paragraphs II through XII is the filing of the lis pendens notice. It is well-settled under the law of Texas that the filing of a lis pendens notice is not slander of title, is privileged in connection with the allegations of the lawsuit, and can constitute no part of a cause of action against the person making the filing. This being the case, Plaintiffs are entitled to a summary judgment that Oakley take nothing by such allegations in counterclaim.

44

2. Under XIII of the Counterclaim, Oakley purports to take a declaratory judgment under the Texas Uniform Declaratory Judgments Act. There is no cause of action in Texas for declaratory judgment asserted by counterclaim which, essentially, only joins issue on the main cause of action to which it is a counterclaim. Under such circumstances, the allegations of suit for declaratory judgment are not supportable and Plaintiffs are entitled to summary judgment dismissing such claims and ordering take nothing with respect thereto.

3. At XV, Oakley claims that Plaintiffs' lawsuit is "groundless" and prays for sanctions. Oakley does not allege a cause of action by such allegations and therefore, again, summary judgment should be rendered in favor of Plaintiffs on such claim.

4. At XVI, Oakley claims that he is entitled to recover costs and expenses and reasonable and necessary attorneys' fees based on deed restrictions of the Beachwalk Subdivision. There is no claim by anyone in this case that such restrictions are either invalid or that there has been a violation thereof in this suit and there have been no such violations. Accordingly, Oakley has no right to recover based on the provisions of the deed **restrictions**

5. At XVII of the Counterclaim, Oakley sues for attorneys' fees under Section 38.001 *et seq.*, Tex. Civ. Proc. & Rem. Code Ann., which allows recovery of attorneys' fees under Texas law under certain circumstances. Oakley has alleged no circumstance in his pleading which would justify the award of reasonable and necessary attorneys' fees under this statute. Accordingly, Plaintiffs pray summary judgment on this claim.

PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court grant summary judgment denying all relief to Oakley on his counterclaim against Plaintiffs with all costs

awarded to Plaintiffs and for such other and further relief as this Honorable Court might deem proper to grant.

    Respectfully submitted,

MAX J. LUTHER III, P.C. & ASSOCIATES
1350 Frost Bank Plaza
802 North Carancahua,
Corpus Christi, Texas 78470-0165
Telephone: 361/888-5544
Telecopy: 361/887-6835

By: *Max J. Luther, III* — with permission by *Laura C. Renly*
MAX J. LUTHER III
Texas Bar Number 12706000

TX Bar No. 00794497

DOW, COGBURN & FRIEDMAN, PC
Edmund L. Cogburn
Texas Bar Number 04501000
9 Greenway Plaza, Suite 2300
Houston, Texas 77046
Telephone: 713/940-6012
Telecopier: 713/940-6099

ATTORNEYS FOR PLAINTIFFS
Arthur Gochman and Molly Gochman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served via certified mail, return receipt requested in accordance with the Federal Rules of Civil Procedure to counsel as indicated below on this 17th day of July, 2000.

*Max J. Luther, III* — with permission by *Laura C. Renly*

TX Bar No. 00794497

Ed Cogburn
Dow, Cogburn & Friedman, PC
9 Greenway Plaza, Suite 2300
Houston, TX 77046

Matthew J. Sullivan
Haynes and Boone, LLP
1600 One American Center
600 Congress Avenue
Austin, TX 78701

Page 3

| | |
|---|---|
| Fred D. Dreiling<br>500 N. Shoreline St., Suite 714<br>Corpus Christi, TX 78471 | E. R. Fleuriet<br>621 E. Tyler<br>Harlingen, TX |
| James F. McKibben, Jr.<br>Barger, Hermansen, McKibben<br>      & Villareal, LLP<br>2000 North Tower<br>800 N. Shoreline Blvd.<br>Corpus Christi, TX 78401 | Jorge C. Rangel<br>PO Box 2683<br>Corpus Christi, TX 78403-2683 |
| Michael Morris<br>5350 S. Staples, Suite 222<br>Corpus Christi, TX 78411 | |

O:\100\100026\0190\MSJ\071720001521

Page 4