IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 25 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| AND | § | |
| MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | C.A. NO. C-00-126 |
| | § | JURY |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| ET. AL. | § | |
| | § | |

## COUNTER-PLAINTIFFS, KEN AND ANDREA OAKLEY'S, UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **KEN AND ANDREA OAKLEY,** Counter-Plaintiffs herein, and file this motion requesting permission of the Court to file their first amended counterclaim and in support hereof would respectfully show the Court as follows:

### I.

Counter-Plaintiffs wish to obtain the Court's permission to file their first amended counterclaim, beyond the pleading deadline, and in accordance with Rule 15. This amended pleading, which is attached hereto, will come as no surprise to any other party or attorney interested in this matter.

### II.

The deadline for the Oakleys to file their Motion for Summary Judgment was July 17, 2000. During the week beginning July 10, 2000, and in connection with the gathering of evidence needed to support their Motion for Summary Judgment, the attorney for the Oakleys went to the Nueces County Clerk's office to locate and obtain certified copies of various real

*Counter-Plaintiffs, Ken and Andrea Oakley's, Unopposed Motion for Leave to File First Amended Counterclaim*
*Gochman vs. Oakley, et. al.*
*Page 1 of 5*

estate documents germane to the summary judgment motion. While checking the Nueces County Clerk's computer, the Oakley's attorney discovered that on February 1, 2000, Plaintiff Arthur Gochman had filed a new Notice of Lis Pendens as to the Oakley property.

### III.

In their original counterclaim the Oakleys have complained about a September 9, 1999, Notice of Lis Pendens filing by the Plaintiffs. In the attached amended counterclaim the Oakleys seek to include the February 1, 2000, Notice of Lis Pendens filing in their complaint as well. The Oakleys did not know about the February 1, 2000, Notice of Lis Pendens filing until the week of July 10, 2000, when their attorney discovered the instrument.

### IV.

The attorneys in charge for the Plaintiffs and the Defendants do not oppose this motion.

WHEREFORE PREMISES CONSIDERED, the Oakleys pray that this matter be set for hearing, and that upon hearing hereof the Court grant them permission to file the amended counterclaim, which is attached hereto.

*Counter-Plaintiffs, Ken and Andrea Oakley's, Unopposed Motion for Leave to File First Amended Counterclaim*
*Gochman vs. Oakley, et. al.*
*Page 2 of 5*

Respectfully submitted,

**LAW OFFICE OF FRED D. DREILING**
**BANK OF AMERICA BUILDING**
**500 NORTH SHORELINE, SUITE 714**
**CORPUS CHRISTI, TEXAS 78471**
**E-MAIL:DREILINGFD@AOL.COM**
**TELEPHONE:  (361) 883-0186**
**FACSIMILE:    (361) 882-4112**


**FRED D. DREILING**
**FEDERAL ID NO.  19239**
**STATE BAR NO.  06115100**

**ATTORNEY IN CHARGE FOR**
**COUNTER- PLAINTIFFS**
**KEN AND ANDREA OAKLEY**

*Counter-Plaintiffs, Ken and Andrea Oakley's, Unopposed Motion for Leave to File First Amended Counterclaim*
*Gochman vs. Oakley, et. al.*
*Page 3 of 5*

## CERTIFICATE OF CONFERENCE

Oakleys' counsel has conferred with the attorneys in charge for the Plaintiffs and all Defendants, and they do not oppose this motion.

FRED D. DREILING

*Counter-Plaintiffs, Ken and Andrea Oakley's, Unopposed Motion for Leave to File First Amended Counterclaim*
*Gochman vs. Oakley, et. al.*
*Page 4 of 5*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the following counsel of record in accordance with the Federal Rules of Civil Procedure this 24th day of July, 2000.

Mr. Max J. Luther, III                                    **C.M. #Z 100·888 440/RRR**
*Law Office of Max J. Luther, III*
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165

Mr. Michael G. Morris                                     **U.S.P.S. Regular Delivery**
*Law Office of Michael G. Morris*
5350 South Staples, Suite 222
Corpus Christi, Texas 78411

Mr. Ed Cogburn                                            **U.S.P.S. Regular Delivery**
*Dow, Cogburn & Friedman, P.C.*
9 Greenway Plaza
Houston, Texas 77046

Mr. E.R. Fleuriet                                         **U.S.P.S. Regular Delivery**
*The Fleuriet Schell Law Firm, L.L.P.*
621 East Tyler
Harlingen, Texas 78550

Mr. James F. McKibben, Jr.                                **U.S.P.S. Regular Delivery**
*Barger, Hermansen, McKibben & Villarreal, L.L.P.*
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478

Mr. Jorge C. Rangel                                       **U.S.P.S. Regular Delivery**
*The Law offices of Jorge C. Rangel*
P.O. Box 2683
Corpus Christi, TX 78403-2683

Mr. Matthew J. Sullivan                                   **U.S.P.S. Regular Delivery**
*Haynes and Boone, L.L.P.*
1600 One American Center
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

**FRED D. DREILING**

*Counter-Plaintiffs, Ken and Andrea Oakley's, Unopposed Motion for Leave to File First Amended Counterclaim*
*Gochman vs. Oakley, et. al.*
*Page 5 of 5*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ARTHUR GOCHMAN** | § | |
| **AND** | § | |
| **MOLLY GOCHMAN** | § | |
| | § | |
| **VS.** | § | **C.A. NO. C-00-126** |
| | § | **JURY** |
| | § | |
| **STANLEY A. STARRETT, JR.,** | § | |
| **ET. AL.** | § | |
| | § | |

## ORDER

On this day came to be heard the Counter-Plaintiffs, Ken and Andrea Oakley's, Motion for Leave to File First Amended Counterclaim.

The Court, upon consideration of said Motion, hereby grants same.

Entered on this the ____ day of _____, 2000.


_____

**UNITED STATES DISTRICT  JUDGE**