United States District Court
Southern District of Texas
ENTERED

JUL 26 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Arthur Gochman and Molly Gochman | § | |
| VS. | § | CIVIL ACTION NO. C-00-126 |
| Stanley A. Starrett, Jr., et. al. | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your __Designation of Experts by Urban Engineering, The Peralla Corporation, Urban Consulting Engineers, Inc. and James Urban__ however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. _X_ Pleading is not in compliance with LR11.3.A(1) through (6) **No Federal Bar I.D. provided.**

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1D)

6. ___ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: _7-26-00_
(Re: D.E. #41)/smw

JUDGE PRESIDING