United States District Court
Southern District of Texas
ENTERED
JUL 28 2000
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Arthur Gochman, et. al.   §                                     51.

VS.                       §   CIVIL ACTION NO. __C-00-126__

Stanley A. Starrett, Jr., et. al.   §

## ORDER STRIKING PLEADING (S)

The clerk has filed your __Defendant Starrett's Designation of Expert Witnesses__ however, it is deficient in the area (s) checked below:

1. ____ Pleading is not signed. (LR11.3)

2. ____ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ____ Caption of the pleading is incomplete (LR10.1)

4. ____ No certificate of service, or explanation why service is not required (LR5.4)

5. ____ No statement re conference w/opposing counsel (LR7.1D)

6. ____ Separate proposed order not attached (LR7.1C)

7. ____ Motion to consolidate is not in compliance with LR7.6

8. __X__ Other: __Discovery material is not filed with the clerk (LR5.5)__
    (Attachments to pleading are discovery material)
    _Read orders of court + local rule_

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __7-27-00__

(Re: D.E. #50)/smw

JUDGE PRESIDING