IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 28 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN | § § § § | |
| VS. | § § § | C.A. NO. C-00-126 JURY |
| STANLEY A. STARRETT, JR., ET. AL. | § § § § | |

## ORDER

On this day came to be heard the Counter-Plaintiffs, Ken and Andrea Oakley's, Motion for Leave to File First Amended Counterclaim.

The Court, upon consideration of said Motion, hereby grants same.

Entered on this the 27th day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE