UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 1 - 2000
Michael N. Milby
Clerk of Court

Arthur Gochman & Molly Gochman    §

VS.    §    CIVIL ACTION NO. C-00-126

Stanley A. Starrett, Jr., et. al.    §

## ORDER STRIKING PLEADING (S)

The clerk has filed your __Unopposed Motion to Submit Supporting Authorities__ in Support of Plaintiff's Motion for Summary Judgment on the Counterclaim of Defendants Ken Oakley and Andrea Oakley however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. _X_ Pleading is not in compliance with LR11.3.A(1) through (6) No Federal Bar I.D. provided.

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1D)

6. ___ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 7-30-00

(Re: D.E. #50)/smw

JUDGE PRESIDING