IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG - 3 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| & MOLLY GOCHMAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-126 |
| | § | UNOPPOSED |
| STANLEY A. STARRETT, JR., | § | JURY |
| KEN OAKLEY AND THE CITY OF | § | |
| PORT ARANSAS, TEXAS | § | |

### DEFENDANT STANLEY A. STARRETT, JR.'S
### MOTION FOR LEAVE TO RE-FILE EXPERT WITNESS DESIGNATION

Defendant Stanley A. Starrett, Jr., files this his Motion for Leave to Re-File Expert Witness Designation, and in support thereof would show:

**I. Background**

1. On July 10, 2000 Defendant Starrett served his Designation of Expert Witnesses in keeping with the deadline imposed in the Court's current Scheduling Order.

2. The Expert Witness Designation filed with the Court Clerk inadvertently included copies of the expert witnesses' reports, contrary to the language of Paragraph 7 of the Court's Scheduling Order.

3. Because the Expert Witness Designation included copies of the expert witnesses' reports, on June 27 this Court struck the pleading.

DEFENDANT STANLEY A. STARRETT, JR.'S MOTION
FOR LEAVE TO RE-FILE EXPERT WITNESS DESIGNATION - 1

54

## II. Request For Leave to Re-File Expert Witness Designation

4. Defendant Starrett now respectfully seeks leave to re-file his Expert Witness Designation. Defendant Starrett would ask that the three-page designation be reinstated as part of the record, with all accompanying material to remain struck but eligible for admission into evidence during trial or in any other proceeding in this matter. Defendant Starrett would show that his initial filing of the Expert Witness Designation was timely, but that the pleading was rejected by the Court due to Starrett's inadvertent procedural error of including the expert witnesses' reports with the filed designation. Defendant Starrett regrets any inconvenience which the error may have caused. Defendant Starrett would show further that his motion is unopposed, and that the Court's General Order permits extension of the parties' deadline to designate experts when agreed by all parties. Finally, Defendant Starrett would show that no party is prejudiced by the re-filing of his Expert Witness Designation, as all parties received service of the pleading as initially filed.

WHEREFORE, Defendant Stanley A. Starrett, Jr. prays that his Motion for Leave to Re-File Expert Witness Designation be granted in all respects.

Respectfully submitted,

/s/ E. R. Fleuriet

**E. R. Fleuriet**
State Bar No. 07145500
Fed. I. D. No. 1327
Attorney-in-Charge for Defendant Starrett
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030   (956) 421-4339 (Fax)


OF COUNSEL:
**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)


Jorge C. Rangel
State Bar No. 16543500
Fed. I. D. No. 5698
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477
361-883-8500
361-883-2611 (Fax)

Attorneys for Defendant Starrett

<u>DEFENDANT STANLEY A. STARRETT, JR.'S MOTION</u>
<u>FOR LEAVE TO RE-FILE EXPERT WITNESS DESIGNATION</u> - 3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon the following counsel of record:

Max J. Luther, III
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

Michael G. Morris
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

James F. McKibben, Jr.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, TX 78401

Jorge C. Rangel
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477

Edmund L. Cogburn
9 Greenway Plaza
Houston, TX 77046

Fred D. Dreiling
Bank of America Building
500 North Shoreline – Suite 714
Corpus Christi, TX 78471-1007

Matthew J. Sullivan
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

via regular mail on this the __2__ day of ~~July~~ August, 2000.

E. R. Fleuriet

**DEFENDANT STANLEY A. STARRETT, JR.'S MOTION
FOR LEAVE TO RE-FILE EXPERT WITNESS DESIGNATION** - 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARTHUR GOCHMAN § | |
| & MOLLY GOCHMAN § | |
| § | |
| v. § | CIVIL ACTION NO. C-00-126 |
| § | UNOPPOSED |
| STANLEY A. STARRETT, JR., § | JURY |
| KEN OAKLEY AND THE CITY OF § | |
| PORT ARANSAS, TEXAS § | |

## ORDER

Defendant Stanley A. Starrett, Jr.'s unopposed Motion for Leave to Re-File Expert Witness Designation having come on for consideration, the Motion is GRANTED; it is therefore

ORDERED that pages one through three of Defendant Stanley A. Starrett, Jr.'s Designation of Expert Witnesses be filed among the papers in this cause; it is further

ORDERED that the accompanying expert witnesses' reports and other supplementary material, inadvertantly filed with the Designation of Expert Witnesses, shall not be filed, but may be offered in evidence at trial or as appropriate in any other proceeding in this matter.

So ORDERED this _____ day of _____, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

ORDER