# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

---

Arthur Gochman & Molly Gochman                          **NOTICE**

V.                              **RESETTING**

Ken Oakley, et al                               CASE NUMBER: C-00-~~115~~ 126

---

TYPE OF CASE:        **X** CIVIL         ___ CRIMINAL

---

### YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

**JUDGE JANIS GRAHAM JACK**

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

On     See Below Dates & Times         at              a.m. / p.m.

---

### PURPOSE OF PROCEEDING:

**X** Final Pretrial Conference: Sept. 5, 2000 @ 8:30 a.m.        ___ Motion Hearing
     Note: Client(s) are not required to appear

**X** Jury Selection and Trial: Sept. 6, 2000 @ 8:00 a.m.         ___ Show Cause Hearing

___ Re-Arraignment                                               ___ Sentencing

**X** Other Joint Pretrial Order Due Date: August 21, 2000       ___ Revocation Hearing

---

Michael N. Milby, Clerk

By Deputy:   Myra Orta Alfano                    Date: August 7, 2000

cc:   Max J. Luther, III
      Fred D. Dreiling
      James F. McKibben, Jr.
      Matthew J. Sullivan
      Edwin R. Fleuriet
      Jorge C. Rangel

56.