United States District Court
Southern District of Texas
FILED

AUG - 7 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN<br>& MOLLY GOCHMAN | § § § | CIVIL ACTION NO.C-00-126<br>JURY |
| vs. | § § § | |
| STANLEY A. STARRETT, JR.,<br>KEN OAKLEY, URBAN ENGINEERING, A<br>PARTNERSHIP, THE PERALLA<br>CORPORATION, URBAN CONSULTING<br>ENGINEERING, INC.<br>AND THE CITY OF PORT ARANSAS, | § § § § § § § | |

### THE PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE THE TIME TO FILE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE MOTIONS' FOR SUMMARY JUDGMENT FILED BY THE DEFENDANTS IN THIS CAUSE, AND TO ALLOW THE FILING OF THE PLAINTIFFS' RESPONSES TO THE SUMMARY JUDGMENTS OF THE DEFENDANTS IN THIS CAUSE

To the Honorable Judge of Said Court:

The PLAINTIFFS, ARTHUR GOCHMAN AND MOLLY GOCHMAN, file this their Motion to Enlarge the Time for the Filing of Memorandums In Opposition to Each of the Defendants' Motions for Summary Judgment filed in this cause, and to allow the filing of the Plaintiffs' Response to each of the Defendants' Motions for Summary Judgment, and Motion for Leave To File Responses to the Defendants' Motions for Summary Judgment, and in support thereof would respectfully show the Court as follows:

57.

# I.

## Background

On or about, July 17, 2000, the PLAINTIFFS were served with five (5) Motions For Summary Judgments one from each of the four (4) DEFENDANTS in this cause; to wit: (1) DEFENDANTS' URBAN ENGINEERING, PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC., AND JAMES URBAN'S Motion for Summary Judgment, (2) DEFENDANT, STARRETT'S Motion for Summary Judgment, (3) DEFENDANT THE CITY OF PORT ARANSAS' Motion for Summary Judgment, (4) DEFENDANTS' OAKLEY'S Motion for Summary Judgment, (5) DEFENDANTS and COUNTER-PLAINTIFFS OAKLEYS', Motion for Summary Judgement on First Amended Counter-Claim.

## II.

The Responses to the several DEFENDANTS' Motions for Summary Judgment listed in One (I) above must be filed on or before August 7, 2000.

## III.

Because of the the number of responses to the Motions' for Summary Judgment, five (5) all being due at the same date, PLAINTIFFS need additional time in which to file their Responses to the several Motions for Summary Judgment of the DEFENDANTS listed in One (I) above.

2

## IV.

Counsel for the PLAINTIFFS has communicated by telephone with each lead counsel for the DEFENDANTS, and each of the DEFENDANTS do not oppose this Motion.

WHEREFORE PREMISES CONSIDERED, PLAINTIFFS' pray that the Court grant their Motion to Enlarge the Time for Filing Plaintiffs' Memorandum in Opposition to the Several Defendants' Motions for Summary Judgment, and that the time for filing its Response be extended to August 10, 2000, and that leave to file be granted, and for such other Orders as the Court shall deem proper.

Respectfully submitted,

MAX J. LUTHER, III, P.C.
& Associates
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470
Telephone: (361)888-5544
Facsimile: (361)887-6835

BY: _____
MAX J. LUTHER, III
Federal I.D. Number: 298
State Bar No. 12706000
ATTORNEY FOR PLAINTIFFS
**ARTHUR AND MOLLY GOCHMAN**

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Instrument was served on the following parties in accordance with the Federal Rules of Civil Procedure on this the 7th day of August, 2000, via return receipt requested.

*/s/ Max J. Luther, III*
MAX J. LUTHER, III

EDMUND L. COGBURN
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza
Houston, Texas 77046
VIA CMRRR# 7099 3220 0001 4298 4554

MATTHEW J. SULLIVAN
Haynes and Boone, L.L.P.
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
VIA CMRRR# 7099 3220 0001 4298 4592

FRED D. DREILING
Attorney at Law
Bank of America
500 North Water St., Suite 714
Corpus Christi, Texas 78471
VIA CMRRR# 7099 3220 0001 4298 4561

E. R. FLEURIET
The Fleuriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas   78550
VIA CMRRR# 7099 3220 0001 4298 4608

JAMES F. MCKIBBEN, JR.
Barger, Hermansen, McKibben
    & Villarreal, L.L.P.
800 N. Shoreline Blvd., Ste. 2000 N.Tower
Corpus Christi, Texas 78401
VIA CMRRR# 7099 3220 0001 4298 4578

JORGE C. RANGEL
The Law Offices of Jorge C. Rangel
P. O. Box 2683
Corpus Christi, Texas   78403-2683
VIA CMRRR# 7099 3220 0001 4298 4615

MICHAEL GENE MORRIS
Attorney at Law
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411
VIA CMRRR# 7099 3220 0001 4298 4585

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| & MOLLY GOCHMAN | § | CIVIL ACTION NO.C-00-126 |
| | § | JURY |
| VS. | § | |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY, URBAN ENGINEERING, A | § | |
| PARTNERSHIP, THE PERALLA | § | |
| CORPORATION, URBAN CONSULTING | § | |
| ENGINEERING, INC. | § | |
| AND THE CITY OF PORT ARANSAS, | § | |

## ORDER GRANTING THE PLAINTIFFS' MOTION TO ENLARGE THE TIME TO FILE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE MOTIONS' FOR SUMMARY JUDGMENT FILED BY THE SEVERAL DEFENDANTS IN THIS CAUSE, AND ENLARGE THE TIME TO FILE THE PLAINTIFFS' RESPONSES TO THE SUMMARY JUDGMENTS OF THE DEFENDANTS IN THIS CAUSE

On this the _____ day of August, 2000, came on to be heard the Plaintiffs' Unopposed Motion to Enlarge the Time to File Plaintiff's Memorandum in Opposition to the Motions' for Summary Judgment Filed by the Defendants in This Cause, and to Allow the Filing of the Plaintiffs' Responses to the Summary Judgments of the Defendants in this Cause.

It is therefor, ORDERED that the PLAINTIFFS' Motion to Enlarge the Time to File Plaintiffs' Memorandums in Opposition to the Defendant' the City of Port Aransas' Motion for Summary Judgment, Defendants' Urban Engineering, the Peralla Corporation, Urban Consulting Engineers, Inc., and James Urban's Motion

for Summary Judgment, Defendant, Stanley A. Starrett's Motion for Summary Judgment, and the Motion for Summary Judgment of the Defendants' Ken and Andrea Oakley, and Defendant and Counter-Plaintiffs' Oakleys' Motion for Summary Judgment on First Amended Counter-Claim, and the same is hereby granted, and the PLAINTIFFS' are granted leave to file Responses to the DEFENDANTS Motion for Summary Judgment until August 10, 2000.

Signed and Ordered enter on this the _____ day of August, 2000.

_____
United States District Judge Presiding

c:\data\rel\motion.goc:kc

2