IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN, § § § Plaintiffs, § § v. § § STANLEY A. STARRETT, JR. § KEN OAKLEY, URBAN ENGINEERING, § A PARTNERSHIP, THE PERALLA § CORPORATION, URBAN CONSULTING § ENGINEERS, INC., JAMES URBAN AND § THE CITY OF PORT ARANSAS, TEXAS, § § Defendants. § | CV ACTION NO. C-00-126 |

United States District Court
Southern District of Texas
FILED

AUG - 7 2000

MICHAEL N. MILBY, CLERK

## URBAN ENGINEERING'S, THE PERALLA CORPORATION'S, URBAN CONSULTING ENGINEERS, INC.'S AND JAMES URBAN'S UNOPPOSED MOTION FOR LEAVE TO RE-FILE THEIR DESIGNATION OF EXPERTS

Defendants Urban Engineering, The Peralla Corporation, Urban Consulting Engineers, Inc. and James Urban (collectively the "Urban Defendants") filed their Designation of Experts on July 12, 2000. The Court struck the Urban Defendants Designation of Experts because the Southern District of Texas Bar No. for the Urban Defendants was not listed on the pleading.

The Urban Defendants seek the Court's permission to re-file their Expert Designations, which is attached to this Motion for Leave, to include the required information. The attorneys-in-charge for the Plaintiffs and the other Defendants do not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Urban Engineering, The Peralla Corporation, Urban Consulting Engineers, Inc. and James Urban pray that the Court grant them permission to

URBAN ENGINEERING'S, THE PERALLA CORPORATION'S,
URBAN CONSULTING ENGINEERS, INC.'S AND JAMES URBAN'S
UNOPPOSED MOTION FOR LEAVE TO RE-FILE THEIR DESIGNATION OF EXPERTS
A-101282 1

Page 1

58

re-file the attached Expert Designations to include the Southern District of Texas Bar Number for their attorney-in-charge.

            Respectfully submitted,

*[signature]*

Matthew J. Sullivan
Attorney-In-Charge
State Bar No. 19488325
Southern District of Texas Bar No. 16960
Andrea L. Sloan
State Bar No. 90001678
Southern District of Texas Bar No. 24404

HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701
512/867-8400 - telephone
512/867-8470 - telecopier

ATTORNEYS FOR
URBAN ENGINEERING, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC. AND JAMES URBAN

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following parties by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure on the _7_ day of August, 2000:

Max J. Luther, III, Esq.
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Edmund Cogburn, Esq.
Dow, Cogburn & Friedman, PC
9 Greenway Plaza
Houston, TX 77046

Jorge C. Rangel, Esq.
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683

E.R. Fleuriet, Esq.
The Fleuriet Schell Law Firm, L.L.P.
621 East Tyler
Harlingen, TX 78550

James F. McKibben, Jr., Esq.
Barger, Hermansen, McKibben & Villarreal, L.L.P.
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, TX 78401

Michael Gene Morris, Esq.
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

Fred Dreiling, Esq.
Law Offices of Fred D. Dreiling
Bank of America, Suite 714
500 North Water Street
Corpus Christi, TX 78471

_____
Matthew J. Sullivan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND<br>MOLLY GOCHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY A. STARRETT, JR.<br>KEN OAKLEY, URBAN ENGINEERING,<br>A PARTNERSHIP, THE PERALLA<br>CORPORATION, URBAN CONSULTING<br>ENGINEERS, INC., JAMES URBAN AND<br>THE CITY OF PORT ARANSAS, TEXAS,<br><br>Defendants. | § § § § § § § § § § § § § § § § § | CV ACTION NO. C-00-126 |

**DESIGNATION OF EXPERTS BY URBAN ENGINEERING, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC. AND JAMES URBAN**

Urban Engineering, The Peralla Corporation, Urban Consulting Engineers, Inc. and James Urban, file this their designation of experts:

1.  Matthew J. Sullivan of Haynes and Boone, 600 Congress Avenue, Suite 1600, Austin, Texas 78701, (512) 867-8400. Mr. Sullivan is expected to testify regarding the reasonable and necessary attorney's fees and costs. A copy of Mr. Sullivan's report on the Urban Defendants' attorneys' fees is attached hereto as Exhibit "1."

2.  James L. Urban, P.E., Urban Engineering, 2725 Swantner Drive, Corpus Christi, Texas 78404, (361) 854-6001. Mr. Urban is a professional engineer who will testify regarding the requirements of the Port Aransas Coastal Management Plan (the "Plan") adopted by the City of Port Aransas. Mr. Urban will testify generally about the permitting process under the Plan and specifically about compliance with the Plan and the dune permits issued by the City of Port Aransas that are at issue in this litigation. Mr. Urban is also expected to testify regarding the scope of work undertaken by Urban Engineering under its contract with Stanley Starrett, the terms of the contract, the duties and obligations of Urban Engineering and the services provided by Urban Engineering in connection with the Beachwalk I and Beachwalk II projects. Mr. Urban will also offer testimony regarding the customary standards and practice of Urban Engineering when that firm is retained by a private entity to appear before any governmental authorities, such as the City Counsel or the Planning and Zoning Commission for the City of Port Aransas. Further, Mr. Urban is expected to testify that the Urban

Engineering defendants did not conspire with the City to deprive Arthur or Molly Gochman of any rights. A copy of Mr. Urban's report and resume are attached hereto as Exhibit "2."

3. Terrence F. Wood, 921 North Chaparral, Suite 201, Corpus Christi, Texas 78401. Mr. Wood is a property appraiser who is expected to testify on the value of the Gochman property. Please refer to Mr. Wood's appraisals and report furnished by Mr. Fleuriet.

4. Stephen Thompson, City of Port Aransas, 710 West Avenue A, Port Aransas, Texas 78373-4128. Mr. Thompson is the former City Building Official during the relevant time period for this lawsuit. Mr. Thompson is expected to testify regarding his investigation of the Beachwalk II permits.

5. Elisa Ugarte, Scott Friedman, Elizabeth Ramirez and Jamie Mitchell, Texas General Land Office, Stephen F. Austin Building, 1700 North Congress Avenue, Austin, Texas 78701-1495. Ms. Ugarte, Mr. Friedman, Ms. Ramirez, and Mr. Mitchell are expected to testify regarding the investigations by the General Land Office of the Beachwalk II permits.

6. Urban Engineering reserves the right to elicit expert testimony from any experts designated by any other parties to this litigation and designate the other experts designated or retained by the other defendants.

Respectfully submitted,

HAYNES AND BOONE, LLP
1600 One American Center
600 Congress Avenue
Austin, Texas 78701-3236
Telephone:(512) 867-8400
Telecopier:(512) 867-8470

_[signature]_

Matthew J. Sullivan
Attorney-In-charge
State Bar No. 19488325
Southern District of Texas Bar No. 16960
Andrea L. Sloan
State Bar No. 90001678
Southern District of Texas Bar No. 24404

ATTORNEYS FOR DEFENDANTS
URBAN ENGINEERING, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC. AND JAMES URBAN

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following parties by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure on the 3 day of ~~July~~ August, 2000:

Max J. Luther, III, Esq.
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Edmund Cogburn, Esq.
Dow, Cogburn & Friedman, PC
9 Greenway Plaza
Houston, TX 77046

Jorge C. Rangel, Esq.
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683

E.R. Fleuriet, Esq.
The Fleuriet Schell Law Firm, L.L.P.
621 East Tyler
Harlingen, TX 78550

James F. McKibben, Jr., Esq.
Barger, Hermansen, McKibben & Villarreal, L.L.P.
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, TX 78401

Michael Gene Morris, Esq.
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

Fred Dreiling, Esq.
Law Offices of Fred D. Dreiling
Bank of America, Suite 714
500 North Water Street
Corpus Christi, TX 78471

_____
Matthew J. Sullivan

**DESIGNATION OF EXPERTS BY URBAN ENGINEERING, THE PERALLA CORPORATION,
URBAN CONSULTING ENGINEERS, INC. AND JAMES URBAN**           Page 3
A-100292.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN, <br><br> Plaintiffs, <br><br> v. <br><br> STANLEY A. STARRETT, JR. KEN OAKLEY, URBAN ENGINEERING, A PARTNERSHIP, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC., JAMES URBAN AND THE CITY OF PORT ARANSAS, TEXAS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § <br><br> CV ACTION NO. C-00-126 |

## ORDER

On this date came on for consideration Defendants Urban Engineering's, The Peralla Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's Motion for Leave to Re-file Their Designation of Experts, and the Court finding the Motion to be well-taken, HEREBY GRANTS the Motion and directs the Clerk to file Defendants Urban Engineering's, the Peralla Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's Expert Designations in the papers of this cause.

Signed this _____ day of _____, 2000.

_____
United States District Judge

a-101294.1