IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 15 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ARTHUR GOCHMAN & MOLLY GOCHMAN | § § § | |
| v. | § § | CIVIL ACTION NO. C-00-126 UNOPPOSED |
| STANLEY A. STARRETT, JR., KEN OAKLEY AND THE CITY OF PORT ARANSAS, TEXAS | § § § § | JURY |

## ORDER

Defendant Stanley A. Starrett, Jr.'s unopposed Motion for Leave to Re-File Expert Witness Designation having come on for consideration, the Motion is GRANTED; it is therefore

ORDERED that pages one through three of Defendant Stanley A. Starrett, Jr.'s Designation of Expert Witnesses be filed among the papers in this cause; it is further

ORDERED that the accompanying expert witnesses' reports and other supplementary material, inadvertantly filed with the Designation of Expert Witnesses, shall not be filed, ~~but may be offered in evidence at trial or as appropriate in any other proceeding in this matter.~~

So ORDERED this 11th day of August, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

ORDER