United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN<br>& MOLLY GOCHMAN<br><br>vs.<br><br>STANLEY A. STARRETT, JR.,<br>KEN OAKLEY, URBAN ENGINEERING, A<br>PARTNERSHIP, THE PERALLA<br>CORPORATION, URBAN CONSULTING<br>ENGINEERING, INC.<br>AND THE CITY OF PORT ARANSAS, | § § § § § § § § § § § | CIVIL ACTION NO.C-00-126<br>JURY |

## ORDER GRANTING THE PLAINTIFFS' MOTION TO ENLARGE THE TIME TO FILE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE MOTIONS' FOR SUMMARY JUDGMENT FILED BY THE SEVERAL DEFENDANTS IN THIS CAUSE, AND ENLARGE THE TIME TO FILE THE PLAINTIFFS' RESPONSES TO THE SUMMARY JUDGMENTS OF THE DEFENDANTS IN THIS CAUSE

On this the ____ day of August, 2000, came on to be heard the Plaintiffs' Unopposed Motion to Enlarge the Time to File Plaintiff's Memorandum in Opposition to the Motions' for Summary Judgment Filed by the Defendants in This Cause, and to Allow the Filing of the Plaintiffs' Responses to the Summary Judgments of the Defendants in this Cause.

It is therefor, ORDERED that the PLAINTIFFS' Motion to Enlarge the Time to File Plaintiffs' Memorandums in Opposition to the Defendant' the City of Port Aransas' Motion for Summary Judgment, Defendants' Urban Engineering, the Peralla Corporation, Urban Consulting Engineers, Inc., and James Urban's Motion

for Summary Judgment, Defendant, Stanley A. Starrett's Motion for Summary Judgment, and the Motion for Summary Judgment of the Defendants' Ken and Andrea Oakley, and Defendant and Counter-Plaintiffs' Oakleys' Motion for Summary Judgment on First Amended Counter-Claim, and the same is hereby granted, and the PLAINTIFFS' are granted leave to file Responses to the DEFENDANTS Motion for Summary Judgment until August 10, 2000.

Signed and Ordered enter on this the __11th__ day of August, 2000.

_____
United States District Judge Presiding

c:\data\rel\motion.goc:kc