UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 15 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN, § § § | |
| Plaintiffs, § | 68. |
| v. § | |
| § | CV ACTION NO. C-00-126 |
| STANLEY A. STARRETT, JR. KEN OAKLEY, URBAN ENGINEERING, A PARTNERSHIP, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC., JAMES URBAN AND THE CITY OF PORT ARANSAS, TEXAS, § § § § § § § | |
| Defendants. § § | |

## ORDER

On this date came on for consideration Defendants Urban Engineering's, The Peralla Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's Motion for Leave to Re-file Their Designation of Experts, and the Court finding the Motion to be well-taken, HEREBY GRANTS the Motion and directs the Clerk to file Defendants Urban Engineering's, the Peralla Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's Expert Designations in the papers of this cause.

Signed this 11th day of August, 2000.

_____
United States District Judge

a-101294.1