# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 14 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| Arthur Gochman & Molly Gochman | **NOTICE** | |
| V. | **RESETTING** | |
| Ken Oakley, et al. | | CASE NUMBER: C-00-126 |

| TYPE OF CASE: | _X_ CIVIL | ___ CRIMINAL |
|---|---|---|

### YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

**JUDGE JANIS GRAHAM JACK**

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

On    See Below Dates & Times             at                    a.m./p.m.

### PURPOSE OF PROCEEDING:

_X_  Final Pretrial Conference: Sept. 1, 2000 @ 8:00 a.m.          ___ Motion Hearing
      Note: Client(s) are not required to appear

_X_  Jury Selection and Trial: Sept. 5, 2000 @ 8:00 a.m.           ___ Show Cause Hearing

___  Re-Arraignment                                                 ___ Sentencing

_X_  Other: Joint Pretrial Order Due Date: August 21, 2000         ___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy:  Mary Beth Garza                                         August 14, 2000

cc: Max J. Luther, III
    Fred D. Dreiling
    James F. McKibben, Jr.
    Matthew J. Sullivan
    Edwin R. Fleuriet
    Jorge C. Rangel

70.