UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 16 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| ARTHUR GOCHMAN and MOLLY GOCHMAN § § § | |
| § | CIVIL ACTION NO. C-00-126 |
| vs. § | Jury |
| § | |
| STANLEY A. STARRETT, JR., KEN OAKLEY, URBAN ENGINEERING, A PARTNERSHIP, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC. AND THE CITY OF PORT ARANSAS § § § § § § § | |

### ORDER GRANTING UNOPPOSED MOTION TO SUBMIT SUPPORTING AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THE COUNTERCLAIM OF DEFENDANTS, KEN OAKLEY AND ANDREA OAKLEY

On this the 15th day of August, 2000, came on to be considered the Plaintiffs' Unopposed Motion to Submit Supporting Authorities in Support of Plaintiffs' Motion For Summary Judgment on the Counterclaim of Defendants, Ken Oakley and Andrea Oakley. The Court having considered the same, finds that the Motion is unopposed by counsel for Defendants, Ken Oakley and Andrea Oakley, and that said Motion should be granted.

It is accordingly ORDERED that the Plaintiffs' Unopposed Motion to Submit Supporting Authorities in Support of Plaintiffs' Motion For Summary Judgment on the Counterclaim of Defendants, Ken Oakley and Andrea Oakley, be and the same is hereby granted.

Signed and Entered this the 15th day of August, 2000.

_____
United States District Judge, Judge Presiding

c:\data\rel\gochman.ord:kc