IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND<br>MOLLY GOCHMAN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STANLEY A. STARRETT, JR.<br>KEN OAKLEY, URBAN ENGINEERING,<br>A PARTNERSHIP, THE PERALLA<br>CORPORATION, URBAN CONSULTING<br>ENGINEERS, INC., JAMES URBAN AND<br>THE CITY OF PORT ARANSAS, TEXAS,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CV ACTION NO. C-00-126 |

### URBAN ENGINEERING'S, THE PERALLA CORPORATION'S, URBAN CONSULTING ENGINEERS, INC.'S AND JAMES URBAN'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT EVIDENCE

Defendants Urban Engineering ("Urban"), The Peralla Corporation, Urban Consulting Engineers, Inc. and James Urban (collectively the "Urban Defendants") filed their Motion for Summary Judgment (the "Motion") on July 17, 2000. The Plaintiffs' filed their Response to the Urban Defendants' Motion for Summary Judgment (the "Reply") on August 10, 2000.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Urban Defendants seek the Court's permission to file supplemental summary judgment evidence for the reasons that Plaintiff's response attached incomplete excerpts of the deposition of Greg Turicchi. Therefore, the Urban Defendants seek leave of the Court to file additional excerpts from the depositions cited by Plaintiffs. Such clarification is proper under Federal Rule of Civil Procedure 106. Specifically, as reflected on

page 58, lines 10 - 15, Mr. Turicchi testified that he did not know whether Mr. Urban was acting as a City Engineer when he talked with Mr. Urban at the site of the Oakley residence.

The attorneys-in-charge for the Plaintiffs and the other Defendants do not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Urban Engineering, The Peralla Corporation, Urban Consulting Engineers, Inc. and James Urban pray that the Court grant them permission to file supplemental summary judgment evidence as attached.

Respectfully submitted,

_____
Matthew J. Sullivan     w/ permission
Attorney-In-Charge             A. Sloan
State Bar No. 19488325
Southern District of Texas Bar No.16960
Andrea L. Sloan
State Bar No. 90001678
Southern District of Texas Bar No. 24404

HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701
512/867-8400 - telephone
512/867-8470 - telecopier

ATTORNEYS FOR
URBAN ENGINEERING, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC. AND JAMES URBAN

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following parties by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure on the 21st day of August, 2000:

Max J. Luther, III, Esq.
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Edmund Cogburn, Esq.
Dow, Cogburn & Friedman, PC
9 Greenway Plaza
Houston, TX 77046

Jorge C. Rangel, Esq.
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683

E.R. Fleuriet, Esq.
The Fleuriet Schell Law Firm, L.L.P.
621 East Tyler
Harlingen, TX 78550

James F. McKibben, Jr., Esq.
Barger, Hermansen, McKibben & Villarreal, L.L.P.
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, TX 78401

Michael Gene Morris, Esq.
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

Fred Dreiling, Esq.
Law Offices of Fred D. Dreiling
Bank of America, Suite 714
500 North Water Street
Corpus Christi, TX 78471

_Matthew J. Sullivan_   w/ permission
Matthew J. Sullivan       _J. Alon_

URBAN ENGINEERING'S, THE PERALLA CORPORATION'S, URBAN CONSULTING ENGINEERS, INC.'S AND JAMES URBAN'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT EVIDENCE        Page 3
A-102146 1

ClibPDF - www.fastio.com

```
                      1

            IN THE UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF TEXAS

                   CORPUS CHRISTI DIVISION

ARTHUR GOCHMAN AND        )(
MOLLY GOCHMAN             )(
      Plaintiff(s)        )(
                          )(
VS.                       )(    CV ACTION NO. C-00-126
                          )(
STANLEY A. STARRET, JR.,  )(
KEN OAKLEY,               )(
URBAN ENGINEERING,        )(
A PARTNERSHIP,            )(
THE PERALLA CORPORATION,  )(
URBAN CONSULTING          )(
ENGINEERS, INC.,          )(
JAMES URBAN AND           )(
THE CITY OF PORT ARANSAS, )(
TEXAS                     )(
      Defendant(s)        )(

* * * * * * * * * * * * * * * * * * * * * * * * *

                    ORAL DEPOSITION OF

                      GREG TURICCHI

                     JULY 14, 2000

* * * * * * * * * * * * * * * * * * * * * * * * *

     ORAL DEPOSITION of GREG TURICCHI, produced as a
witness at the instance of the PLAINTIFFS, and duly
sworn, was taken in the above-styled and numbered cause
on JULY 14, 2000, from 3:43 P.M. to 4:57 P.M., before
CONNIE S. CALVERT, Registered Professional Reporter,
Federally Certified Shorthand Reporter in and for the
Western District of Texas, and Certified Shorthand
Reporter #1867 in and for the State of Texas, reported
by stenographic machine shorthand at the LAW OFFICES OF
MAX J. LUTHER, 1350 FROST BANK PLAZA, 802 NORTH
CARANCAHUA, CORPUS CHRISTI, TEXAS  78740, pursuant to
the Federal Rules of Civil Procedure and the provisions
stated on the record or attached hereto.
```



CALVERT REPORTING SERVICE (361)992-3398    FAX 992-4247
POB 271558, CORPUS CHRISTI, TX 78427    1-800-773-0254

1   A.   Tureekee(ph.s.).

2   Q.   -- you had stated that Jim Urban had visited
3   the site on several occasions.

4   A.   On two occasions that I was there. I mean, he
5   could have come many more times; but I met Jim on the
6   site twice.

7   Q.   And I believe you stated that you thought he
8   was the City Engineer.

9   A.   Yes.

10  Q.   And when Mr. Urban visited the site on either
11  of those two occasions, do you know what capacity he was
12  visiting the site in -- whether it was as the engineer
13  for the City or the engineer for Mr. Starrett?

14  A.   I do not know in which capacity he was actually
15  serving. I do not know that.

16          MR. SULLIVAN: Thank you, sir. I will
17  pass the witness.

18               E X A M I N A T I O N
19  BY MR. GREEN:

20  Q.   Mr. Turicchi, I'm David Green for the City of
21  Port Aransas. As far as you know, the only City
22  employees you dealt with was the Building Inspector?

23  A.   Yes. I think the other gentleman was a Code
24  Enforcement Officer.

25  Q.   Do you remember his name?

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF TEXAS

 3                       CORPUS CHRISTI DIVISION

 4   ARTHUR GOCHMAN AND        )(
     MOLLY GOCHMAN             )(
 5            Plaintiff(s)     )(
                               )(
 6   VS.                       )(     CV ACTION NO. C-00-126
                               )(
 7   STANLEY A. STARRET, JR.,  )(
     ET AL                     )(
 8            Defendant(s)     )(

 9                    REPORTER'S CERTIFICATION
                    DEPOSITION OF GREG TURICCHI
10                         JULY 14, 2000

11        I, CONNIE S. CALVERT, Certified Shorthand
     Reporter #1867 for the State of Texas, Registered
12   Professional Reporter, Certificate of Proficiency
     Holder, and Federally Certified Shorthand
13   Reporter in and for the Western District of
     Texas, hereby certify to the following:
14
          That the witness, GREG TURICCHI, was duly sworn by
15   the officer and that the transcript of the oral
     deposition is a true record of the testimony given by
16   the witness.

17        That the deposition transcript was submitted on the
     28TH DAY OF JULY, 2000, to the witness for examination,
18   signature and return to me within 10 days, by the 10TH
     DAY OF AUGUST, 2000.
19
          That the amount of time used by each party at the
20   deposition is as follows:

21        MR. MAX J. LUTHER, III - 1 hour

22        MR. MATTHEW J. SULLIVAN - 1 minute

23        MR. DAVID GREEN - 2 minutes

24        MR. FRED DREILING - zero minutes

25        MR. EDMUND COGBURN - 11 minutes
```

```
 1      That pursuant to information given to the deposition
    officer at the time said testimony was taken, the
 2  following includes counsel for all parties of record:

 3      MR. MATTHEW J. SULLIVAN - counsel for the DEFENDANTS
            URBAN ENGINEERING, ET AL
 4
        MR. MAX J. LUTHER, III - counsel for the PLAINTIFFS
 5
        MR. DAVID GREEN - counsel for the DEFENDANT
 6          CITY OF PORT ARANSAS, TEXAS

 7      MR. FRED DREILING - counsel for the
            DEFENDANT KEN OAKLEY
 8
        MR. MICHAEL GENE MORRIS - counsel for the DEFENDANT
 9          CITY OF PORT ARANSAS, TEXAS

10      MR. EDMUND COGBURN - counsel for the PLAINTIFFS

11      MR. JORGE C. RANGEL -

12      MR. E. R. FLEURIET -

13      I further certify that I am neither counsel for,
    related to, nor employed by any of the parties or
14  attorneys in the action in which this proceeding was
    taken, and further that I am not financially or
15  otherwise interested in the outcome of the action.

16      Further certification requirements pursuant to the
    Federal Rules of Civil Procedure will be certified to
17  after they have occurred.

18      Certified to by me this 28TH DAY OF JULY, 2000.

19
        _____
20          CONNIE S. CALVERT, CSR #1867
            Expiration Date 12-31-01
21
            Registered Professional Reporter
22          Certificate of Proficiency Holder
            Federally Certified Shorthand Reporter
23          Western District of Texas
            CALVERT REPORTING SERVICE, INC.
24          Post Office Box 271558
            Corpus Christi, Texas  78427-1558
25          Phone:   (512) 992-3398
            Fax:     (512) 992-4247
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND<br>MOLLY GOCHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY A. STARRETT, JR.<br>KEN OAKLEY, URBAN ENGINEERING,<br>A PARTNERSHIP, THE PERALLA<br>CORPORATION, URBAN CONSULTING<br>ENGINEERS, INC., JAMES URBAN AND<br>THE CITY OF PORT ARANSAS, TEXAS,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CV ACTION NO. C-00-126 |

## ORDER

On this date came on for consideration Defendants Urban Engineering's, The Peralla Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's Unopposed Motion for Leave to File Supplemental Summary Judgment Evidence (the "Motion"), and the Court finding the Motion to be well-taken, HEREBY GRANTS the Motion and directs the Clerk to file the supplemental evidence attached to the Motion in the papers of this cause.

Signed this ____ day of _____, 2000.

_____
United States District Judge

a-102147.1