IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND <br> MOLLY GOCHMAN, <br> <br> Plaintiffs, <br> <br> v. <br> <br> STANLEY A. STARRETT, JR. <br> KEN OAKLEY, URBAN ENGINEERING, <br> A PARTNERSHIP, THE PERALLA <br> CORPORATION, URBAN CONSULTING <br> ENGINEERS, INC., JAMES URBAN AND <br> THE CITY OF PORT ARANSAS, TEXAS, <br> <br> Defendants. | § § § § § § § § § § § § § § § § | CV ACTION NO. C-00-126 |

**URBAN ENGINEERING'S, THE PERALLA CORPORATION'S,
URBAN CONSULTING ENGINEERS, INC.'S AND JAMES URBAN'S UNOPPOSED
MOTION FOR LEAVE TO SUPPLEMENT INITIAL DISCLOSURES**

Defendants Urban Engineering, The Peralla Corporation, Urban Consulting Engineers, Inc. and James Urban (collectively the "Urban Defendants") filed their Initial Disclosures on June 1, 2000. Since that date as additional discovery has been conducted, the Urban Defendants have found additional persons who may have knowledge of facts and circumstances relevant to this litigation.

The Urban Defendants seek the Court's permission to Supplement their Initial Disclosures (specifically, the List of Persons with Relevant Knowledge), which is attached to this Motion for Leave, to include the additional information. The attorneys-in-charge for the Plaintiffs and the other Defendants do not oppose this motion.

URBAN ENGINEERING'S, THE PERALLA CORPORATION'S,
URBAN CONSULTING ENGINEERS, INC.'S AND JAMES URBAN'S
UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT INITIAL DISCLOSURES
A-102143 1

Page 1

WHEREFORE, PREMISES CONSIDERED, Urban Engineering, The Peralla Corporation, Urban Consulting Engineers, Inc. and James Urban pray that the Court grant them permission to Supplement their Initial Disclosures to include additional persons with relevant knowledge.

Respectfully submitted,

Matthew J. Sullivan
Attorney-In-Charge
State Bar No. 19488325
Southern District of Texas Bar No.16960
Andrea L. Sloan
State Bar No. 90001678
Southern District of Texas Bar No. 24404

HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701
512/867-8400 - telephone
512/867-8470 - telecopier

ATTORNEYS FOR
URBAN ENGINEERING, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC. AND JAMES URBAN

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following parties by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure on the 21 day of August, 2000:

Max J. Luther, III, Esq.
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Edmund Cogburn, Esq.
Dow, Cogburn & Friedman, PC
9 Greenway Plaza
Houston, TX 77046

Jorge C. Rangel, Esq.
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683

E.R. Fleuriet, Esq.
The Fleuriet Schell Law Firm, L.L.P.
621 East Tyler
Harlingen, TX 78550

James F. McKibben, Jr., Esq.
Barger, Hermansen, McKibben & Villarreal, L.L.P.
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, TX 78401

Michael Gene Morris, Esq.
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

Fred Dreiling, Esq.
Law Offices of Fred D. Dreiling
Bank of America, Suite 714
500 North Water Street
Corpus Christi, TX 78471

_____
Matthew J. Sullivan

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN, § § § | |
| Plaintiffs, § § | |
| v. § § | CV ACTION NO. C-00-126 |
| STANLEY A. STARRETT, JR. KEN OAKLEY, URBAN ENGINEERING, A PARTNERSHIP, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC., JAMES URBAN AND THE CITY OF PORT ARANSAS, TEXAS, § § § § § § § § | |
| Defendants. § § | |

## ORDER

On this date came on for consideration Defendants Urban Engineering's, The Peralla Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's Motion for Leave to Supplement Disclosures, and the Court finding the Motion to be well-taken, HEREBY GRANTS the Motion and directs the Clerk to file Defendants Urban Engineering's, the Peralla Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's First Supplemental Initial Disclosures in the papers of this cause.

Signed this ____ day of _____, 2000.

_____
United States District Judge