UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 23 2000

Michael N. Milby, Clerk

| | |
|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN, § § § Plaintiffs, § § v. § § STANLEY A. STARRETT, JR. § KEN OAKLEY, URBAN ENGINEERING, § A PARTNERSHIP, THE PERALLA § CORPORATION, URBAN CONSULTING § ENGINEERS, INC., JAMES URBAN AND § THE CITY OF PORT ARANSAS, TEXAS, § § Defendants. § | CV ACTION NO. C-00-126 |

## DEFENDANTS' UNOPPOSED REQUEST FOR ORAL HEARING ON THEIR MOTION TO EXCLUDE PLAINTIFFS' EXPERT TESTIMONY

Defendants Urban Engineering, the Peralla Corporation, Urban Consulting Engineers, Inc., James Urban, the City of Port Aransas, Stanley A. Starrett, Jr. and Ken Oakley (the "Defendants") request a telephonic hearing, or, in the alternative, a hearing before the court, on their Motion to Exclude Plaintiffs' Expert Testimony (the "Motion").

The Defendants filed their Motion on August 9th, 2000. To date, Plaintiffs have not filed a response to the Motion, although counsel for Plaintiffs has indicated that a Response will be forthcoming. There is a trial date of September 5, 2000 in this case. The court's ruling on this motion will determine whether or not Defendants will be required to depose 7 additional experts whose reports, they contend, were submitted after the court's July 12, 2000 deadline for submitting expert reports. Therefore, the Defendants request a hearing on this motion at the court's earliest convenience.

Respectfully submitted,

_____
Matthew J. Sullivan
Attorney-In-Charge
State Bar No. 19488325
Federal ID No. 16960
Andrea L. Sloan
State Bar No. 90001678
Federal ID No. 24404

HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1600
Austin, Texas 78701
Telephone: 512/867-8400
Telecopier: 512/867-8470

ATTORNEYS FOR
URBAN ENGINEERING, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC. AND JAMES URBAN

**DEFENDANTS' REQUEST FOR ORAL HEARING ON THEIR
MOTION TO EXCLUDE EXPERT TESTIMONY**                                               **Page 2**
a-Hrng.Request.wpd

*E.R. Fleuriet* (by *[signature]*)

E.R. Fleuriet
Attorney-In-Charge
State Bar No. 07145500
Federal ID No. 1327

THE FLEURIET SCHELL LAW FIRM, L.L.P.
621 East Tyler
Harlingen, Texas 78550
Telephone: 956/428-3030
Telecopier: 956/421-4339

and

Jorge C. Rangel
State Bar No. 16543500
Federal ID No. 5698
THE LAW OFFICES OF JORGE C. RANGEL, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683
Telephone: 361/883-8500
Telecopier: 361/883-2611

ATTORNEYS FOR
STANLEY A. STARRETT, JR.

*[signature]*

James F. McKibben, Jr.
Attorney-In-Charge
State Bar No. 13713000
Federal ID No. 914
David W. Green
Texas Bar No. 08347475
Federal ID No. 11258

BARGER, HERMANSEN, MCKIBBEN
    & VILLARREAL, L.L.P.
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
Telephone: 361/882-6611
Telecopier: 361/866-8039

and

Michael Gene Morris
State Bar No. 14495500
5350 S. Staples, Suite 222
Corpus Christi, TX 78411
Telephone: 361/993-4571
Telecopier: 361/993-4573

ATTORNEYS FOR
CITY OF PORT ARANSAS


_Fred Dreiling_ w/ Permission by _Daniel Lee_
Fred Dreiling
Attorney-In-Charge
State Bar No. 06115100
Federal ID No. 19239

LAW OFFICES OF FRED D. DREILING
Bank of America, Suite 714
500 North Water Street
Corpus Christi, Texas 78471
Telephone: 361/883-0186
Telecopier: 361/882-4112

ATTORNEYS FOR
KEN OAKLEY AND ANDREA OAKLEY

**DEFENDANTS' REQUEST FOR ORAL HEARING ON THEIR
MOTION TO EXCLUDE EXPERT TESTIMONY**
a-Hrng.Request.wpd

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following parties by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure on the 23rd day of August, 2000:

Max J. Luther, III, Esq.
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Edmund Cogburn, Esq.
Dow, Cogburn & Friedman, PC
9 Greenway Plaza
Houston, TX 77046

Jorge C. Rangel, Esq.
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683

E.R. Fleuriet, Esq.
The Fleuriet Schell Law Firm, L.L.P.
621 East Tyler
Harlingen, TX 78550

James F. McKibben, Jr., Esq.
David W. Green, Esq.
Barger, Hermansen, McKibben & Villarreal, L.L.P.
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, TX 78401

Michael Gene Morris, Esq.
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

Fred Dreiling, Esq.
Law Offices of Fred D. Dreiling
Bank of America, Suite 714
500 North Water Street
Corpus Christi, TX 78471

_____
Matthew J. Sullivan

**DEFENDANTS' REQUEST FOR ORAL HEARING ON THEIR
MOTION TO EXCLUDE EXPERT TESTIMONY**

Page 5

a-Hrng.Request.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND<br>MOLLY GOCHMAN,<br><br>   Plaintiffs,<br><br>v.<br><br>STANLEY A. STARRETT, JR.<br>KEN OAKLEY, URBAN ENGINEERING,<br>A PARTNERSHIP, THE PERALLA<br>CORPORATION, URBAN CONSULTING<br>ENGINEERS, INC., JAMES URBAN AND<br>THE CITY OF PORT ARANSAS, TEXAS,<br><br>   Defendants. | § § § § § § § § § § § § § § § § § | CV ACTION NO. C-00-126 |

## ORDER

On this date came on for consideration Defendants' Unopposed Request for Hearing on their Motion to Exclude Plaintiffs' Experts, and the Court finding the Motion to be well-taken, HEREBY GRANTS the Request and sets hearing on the Defendants' Motion to Exclude Plaintiffs' Experts for _____, 2000 at _____. The hearing will be _____ [by telephone or before the court].

Signed this ____ day of _____, 2000.

_____
United States District Judge

a-hrngorder.wpd