UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 23 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ARTHUR GOCHMAN and<br>MOLLY GOCHMAN | §<br>§<br>§ | |
| PLAINTIFFS | §<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 00-126<br>JURY |
| STANLEY STARRETT, JR., KEN OAKLEY<br>URBAN ENGINEERING, A PARTNERSHIP,<br>THE PERALLA CORPORATION, URBAN<br>CONSULTING ENGINEERS, INC. AND<br>THE CITY OF PORT ARANSAS, TEXAS | §<br>§<br>§<br>§<br>§<br>§ | |
| DEFENDANTS | § | |

### PLAINTIFFS' UNOPPOSED MOTION TO ALLOW FILING OF PLAINTIFFS REPLY TO THE OAKLEY "RESPONSE TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT"

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Arthur Gochman and Molly Gochman, Plaintiffs' herein, and in their capacity as Counter-Defendants respectfully request the Court to allow the filing of the Plaintiffs Reply to the Oakley Response to the Plaintiffs Motion for Summary Judgment which is unopposed and in support thereof would respectfully show the Court as follows:

I.

Plaintiffs request permission to allow the filing of the Plaintiffs Reply to the Oakley Response to the Plaintiffs Motion for Summary Judgment for the reason that Plaintiffs believe that the Oakley Response does not fully and completely brief the law with regard to the Plaintiffs Motion for Summary Judgment, and that the interest of time and justice require that the matter be fully briefed for the Court.

16.

II.

Plaintiffs request in the interest of justice and for information and law to the Court that they be allowed to file their reply to the Oakley Response.

III.

Counsel for Plaintiffs has communicated with counsel for Oakley, and he has no opposition to the filing of this motion, and the Plaintiffs Response to the Defendant Oakley Response to the Plaintiffs Motion for Summary Judgment.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs, Gochman, in their capacity as Counter-Defendants respectfully request that the Court allow the filing of the Plaintiffs Gochman Reply to the Oakley Response to the Plaintiffs Motion for Summary Judgment and for such other Orders as the Court shall deem proper.

Max J. Luther, III, P.C. & Associates
Frost Bank Plaza
802 N. Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165
Telephone: (361) 888-5544
Telecopier: (361) 887-6835

By: /s/ Max J. Luther, III
Max J. Luther, III
Southern District of Texas Bar No. 298
State Bar No. 12706000

and

Ed Cogburn
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza, Suite 2300
Houston, Texas 77046
Telephone: (713) 940-6000
Telecopier: (713) 940-6099
Southern District of Texas Bar No. 2105
State Bar No. 04501000

ATTORNEY FOR PLAINTIFFS,
ARTHUR GOCHMAN AND MOLLY GOCHMAN

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served on the following parties in accordance with the Federal Rules of Civil Procedure on the 22nd day of August, 2000.

MAX J. LUTHER, III

Ed Cogburn, Esq.
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza, Suite 2300
Houston, Texas 77046
**VIA CMRRR #Z-149-738-278**

Fred D. Dreiling, Esq.
Attorney at Law
Bank of America
500 North Water St., Suite 714
Corpus Christi, Texas 78471
**VIA CMRRR #Z-149-738-279**

James F. McKibben, Jr., Esq.
Barger, Hermansen, McKibben
  & Villarreal, L.L.P.
800 N. Shoreline Blvd., Ste. 2000 N. Tower
Corpus Christi, Texas 78401
**VIA CMRRR #Z-149-738-280**

Michael Gene Morris, Esq.
Attorney at Law
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411
**VIA CMRRR #Z-149-738-281**

Matthew J. Sullivan, Esq.
Haynes and Boone, L.L.P.
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
**VIA CMRRR #Z-149-738-282**

E. R. Fleuriet, Esq.
The Fleuriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas 78550
**VIA CMRRR #Z-149-738-283**

Jorge C. Rangel, Esq.
The Law Offices of Jorge C. Rangel, P.C.
P. O. Box 2683
Corpus Christi, Texas 78403-2683
**VIA CMRRR #Z-149-738-284**

3

ClibPDF - www.fastio.com