UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ARTHUR GOCHMAN AND<br>MOLLY GOCHMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>STANLEY A. STARRETT, JR.<br>KEN OAKLEY, URBAN ENGINEERING,<br>A PARTNERSHIP, THE PERALLA<br>CORPORATION, URBAN CONSULTING<br>ENGINEERS, INC., JAMES URBAN AND<br>THE CITY OF PORT ARANSAS, TEXAS,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CV ACTION NO. C-00-126 |

## ORDER

On this date came on for consideration Defendants Urban Engineering's, The Peralla Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's Motion for Leave to Supplement Disclosures, and the Court finding the Motion to be well-taken, HEREBY GRANTS the Motion and directs the Clerk to file Defendants Urban Engineering's, the Peralla Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's First Supplemental Initial Disclosures in the papers of this cause.

Signed this 25th day of August, 2000.

_____
United States District Judge