UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 28 2000
Michael N. Milby, Clerk of Court

Arthur Gochman and Molly Gochman    §

VS.                                  §    CIVIL ACTION NO. __C-00-126__

Stanley Starrett, Jr., et. al.      §

## ORDER STRIKING PLEADING (S)

The clerk has filed your __Plaintiffs' Unopposed Motion for Leave to File ;__
__Plaintiffs' Reply to the Oakley "Response to Plaintiffs' Motion for Summary Judgment"__
however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1D)

6. _X_ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __8-25-00__
(Re: D.E. #77)/smw

_____
JUDGE PRESIDING