UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 2 8 2000
Michael N. Milby, Clerk of Court

Arthur Gochman and Molly Gochman  §

VS.  §   CIVIL ACTION NO. __C-00-126__

Stanley Starrett, Jr., et. al.  §

## ORDER STRIKING PLEADING(S)

The clerk has filed your __Plaintiff Gochman's Response and Motion to Strike the Defendants' Motion to Exclude the Plaintiff's Expert Testimony__ however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1D)

6. _X_ Separate proposed order not attached (LR7.1C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: __8-25-00__
(Re: D.E. #78)/smw

_____
JUDGE PRESIDING