UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND<br>MOLLY GOCHMAN,<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY A. STARRETT, JR.<br>KEN OAKLEY, URBAN ENGINEERING,<br>A PARTNERSHIP, THE PERALLA<br>CORPORATION, URBAN CONSULTING<br>ENGINEERS, INC., JAMES URBAN AND<br>THE CITY OF PORT ARANSAS, TEXAS,<br><br>Defendants. | § § § § § § § § § § § § § § § § | CV ACTION NO. C-00-126 |

United States District Court
Southern District of Texas
FILED

AUG 2 8 2000

MICHAEL N. MILBY, CLERK

### URBAN ENGINEERING'S, THE PERALLA CORPORATION'S, URBAN CONSULTING ENGINEERS, INC.'S AND JAMES URBAN'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1)(A) and 26(e)(1) of the Federal Rules of Civil Procedure, Defendants Urban Engineering, The Peralla Corporation, Urban Consulting Engineers, Inc., and James Urban serve these Supplemental Initial Disclosures of Persons with Relevant Knowledge to Plaintiffs Arthur Gochman and Molly Gochman as follows:

(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

   Ms. Gunilla Asp
   3101 Old Pecos Trail, #108
   Santa Fe, New Mexico 87505

(505) 995-8239

We believe Ms. Asp was involved with Mr. Gochman at the time he bought the Beachwalk property.

Ms. Lana Lanander

Urban does not know Ms. Lanander's address. According to Mr. Carpenter's deposition testimony, Ms. Lanander may have taken pictures of the property.

Kimberly McKenna
P.O. Box 9586
Newark, DE 19714-9586
(302) 866-9981

Ms. McKenna is a former employee of the General Land Office. She may have information related to the facts relevant to this lawsuit.

Greg Terecchi
P.O. Box 2708
Port Aransas, Texas 78374

Mr. Terecchi was involved in construction of the Oakleys' house.

Tom Murphy
The City of Port Aransas, Texas
710 West Avenue A
Port Aransas, Texas 78373
(361) 749-4111

Mr. Murphy is an employee of the City of Port Aransas who may have inspected the Oakleys' house.

Tony Dogey
307 Epps
Tomball, Texas 78375
(281) 351-7419

Mr. Dogey is one of the subcontractors who worked on Ms. Gochman's home.

Williams Industries, Inc.
Don Richardson
11000 Brittmoore Park Drive
Houston, Texas 77041

Williams Industries, Inc. was the general contractor that built Ms. Gochman's house.

Melinda Bennett
Academy Sports & Outdoors, Inc.
1800 North Mason Rd.
Houston, Texas 77449
(281) 646-5200

Karen Borchardt
San Jacinto Title Company
1402 South Padre Island Drive
Corpus Christi, Texas 78418

Andrea Oakley
P.O. Box 1782
Port Aransas, Texas 78373

Ms. Oakley is the wife of defendant Ken Oakley and would have information related to the construction of the home on Lot 35 in the Beachwalk II subdivision.

Dan Urban
Juan J. Salazar
Urban Engineering
2725 Swantner
P.O. Box 6385
Corpus Christi, Texas 78466-6355
(361) 888-5544

Urban Engineering assisted Mr. Starrett in drafting the applications for dune permits for the Beachwalk II project and preparing the documents and permits for construction of the roads and utilities. Mr. Urban may have knowledge relating to Urban Engineering's involvement in drafting the permit applications. Mr. Salazar is a registered professional land surveyor who performed a survey of Ms. Gochman's lot in the Beachwalk II subdivision.

Elizabeth Ramirez
Jamie Mitchell
Elisa Ugarte
Scott Friedman
Texas General Land Office
Stephen F. Austin Building
1700 North Congress Avenue
Austin, Texas 78701-1495

These employees of the General Land Office would have information related to the General Land Office's investigation of the dune permits issued in connection with Beachwalk I and Beachwalk II.

Randy Thompson
144 Cordula St.
Corpus Christi, Texas 78411
(361) 851-1032

Mr. Thompson was the City Engineer for the Beachwalk II project. He is expected to testify about his involvement on the Beachwalk II project.

Respectfully submitted,

Matthew J. Sullivan
Attorney-In-Charge
State Bar No. 19488325
Southern District Bar No. 16960
Andrea L. Sloan
State Bar No. 90001678
Southern District Bar No. 24404

HAYNES AND BOONE, L.L.P.
600 Congress Avenue, Suite 1600
Austin, Texas 78701
512/867-8400 - telephone
512/867-8470 - telecopier

ATTORNEYS FOR DEFENDANTS
URBAN ENGINEERING, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC. AND JAMES URBAN

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following parties by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure on the 21st day of August, 2000:

Max J. Luther, III, Esq.
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Jorge C. Rangel, Esq.
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683

E.R. Fleuriet, Esq.
The Fleuriet Schell Law Firm, L.L.P.
621 East Tyler
Harlingen, TX 78550

James F. McKibben, Jr., Esq.
Barger, Hermansen, McKibben & Villarreal, L.L.P.
800 North Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, TX 78401

Michael Gene Morris, Esq.
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

Fred Dreiling, Esq.
Law Offices of Fred D. Dreiling
Bank of America, Suite 714
500 North Water Street
Corpus Christi, TX 78471

_Matthew Sullivan_
Matthew J. Sullivan  w/ permission
_J Sloan_