IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 28 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN, | § § § |
| Plaintiffs, | § § |
| v. | § § |
| STANLEY A. STARRETT, JR. KEN OAKLEY, URBAN ENGINEERING, A PARTNERSHIP, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC., JAMES URBAN AND THE CITY OF PORT ARANSAS, TEXAS, | § § § § § § § |
| Defendants. | § § |

CV ACTION NO. C-00-126

## ORDER

On this date came on for consideration Defendants Urban Engineering's, The Peralla

Corporation's, Urban Consulting Engineers, Inc.'s and James Urban's Unopposed Motion for

Leave to File Supplemental Summary Judgment Evidence (the "Motion"), and the Court finding

the Motion to be well-taken, HEREBY GRANTS the Motion and directs the Clerk to file the

supplemental evidence attached to the Motion in the papers of this cause.

Signed this 25th day of _August_, 2000.

_____
United States District Judge

a-102147.1