```
                IN THE UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF TEXAS

                        CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
FILED

AUG 25 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| ARTHUR GOCHMAN AND<br>MOLLY GOCHMAN<br>    Plaintiff(s) | )(<br>)(<br>)( (78740) |
| VS. | )(  CV ACTION NO. C-00-126 |
| STANLEY A. STARRET, JR.,<br>KEN OAKLEY,<br>URBAN ENGINEERING,<br>A PARTNERSHIP,<br>THE PERALLA CORPORATION,<br>URBAN CONSULTING<br>ENGINEERS, INC.,<br>JAMES URBAN AND<br>THE CITY OF PORT ARANSAS,<br>TEXAS<br>    Defendant(s) | )(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)( |

* * * * * * * * * * * * * * * * * * * * * * * * *

ORAL DEPOSITION OF

GREG TURICCHI

JULY 14, 2000

* * * * * * * * * * * * * * * * * * * * * * * * *

    ORAL DEPOSITION of <u>GREG TURICCHI</u>, produced as a witness at the instance of the <u>PLAINTIFFS</u>, and duly sworn, was taken in the above-styled and numbered cause on <u>JULY 14, 2000</u>, from 3:43 P.M. to 4:57 P.M., before CONNIE S. CALVERT, Registered Professional Reporter, Federally Certified Shorthand Reporter in and for the Western District of Texas, and Certified Shorthand Reporter #1867 in and for the State of Texas, reported by stenographic machine shorthand at the LAW OFFICES OF MAX J. LUTHER, 1350 FROST BANK PLAZA, 802 NORTH CARANCAHUA, CORPUS CHRISTI, TEXAS  78740, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.




CALVERT REPORTING SERVICE (361)992-3398    FAX 992-4247
POB 271558, CORPUS CHRISTI, TX 78427    1-800-773-0254

1    A.    Tureekee(ph.s.).

2    Q.    -- you had stated that Jim Urban had visited
3 the site on several occasions.

4    A.    On two occasions that I was there. I mean, he
5 could have come many more times; but I met Jim on the
6 site twice.

7    Q.    And I believe you stated that you thought he
8 was the City Engineer.

9    A.    Yes.

10   Q.    And when Mr. Urban visited the site on either
11 of those two occasions, do you know what capacity he was
12 visiting the site in -- whether it was as the engineer
13 for the City or the engineer for Mr. Starrett?

14   A.    I do not know in which capacity he was actually
15 serving. I do not know that.

16        MR. SULLIVAN: Thank you, sir. I will
17 pass the witness.

18                  E X A M I N A T I O N
19 BY MR. GREEN:

20   Q.    Mr. Turicchi, I'm David Green for the City of
21 Port Aransas. As far as you know, the only City
22 employees you dealt with was the Building Inspector?

23   A.    Yes. I think the other gentleman was a Code
24 Enforcement Officer.

25   Q.    Do you remember his name?

```
1              IN THE UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF TEXAS

3                   CORPUS CHRISTI DIVISION

4   ARTHUR GOCHMAN AND            )(
    MOLLY GOCHMAN                 )(
5        Plaintiff(s)             )(
                                  )(
6   VS.                           )(    CV ACTION NO. C-00-126
                                  )(
7   STANLEY A. STARRET, JR.,      )(
    ET AL                         )(
8        Defendant(s)             )(

9                    REPORTER'S CERTIFICATION
                    DEPOSITION OF GREG TURICCHI
10                       JULY 14, 2000

11       I, CONNIE S. CALVERT, Certified Shorthand
    Reporter #1867 for the State of Texas, Registered
12  Professional Reporter, Certificate of Proficiency
    Holder, and Federally Certified Shorthand
13  Reporter in and for the Western District of
    Texas, hereby certify to the following:
14
         That the witness, GREG TURICCHI, was duly sworn by
15  the officer and that the transcript of the oral
    deposition is a true record of the testimony given by
16  the witness.

17       That the deposition transcript was submitted on the
    28TH DAY OF JULY, 2000, to the witness for examination,
18  signature and return to me within 10 days, by the 10TH
    DAY OF AUGUST, 2000.
19
         That the amount of time used by each party at the
20  deposition is as follows:

21       MR. MAX J. LUTHER, III - 1 hour

22       MR. MATTHEW J. SULLIVAN - 1 minute

23       MR. DAVID GREEN - 2 minutes

24       MR. FRED DREILING - zero minutes

25       MR. EDMUND COGBURN - 11 minutes
```

CALVERT REPORTING SERVICE (361)992-3398    FAX 992-4247
POB 271558, CORPUS CHRISTI, TX 78427    1-800-773-0254

1     That pursuant to information given to the deposition officer at the time said testimony was taken, the
2  following includes counsel for all parties of record:

3     MR. MATTHEW J. SULLIVAN - counsel for the DEFENDANTS
         URBAN ENGINEERING, ET AL
4
      MR. MAX J. LUTHER, III - counsel for the PLAINTIFFS
5
      MR. DAVID GREEN - counsel for the DEFENDANT
6        CITY OF PORT ARANSAS, TEXAS

7     MR. FRED DREILING - counsel for the
         DEFENDANT KEN OAKLEY
8
      MR. MICHAEL GENE MORRIS - counsel for the DEFENDANT
9        CITY OF PORT ARANSAS, TEXAS

10    MR. EDMUND COGBURN - counsel for the PLAINTIFFS

11    MR. JORGE C. RANGEL -

12    MR. E. R. FLEURIET -

13    I further certify that I am neither counsel for, related to, nor employed by any of the parties or
14  attorneys in the action in which this proceeding was taken, and further that I am not financially or
15  otherwise interested in the outcome of the action.

16    Further certification requirements pursuant to the Federal Rules of Civil Procedure will be certified to
17  after they have occurred.

18    Certified to by me this 28TH DAY OF JULY, 2000.

19
       _____
20     CONNIE S. CALVERT, CSR #1867
       Expiration Date 12-31-01
21
       Registered Professional Reporter
22     Certificate of Proficiency Holder
       Federally Certified Shorthand Reporter
23     Western District of Texas
       CALVERT REPORTING SERVICE, INC.
24     Post Office Box 271558
       Corpus Christi, Texas  78427-1558
25     Phone:  (512) 992-3398
       Fax:    (512) 992-4247