# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

Arthur Gochman, et al §
§
§
§
§
VS. §   CR/CA NUMBER  C-00-126
§
Ken Oakley, et al §
§
§

United States District Court
Southern District of Texas
FILED

AUG 28 2000

MICHAEL N. MILBY, CLERK

## DOCKET ENTRY

Court sets deft's mtn to exclude pltff's expert testimony for, Thurs., Aug 31, 2000 at 3:00 p.m.

All parties were notified by phone.

MICHAEL N. MILBY, CLERK
U. S. DISTRICT CLERK

By: _____
Deputy Clerk

August 28, 2000
Date