United States District Court
Southern District of Texas
FILED

AUG 29 2000

Michael N. Milby, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | CIVIL ACTION NO.C-00-126 |
| & MOLLY GOCHMAN | § | JURY |
| | § | |
| vs. | § | |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY, URBAN ENGINEERING, A | § | |
| PARTNERSHIP, THE PERALLA | § | |
| CORPORATION, URBAN CONSULTING | § | |
| ENGINEERING, INC. | § | |
| AND THE CITY OF PORT ARANSAS, | § | |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS GOCHMANS' RESPONSE AND MOTION TO STRIKE THE DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERT TESTIMONY

To the Honorable Judge of Said Court:

NOW COMES, ARTHUR GOCHMAN AND MOLLY GOCHMAN,

PLAINTIFFS and respectfully requests the Court for leave to file the Plaintiff

Gochmans' Response and Motion to Strike the Defendants' Motion to

Exclude the Plaintiffs' Expert Testimony and in support thereof would

respectfully show the Court as follows:

I.

The PLAINTIFFS GOCHMANS' Response and Motion to Strike the

Defendants' Motion to Exclude the Plaintiffs' Expert Testimony was originally

filed with the Court on August 23, 2000.

II.

Such Motion was struck for failure of the Plaintiffs to have a separate proposed order not attached to the Motion.

III.

Plaintiffs have prepared a separate proposed order not attached to the Motion and respectfully requests leave to file Plaintiffs, Gochmans' Response and Motion to Strike the Defendants' Motion to Exclude the Plaintiffs' Expert Testimony.

IV.

Counsel for Plaintiffs have communicated with lead counsel for each of the Defendants, and the Defendants have no objection to the filing of the Motion.

WHEREFORE PREMISES CONSIDERED, PLAINTIFFS' pray for leave to file the Plaintiffs, Gochmans' Response and Motion to Strike the Defendants' Motion to Exclude the Plaintiffs' Expert Testimony and for such other Orders as the Court shall deem proper.

Respectfully submitted,

MAX J. LUTHER, III, P.C.
& Associates
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas  78470

Telephone:  (361)887-5544
Facsimile:  (361)887-6835

BY: _____
    **MAX J. LUTHER, III**
Federal I.D. Number: 298
State Bar No. 12706000

and

**EDMUND L. COGBURN**
DOW, COGBURN, & FRIEDMAN, P.C.
9 Greenway Plaza
Houston, Texas 77046
Telephone: (713)940-6000
Telecopier: (713)940-6099
Federal I.D. No.:  2105
State Bar No. 04501000
    ATTORNEYS FOR PLAINTIFFS
        **ARTHUR AND MOLLY**
        **GOCHMAN**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Instrument was served on the following parties in accordance with the Federal Rules of Civil Procedure on this the 29th day of August, 2000, via return receipt requested.

MAX J. LUTHER, III

EDMUND L. COGBURN
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza
Houston, Texas 77046
**VIA CMRRR# 7099 3220 0001 4298 4622**

MATTHEW J. SULLIVAN
Haynes and Boone, L.L.P.
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
**VIA CMRRR# 7099 3220 0001 4298 4660**

FRED D. DREILING
Attorney at Law
Bank of America
500 North Water St., Suite 714
Corpus Christi, Texas 78471
**VIA CMRRR# 7099 3220 0001 4298 4639**

E. R. FLEURIET
The Fleuriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas   78550
**VIA CMRRR# 7099 3220 0001 4298 4677**

JAMES F. MCKIBBEN, JR.
Barger, Hermansen, McKibben
    & Villarreal, L.L.P.
800 N. Shoreline Blvd., Ste. 2000 N.Tower
Corpus Christi, Texas 78401
**VIA CMRRR# 7099 3220 0001 4298 4646**

JORGE C. RANGEL
The Law Offices of Jorge C. Rangel
P. O. Box 2683
Corpus Christi, Texas   78403-2683
**VIA CMRRR# 7099 3220 0001 4298 4684**

MICHAEL GENE MORRIS
Attorney at Law
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411
**VIA CMRRR# 7099 3220 0001 4298 4653**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ARTHUR GOCHMAN<br>& MOLLY GOCHMAN | §<br>§<br>§ | CIVIL ACTION NO.C-00-126<br>JURY |
| vs. | §<br>§ | |
| STANLEY A. STARRETT, JR.,<br>KEN OAKLEY, URBAN ENGINEERING, A<br>PARTNERSHIP, THE PERALLA<br>CORPORATION, URBAN CONSULTING<br>ENGINEERING, INC.<br>AND THE CITY OF PORT ARANSAS, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING LEAVE TO THE PLAINTIFFS' TO FILE PLAINTIFFS, GOCHMANS' UNOPPOSED RESPONSE AND MOTION TO STRIKE THE DEFENDANTS' MOTION TO EXCLUDE THE PLAINTIFFS' EXPERT TESTIMONY

On this the ____ day of August, 2000, came on to be heard in the above-entitled and numbered Cause, The Plaintiffs, Gochmans' Motion for Leave to File the Plaintiffs, Gochmans' Response and Motion to Strike the Defendants' Motion to Exclude the Plaintiffs' Expert Testimony.

The Court, having considered the same, finds that the Motion is unopposed and should be granted.

It is accordingly ORDERED that the Plaintiffs' Motion For Leave to File the Plaintiffs, Gochmans' Unopposed Response and Motion to Strike the Defendants' Motion to Exclude the Plaintiffs' Expert Testimony, and the same is hereby granted,

Signed and Ordered enter on this the \_\_\_\_\_ day of August, 2000.

_____

**United States District Judge Presiding**

c:\data\ref\mot2.goc:kc

2