United States District Court
Southern District of Texas
FILED

AUG 30 2000

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN and<br>MOLLY GOCHMAN<br><br>  PLAINTIFFS<br><br>vs.<br><br>STANLEY STARRETT, JR., KEN OAKLEY<br>URBAN ENGINEERING, A PARTNERSHIP,<br>THE PERALLA CORPORATION, URBAN<br>CONSULTING ENGINEERS, INC. AND<br>THE CITY OF PORT ARANSAS, TEXAS<br><br>  DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 00-126<br>JURY |

## PLAINTIFFS' UNOPPOSED MOTION TO ALLOW FILING OF PLAINTIFFS' REPLY TO THE OAKLEY "RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT"

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Arthur Gochman and Molly Gochman, Plaintiffs' herein, and in their capacity as Counter-Defendants respectfully request the Court to allow the filing of the Plaintiffs Reply to the Oakley Response to the Plaintiffs Motion for Summary Judgment which is unopposed and in support thereof would respectfully show the Court as follows:

### I.

Plaintiffs request permission to allow the filing of the Plaintiffs Reply to the Oakley Response to the Plaintiffs Motion for Summary Judgment for the reason that Plaintiffs believe that the Oakley Response does not fully and completely brief the law with regard to the Plaintiffs Motion for Summary Judgment, and that the interest of time and justice require that the matter be fully briefed for the Court.

### II.

Plaintiffs request in the interest of justice and for information and law to the Court that they

89.

be allowed to file their reply to the Oakley Response.

III.

Counsel for Plaintiffs has communicated with counsel for Oakley, and he has no opposition to the filing of this motion, and the Plaintiffs Response to the Defendant Oakley Response to the Plaintiffs Motion for Summary Judgment.

WHEREFORE PREMISES CONSIDERED, the Plaintiffs, Gochman, in their capacity as Counter-Defendants respectfully request that the Court allow the filing of the Plaintiffs Gochman Reply to the Oakley Response to the Plaintiffs Motion for Summary Judgment and for such other Orders as the Court shall deem proper.

Max J. Luther, III, P.C. & Associates
Frost Bank Plaza
802 N. Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165
Telephone: (361) 888-5544
Telecopier: (361) 887-6835

By _____
Max J. Luther, III
Southern District of Texas Bar No.298
State Bar No. 12706000

and

Ed Cogburn
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza, Suite 2300
Houston, Texas 77046
Telephone: (713) 940-6000
Telecopier: (713) 940-6099
Southern District of Texas Bar No. 2105
State Bar No. 04501000

ATTORNEY FOR PLAINTIFFS,
ARTHUR GOCHMAN AND MOLLY GOCHMAN

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been

served on the following parties in accordance with the Federal Rules of Civil Procedure on the 29th ~~30~~

day of August, 2000.

MAX J. LUTHER, III

EDMUND L. COGBURN
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza
Houston, Texas 77046
**VIA CMRRR#** 7099 3220 0001 4298 4622

MATTHEW J. SULLIVAN
Haynes and Boone, L.L.P.
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
**VIA CMRRR#** 7099 3220 0001 4298 4660

FRED D. DREILING
Attorney at Law
Bank of America
500 North Water St., Suite 714
Corpus Christi, Texas 78471
**VIA CMRRR#** 7099 3220 0001 4298 4639

E. R. FLEURIET
The Fleuriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas   78550
**VIA CMRRR#** 7099 3220 0001 4298 4677

JAMES F. MCKIBBEN, JR.
Barger, Hermansen, McKibben
    & Villarreal, L.L.P.
800 N. Shoreline Blvd., Ste. 2000 N.Tower
Corpus Christi, Texas 78401
**VIA CMRRR#** 7099 3220 0001 4298 4646

JORGE C. RANGEL
The Law Offices of Jorge C. Rangel
P. O. Box 2683
Corpus Christi, Texas   78403-2683
**VIA CMRRR#** 7099 3220 0001 4298 4684

MICHAEL GENE MORRIS
Attorney at Law
5350 S. Staples, Suite 222
Corpus Christi, Texas 78411
**VIA CMRRR#** 7099 3220 0001 4298 4653

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | CIVIL ACTION NO.C-00-126 |
| & MOLLY GOCHMAN | § | JURY |
| | § | |
| vs. | § | |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY, URBAN ENGINEERING, A | § | |
| PARTNERSHIP, THE PERALLA | § | |
| CORPORATION, URBAN CONSULTING | § | |
| ENGINEERING, INC. | § | |
| AND THE CITY OF PORT ARANSAS, | § | |

**ORDER ALLOWING FILING OF PLAINTIFFS' UNOPPOSED MOTION TO**
**TO ALLOW FILING OF PLAINTIFFS, GOCHMANS' REPLY TO THE**
**OAKLEY "RESPONSE TO THE PLAINTIFFS'**
**MOTION FOR SUMMARY JUDGMENT"**

On this the _____ day of August, 2000, came on to be heard in the

above-entitled and numbered Cause, The Plaintiffs, Gochmans' Unopposed

Motion to allow filing of the Plaintiffs, Gochmans' Reply to the Oakley

"Response to the Plaintiffs' Motion for Summary Judgment".

The Court, having considered the same, finds that such Motion is

unopposed and should be granted.

It is accordingly ORDERED that the Plaintiffs' Unopposed Motion to

Allow the Filing of the Plaintiffs' Reply to the Oakley "Response to the

Motion For Summary Judgment" be and the same is hereby granted,

Signed and Ordered enter on this the _____ day of August, 2000.

_____
United States District Judge Presiding

c:\data\rel\mot2.goc:kc

2