## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 30 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| AND | § | |
| MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | C.A. NO. C-00-126 |
| | § | JURY |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| ET. AL. | § | |
| | § | |

### DEFENDANT, KEN OAKLEY'S, AND COUNTER-PLAINTIFFS', KEN AND ANDREA OAKLEYS', UNOPPOSED MOTION FOR LEAVE TO FILE THEIR EXPERT DESIGNATION AND RULE 26 LIST OF WITNESSES BEYOND THE DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **KEN OAKLEY,** a Defendant and **KEN AND ANDREA OAKLEY,** Counter- Plaintiffs, and file this motion requesting permission of the Court to file their expert designation, and Rule 26 List of Witnesses Beyond the Deadline, and in support hereof would respectfully show the Court as follows:

### I.

The attorneys in charge for all other parties do not oppose this motion.

### II.

The Oakleys' counsel furnished all other counsel with the Oakleys' Expert Designation, and Rule 26 List of Witnesses. The Oakleys' Designation of Expert Witnesses, and the undersigned's letter transmitting same to all other counsel is attached as Exhibit "A". The Oakleys' Rule 26 List of Witnesses, and the undersigned's letter transmitting same to all other

counsel is attached as Exhibit "B". The attached Rule 26 List of Witnesses describes individuals previously identified by other parties to the litigation.

III.

Although Oakleys' counsel furnished the attached to the other attorneys, the undersigned simply failed to file same with the Court. Accordingly, the Oakleys ask the Court for permission to file the attached at this time. Again, the attorneys in charge for all other parties do not oppose this motion.

WHEREFORE PREMISES CONSIDERED, the Oakleys pray that this matter be set for hearing, and that upon hearing hereof the Court grant the Oakleys permission as requested herein.

Respectfully submitted,

**LAW OFFICE OF FRED D. DREILING**
**BANK OF AMERICA BUILDING**
**500 NORTH SHORELINE, SUITE 714**
**CORPUS CHRISTI, TEXAS 78471**
**E-MAIL:DREILINGFD@AOL.COM**
**TELEPHONE:  (361) 883-0186**
**FACSIMILE:   (361) 882-4112**

**FRED D. DREILING**
**FEDERAL ID NO. 19239**
**STATE BAR NO.  06115100**

**ATTORNEY IN CHARGE FOR**
**DEFENDANT, KEN OAKLEY AND**
**COUNTER-PLAINTIFFS,**
**KEN AND ANDREA OAKLEY**

## CERTIFICATE OF CONFERENCE

Oakley's counsel has conferred with the attorneys in charge for the Plaintiffs and all Defendants, and they do not oppose this motion.

FRED D. DREILING

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the following counsel of record in accordance with the Federal Rules of Civil Procedure this 29th day of August, 2000.

Mr. Max J. Luther, III        **U.S.P.S. Regular Delivery**
*Law Office of Max J. Luther, III*
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165

Mr. Michael G. Morris        **U.S.P.S. Regular Delivery**
*The Law Office of Michael G. Morris*
5350 South Staples, Suite 222
Corpus Christi, Texas 78411

Mr. Ed Cogburn        **U.S.P.S. Regular Delivery**
*Dow, Cogburn & Friedman, P.C.*
9 Greenway Plaza
Houston, Texas 77046

Mr. E.R. Fleuriet        **U.S.P.S. Regular Delivery**
*The Fleuriet Schell Law Firm, L.L.P.*
621 East Tyler
Harlingen, Texas 78550

Mr. James F. McKibben, Jr.        **U.S.P.S. Regular Delivery**
*Barger, Hermansen, McKibben & Villarreal, L.L.P.*
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478

Mr. Jorge C. Rangel        **U.S.P.S. Regular Delivery**
*The Law Offices of Jorge C. Rangel*
P.O. Box 2683
Corpus Christi, TX 78403-2683

Mr. Matthew J. Sullivan        **U.S.P.S. Regular Delivery**
*Haynes and Boone, L.L.P.*
1600 One American Center
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

**FRED D. DREILING**

*Defendant, Ken Oakley's, And Counter-Plaintiffs', Ken And Andrea Oakleys', Unopposed Motion For Leave*
*To File Their Expert Designation And Rule 26 List Of Witnesses Beyond The Deadline*
*Gochman vs. Oakley, et. al.*
*Page 4*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND | § | |
| MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | C.A. NO. C-00-126 |
| | § | JURY |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| ET. AL. | § | |

## KEN AND ANDREA OAKLEY'S DESIGNATION OF EXPERT WITNESSES

Defendants, **KEN AND ANDREA OAKLEY**, designate the following as expert witnesses who may be called to testify at trial of this cause:

Fred D. Dreiling
*Law Offices of Fred D. Dreiling*
Bank of America Building
500 North Shoreline, Suite 714
Corpus Christi, TX 78471-1007
(361) 883-0186

Fred D. Dreiling has been a licensed Texas attorney since November 1980. He will testify that Defendants' reasonable and necessary attorney's fees, expenses of litigation and costs though trial are in excess of $30,000.00. He will also testify that the reasonable and necessary costs for handling an appeal is approximately $15,000.00.

Ken and Andrea Oakley also designate any other expert designated by any other Defendant in this action, including without limitation, Mr. Terrence F. Wood, 921 North Chaparral, Suite 201. Corpus Christi. Texas 78401 (please refer to appraisals and report furnished by Mr. Fleuriet).

Ken and Andrea Oakley reserve the right to elicit expert testimony from any experts designated by any other parties to this litigation.

*Defendants, Ken and Andrea Oakley's Designation of Expert Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 1*

**EXHIBIT "A"**

Respectfully submitted,

**LAW OFFICE OF FRED D. DREILING**
**BANK OF AMERICA BUILDING**
**500 NORTH SHORELINE, SUITE 714**
**CORPUS CHRISTI, TEXAS 78471-1007**
**E-MAIL: DREILINGFD@AOL.COM**
**TELEPHONE: 361-883-0186**
**FACSIMILE:   361-882-4112**

**FRED D. DREILING**
**FEDERAL I.D. NO. 19239**
**STATE BAR NO. 06115100**

**ATTORNEY IN CHARGE FOR**
**KEN AND ANDREA OAKLEY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been faxed and mailed to the following counsel of record in accordance with the Federal Rules of Civil Procedure this 11th day of July, 2000.

Mr. Max J. Luther, III                          **U.S.P.S. Regular Delivery and**
*Law Office of Max J. Luther, III*              **Facsimile No. 361-887-6835**
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165

Mr. Michael G. Morris                           **U.S.P.S. Regular Delivery and**
Attorney at Law                                 **Facsimile No. 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**
5350 South Staples, Suite 222
Corpus Christi. Texas 78411

Mr. Ed Cogburn                                  **U.S.P.S. Regular Delivery and**
*Dow, Cogburn & Friedman, P.C.*                 **Facsimile No. 713-940-6099**
9 Greenway Plaza
Houston. Texas 77046

Mr. E.R. Fleuriet                               **U.S.P.S. Regular Delivery and**
*The Fleuriet Schell Law Firm, L.L.P.*          **Facsimile No. 956-421-4339**

*Defendants. Ken and Andrea Oakley's Designation of Expert Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 2*

LAW OFFICES

# FRED D. DREILING

BANK OF AMERICA BUILDING
500 NORTH SHORELINE – SUITE 714
CORPUS CHRISTI, TEXAS 78471-1007

PHONE: [361] 883-0186          E-MAIL: DREILINGFD@AOL.COM          FAX: [361] 882-4112

July 11, 2000

**Facsimile No. (361) 887-6835** *and*
**U.S.P.S. Regular Delivery**

Mr. Max J. Luther III
*Law Office of Max J. Luther, III*
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

**Facsimile No. (713) 940-6099** *and*
**U.S.P.S. Regular Delivery**

Mr. Ed Cogburn
*Dow, Cogburn & Friedman, P.C.*
9 Greenway Plaza
Houston, TX 77046

**Facsimile No. (361) 866-8039** *and*
**U.S.P.S. Regular Delivery**

Mr. James F. McKibben, Jr.
*Barger, Hermansen, McKibben & Villarreal*
1100 Tower II
555 North Carancahua
Corpus Christi, TX 78478

**Facsimile No. (512) 867-8470** *and*
U.S.P.S. Regular Delivery

Mr. Matthew J. Sullivan
*Haynes and Boone, L.L.P.*
1600 One American Center
600 Congress Avenue, Suite 600
Austin, TX 78701-3236

**Facsimile No. (361) 993-4573** *and*
**U.S.P.S. Regular Delivery**

Mr. Michael G. Morris
*Law Office of Michael G. Morris*
5350 South Staples, Suite 222
Corpus Christi, TX 78411

**Facsimile No. (956) 421-4339** *and*
**U.S.P.S. Regular Delivery**

Mr. E.R. Fleuriet
*The Fleuriet Schell Law Firm, L.L.P.*
621 East Tyler
Harlingen, TX 78550

**Facsimile No. (361) 883-2611** *and*
**U.S.P.S. Regular Delivery**

Mr. Jorge Rangel
*The Law Offices of Jorge C. Rangel*
P.O. Box 2683
Corpus Christi, TX 78403-2683

RE:   Civil Action Number C-00-126; Arthur Gochman and Molly Gochman vs. Ken Oakley, et. al.

**All Counsel**
**Gochman vs. Oakley, et. al.**
**July 11, 2000**
**Page 2**

Dear Counsel:

Enclosed please find Ken and Andrea Oakley's Designation of Expert Witnesses.

Thank you for your attention to this matter.

Sincerely,

Fred D. Dreiling

Enclosure as stated

FDD/dl

cc:     Ken and Andrea Oakley                    **(with enclosure)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| AND | § | |
| MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | C.A. NO. C-00-126 |
| | § | JURY |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| ET. AL. | § | |
| | § | |

## KEN AND ANDREA OAKLEY'S,
## RULE 26 LIST OF WITNESSES

Pursuant to this Court's General Order dated May 23, 2000, (paragraph VI) and this Court's Scheduling Order dated May 23, 2000, (paragraph 7) Defendant, Ken Oakley, and Counter-Plaintiffs, Ken and Andrea Oakley, list individuals likely to have discoverable information relevant to disputed facts [Rule 26(a)(1)(A)] and expert witnesses [Rule 26(a)(2)]:

Tim Dykes
TLD Architects, Inc.
15915 Katy Freeway
Suite 530
Houston, TX 77094
281-647-0510

Mr. Dykes was the architect for the house built by Plaintiffs on Lot 24 Beachwalk I. See his deposition taken in this case.

Arthur Gochman & Molly Gochman
1800 North Mason Road
Katy, TX

Arthur and Molly Gochman are Plaintiffs in this case, allegedly owners of the real property at issue and may have knowledge relevant to the matters they allege in their Complaint. See, Mr. Gochman's deposition taken in this case.

*Defendant, Ken Oakley's, Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 1*

**EXHIBIT "B"**

CMPDF - www.fasiio.com

Ken and Andrea Oakley
P.O. Box 1782
Port Aransas, TX 78373

**Defendant and Counter-Plaintiffs.**

Tommy M. Brooks
City Manger
City of Port Aransas
710 West Avenue A
Port Aransas, TX 78373-4128
361-749-4111

Evaluated Beachwalk II and Mr. Oakley's construction and found no violations of any permitting, applicable ordinances or state laws or regulations.

Stephen Thompson
Building Official
City of Port Aransas
710 West Avenue A
Port Aransas, TX 78373-4128
361-749-4111

Evaluated Beachwalk II and Mr. Oakley's construction and found no violation of any permitting, applicable ordinances or state laws or regulations.

Donald M. Feferman
FEFERMAN & REHLER, L.L.P.
P. O. Box 23041
Corpus Christi, TX 78403-3041
361-883-1803

Prior attorney for Arthur Gochman who sent a letter to Tom Brooks dated 2-15-99.  See, also Feferman letter dated 7-13-99 to David Dewhurst.

Frank Z. Ruttenberg
STRASBURGER & PRICE, L.L.P.
800 One Alamo Center
106 South St. Mary's Street
San Antonio, TX 78205-3603
210-226-1166

Prior attorney for Arthur Gochman who sent a letter to Mr. Starrett.

*Defendant, Ken Oakley's Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 2*

Priscilla M. Hubenak
Assistant Attorney General
Natural Resources Division
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
512-463-2012

Evaluated Beachwalk II and Mr. Oakley's construction and found no violation of any permitting, applicable ordinances or state laws or regulations.

Jessy L. Jones
Texas General Land Office
Stephen F. Austin Building
1700 North Congress Avenue
Austin, TX 78701-1495
512-463-5001

Evaluated Beachwalk II and Mr. Oakley's construction and found no violation of any permitting, applicable ordinances or state laws or regulations.

David A. Wolff
DRENNER & STUART, L.L.P.
301 Congress Avenue
Suite 2100
Austin, TX 78701
512-404-2200

Attorney for Arthur Gochman who mailed a letter to Mr. Gochman dated May 7, 1997.

Terrence F. Wood
Terrence F. Wood & Company
921 North Chaparral, Suite 201
Corpus Christi, TX 78401
361-888-8891

Mr. Wood is an appraiser who initially appraised the three lots purchased by Mr. Gochman. Mr. Wood is also an expert witness retained by Defendant Starrett.

*Defendant, Ken Oakley's, Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 3*

James L. Urban
Urban Engineering
P.O. Box 6355
Corpus Christi, TX 78466-6355

Engineer who worked with Mr. Starrett in platting Beachwalk I and II.

Dudley Carpenter
c/o Academy Sports and Outdoors, Inc.
1800 North Mason Road
Katy, TX 77449

Mr. Carpenter was project superintendent for the construction of the Gochman residence on Lot 24.

Bruce Barton
c/o Academy Sports and Outdoors, Inc.
1800 North Mason Road
Katy, TX 77449
281-646-5200

Attended a meeting between Mr. Gochman and Mr. Starrett in March 1998.

Melinda Becker
c/o Academy Sports and Outdoors, Inc.
1800 North Mason Road
Katy, TX 77449
281-646-5200

Attended a meeting between Mr. Gochman and Mr. Starrett in March 1998.

Gunilla Asp
3101 Old Pecos Trail #108
Santa Fe, NM 87505

Present with Mr. Gochman and Mr. Starrett in March 1998.

Stanley A. Starrett, Jr.
P.O. Box 1287
Port Aransas, TX

**Defendant**

*Defendant, Ken Oakley's Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 4*

Terrence F. Wood
Terrence F. Wood & Company
921 North Chaparral, Suite 201
Corpus Christi, TX 78401
361-888-8891

E. R. Fleuriet
The Fleuriet Schell Law Firm, LLP
621 East Tyler
Harlingen, TX 78550
956-428-3030

E.Z. Munoz
Urban Engineering
2725 Swantner
P. O. Box 6385
Corpus Christi, TX 78466-6355

Urban Engineering assisted Mr. Starrett in drafting the applications for dune permits for
Beachwalk I and Bechwalk II and preparing the documents and permits for construction of the
roads and utilities. Mr. Urban has knowledge relating to Urban Engineering's involvement on
the projects, in general, and with the permitting process and the specific permit applications in
particular. Mr. Urban will also be expected to testify that Urban Engineering was not acting as
City Engineer during the permitting process. Mr. Munoz was present when Urban conducted a
survey of the building locations during the lawsuit.

Jeannie Ivey
Assistant to Building Official
City of Port Aransas
710 W. Avenue A
Port Aransas, TX 78373-4128
361-749-4111

Jim Priour
City of Port Aransas
Building Department
710 Avenue A
Port Aransas, TX 78373
361-749-4111

Mr. Priour has knowledge of the permitting process and should have information related to
permit review for the Gochmans' home.

*Defendant, Ken Oakley's Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 5*

J. L. Brundrett, Jr.
Griffith & Brundrett
Surveying & Engineering
P. O. Box 2322
Rockport, TX 78381
361-729-6479

Mr. Brundrett certified the elevations on Lot 24 of Beachwalk I.

Thomas Gries
And documents custodian
Williams Industries, Inc.
11000 Brittmore Park Drive
Houston, TX 77041-6920
713-849-1400

Mr. Gries was the project manager during construction of the Gochmans' home.  The custodian of documents will have knowledge of Williams Industries' business records relating to the Gochman residence.

Bruce Barton
TLD Architect, Inc.
15915 Katy Freeway, Suite 530
Houston, TX 77094
281-647-0510

Mr. Barton acted as an agent of William Industries, Inc. for obtaining the building permit.

Ramona Singleterry
Terrence F. Wood & Company
921 N. Chapparral, Suite 201
Corpus Christi, TX 78401

Ms. Singleterry appraised the Gochmans' home in 1998.

Jaime Mitchell
And Documents Custodian
Texas General Land Office
1700 N. Congress Avenue
Austin, TX 78701
512-749-4111

Mr. Mitchell has knowledge relating to the dune permit for the Oakleys' lot.  The documents custodian will have knowledge of the documents in the files at the General Land Office relating to the permits.

*Defendant, Ken Oakley's Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 6*

Melinda Bennet
c/o Academy Stores
1800 North Mason Road
Houston, TX 77449
281-646-5200

Ms. Bennett attended a meeting between Mr. Gochman and Mr. Starrett in March, 1998.

David Wolff, ESQ
Drenner & Stuart, L. L. P.
301 Congress Avenue, Suite 2100
Austin, TX 78701
512-404-220

Mr. Wolff is a former attorney for Mr. Gochman.

Gordon Mock
Florida

According to Mr. Starrett's deposition testimony, Mr. Mock was the original architect that he hired on the Beachwalk I project.

Stephen Grunewald
c/o Urban Engineering
2725 Swanter
P. O. Box 6385
Corpus Christi, TX 7466-6355
361-888-5544

Mr. Grunewald was employed by Urban Consulting Engineers, Inc. and may have had some involvement on the Beachwalk projects.

George Swank
Building Inspector Representative/
City of Port Aransas
Building Department
710 Avenue A
Port Aransas, TX 78373
361-749-4111

Mr. Swank certified the applications for permit for the Beachwalk II lots were consistent with the City of Port Aransas Coastal Management Plan.

Present and former members of Planning and Zoning Commission of City of Port Aransas.
James Cameron

*Defendant, Ken Oakley's Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 7*

John Roberts
Chuck Border
Gary Spangler
Mark Creighton
J.C. Barr
Mike Hall
Bill LeNoir
Cindy Eppes
Dale Kimball

c/o Mike Morris, City Attorney
5350 S. Staples, Suite 222
Corpus Christi, TX 78411
361-993-4571

These individuals were present at one or more of the P & Z meeting(s) where the Beachwalk permits were considered and approved.

Present and former members of City Council of City of Port Aransas
Jim H. Sherrill
Wes Border
John Corder
Scott e. Stubblefield
Jay Kenigsberg
Mary Goldsmith
Michael Cortez
Carol Woodfin
Peg Schmitt

C/O Mike Morris, City Attorney
5350 S. Staples, Suite 222
Corpus Christi, TX 78411
361-993-4571

These individuals were present at one or more of the City Council meeting(s) where the Beachwalk permits were considered and approved.

Matthew J. Sullivan
Haynes and Boone, LLP
600 Congress Avenue, Suite 1600
Austin, TX 78701
512-867-8424

Mr. Sullivan is counsel for the Urban Defendants and has knowledge about the attorneys' fees expended in defense of this matter.

*Defendant, Ken Oakley's Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 8*

Karen Borchardt
San Jacinto Title Company
1402 South Padre Island Drive
Corpus Christi, TX 78418

Mark Gilbreath
Attorney at Law
5926 South Staples, Suite A-2
Corpus Christi, TX 78413

Fred D. Dreiling
Bank of America
500 North Shoreline, Suite 714
Corpus Christi, TX 78471-1007
361-883-0186

Mr. Dreiling will testify regarding the Oakley's attorney's fees and expenses of litigation.

DATED this the ___22___ day of June 2000.

Respectfully submitted,

**LAW OFFICE OF FRED D. DREILING**
**BANK OF AMERICA BUILDING**
**500 NORTH SHORELINE – SUITE 714**
**CORPUS CHRISTI, TEXAS 78471**
**E-MAIL: DREILINGFD@AOL.COM**
**TELEPHONE: 361-883-0186**
**FACSIMILE: 361-882-4112**

**FRED D. DREILING**
State Bar No. 06115100

**ATTORNEY FOR DEFENDANTS**
**AND COUNTER-PLAINTIFFS**
**KEN OAKLEY AND ANDREA OAKLEY**

*Defendant, Ken Oakley's Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 9*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the following counsel of record in accordance with the Federal Rules of Civil Procedure this 22nd day of June, 2000.

Mr. Max J. Luther, III
*Law Office of Max J. Luther, III*
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165

Mr. Michael G. Morris
Attorney at Law
5350 South Staples, Suite 222
Corpus Christi, Texas 78411

Mr. Ed Cogburn
*Dow, Cogburn & Friedman, P.C.*
9 Greenway Plaza
Houston, Texas 77046

Mr. E.R. Fleuriet
*The Fleuriet Schell Law Firm, L.L.P.*
621 East Tyler
Harlingen, Texas 78550

Mr. James F. McKibben, Jr.
*Barger, Hermansen, McKibben & Villarreal, L.L.P.*
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478

Mr. Jorge C. Rangel
*The Law offices of Jorge C. Rangel*
P.O. Box 2683
Corpus Christi, TX 78403-2683

Mr. Matthew J. Sullivan
*HAYNES AND BOONE, L.L.P.*
1600 One American Center
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

Fred D. Dreiling

*Defendant, Ken Oakley's Rule 26 List of Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 10*

Law offices

# Fred d. dReiling

Bank of America Building
500 north Shoreline – suite 714
Corpus Christi, Texas 78471-1007

PHONE: (361) 883-0186      E-Mail: dreilingfd@aol.com      FAX: (361) 882-4112

June 22, 2000

Mr. Max J. Luther III
*Law Office of Max J. Luther, III*
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Mr. Ed Cogburn
*Dow, Cogburn & Friedman, P.C.*
9 Greenway Plaza
Houston, TX 77046

Mr. James F. McKibben, Jr.
*Barger, Hermansen, McKibben & Villarreal*
1100 Tower II
555 North Carancahua
Corpus Christi, TX 78478

Mr. Matthew J. Sullivan
*Haynes and Boone, L.L.P.*
1600 One American Center
600 Congress Avenue, Suite 600
Austin, TX 78701-3236

**Mr. Michael G. Morris**

**Law Office of Michael G. Morris**

5350 South Staples, Suite 222
Corpus Christi, TX 78411

Mr. E.R. Fleuriet
*The Fleuriet Schell Law Firm, L.L.P.*
621 East Tyler
Harlingen, TX 78550

Mr. Jorge Rangel
*The Law Offices of Jorge C. Rangel*
P.O. Box 2683
Corpus Christi, TX 78403-2683

> RE:   **Civil Action Number C-00-126; Arthur Gochman and Molly Gochman vs. Ken Oakley, et. al.**

Dear Counsel:

Enclosed find Ken and Andrea Oakley's Rule 26 List of Witnesses.

Thank you for your attention to this matter.

Sincerely,



Fred D. Dreiling

FDD/sga

Enclosure as stated

Cc:     Mr. & Mrs. Ken Oakley                                   **(With enclosure)**

621 East Tyler
Harlingen, Texas 78550

Mr. James F. McKibben, Jr.                    **U.S.P.S. Regular Delivery** *and*
***Barger, Hermansen, McKibben & Villarreal, L.L.P.***   **Facsimile No. 361-866-8039**
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478

Mr. Jorge C. Rangel                           **U.S.P.S. Regular Delivery** *and*
***The Law offices of Jorge C. Rangel***      **Facsimile No. 361-883-2611**
P.O. Box 2683
Corpus Christi, TX 78403-2683

Mr. Matthew J. Sullivan                        **U.S.P.S. Regular Delivery** *and*
***Haynes and Boone, L.L.P.***                 **Facsimile No. 512-867-8470**
1600 One American Center
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

**FRED D. DREILING**

*Defendants, Ken and Andrea Oakley's Designation of Expert Witnesses*
*Gochman vs. Oakley, et. al.*
*Page 3*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| AND | § | |
| MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | C.A. NO. C-00-126 |
| | § | JURY |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| ET. AL. | § | |
| | § | |

## ORDER

On this day came to be heard the Defendant Ken Oakley and Counter-Plaintiffs, Ken and Andrea Oakleys', Unopposed Motion for Leave to File Their Expert Designation and Rule 26 List of Witnesses Beyond the Deadline.

The Court, upon consideration of said Motion, hereby grants same.

Entered on this the _____ day of _____, 2000.


_____

**UNITED STATES DISTRICT  JUDGE**


*Order*
*Gochman vs. Oakley*
*Page 1*