# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Nadeem Waeen

**U. S. C. S. O. :**

**U. S. MARSHAL:** Ovidio Trejo

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED
SEP - 1 2000
MICHAEL N. MILBY
CLERK

**DATE:** September 1, 2000   **OPEN:** 8:08 am   **ADJOURN:** 8:11 am

**TAPE:** #1

**CIVIL ACTION NUMBER:** C-00-126

Arthur Gochman & Molly Gochman   **COUNSEL:** Max J. Luther, III /ED COGBURN

VS.

Ken Oakley & Andrea Oakley   **COUNSEL:** Fred D. Dreiling

(✓) FPTC:

Case called. Appearances are made. Discussion of the remaining claim, re: declaratory judgment. Arguments are heard. Court states that attorneys fees will not be granted.

Adjourn.

a4-