United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARTHUR GOCHMAN and MOLLY GOCHMAN | § § § |
| V. | §   CIVIL ACTION NO. C-00-126 |
| STANLEY STARRETT, JR., KEN OAKLEY, URBAN ENGINEERING, A PARTNERSHIP, THE PERALLA CORPORATION, URBAN CONSULTING ENGINEERS, INC., JAMES URBAN, and THE CITY OF PORT ARANSAS, TEXAS | § § § § § § § § |

**FINAL JUDGMENT**

In accordance with the Court's Amended Order signed on September 6, 2000, the Court enters final judgment dismissing all claims in this action.

Signed on the ___ day of September, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE