United States District Court
Southern District of Texas
ENTERED

SEP 26 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND | § | |
| MOLLY GOCHMAN | § | |
| | § | |
| V. | § | C.A. NO. C-00-126 |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY, URBAN ENGINEERING, | § | |
| PARTNERSHIP, THE PERALLA | § | |
| CORPORATION, URBAN CONSULTING | § | |
| ENGINEERING, INC. and | § | |
| THE CITY OF PORT ARANSAS | § | |

## ORDER ON MOTION TO ALTER OR AMEND JUDGMENT AND REQUEST FOR ORAL HEARING

On this day came on to be considered Plaintiffs' Motion to Alter or Amend Judgment and Request for Oral Hearing. Plaintiffs' Motion to Alter or Amend Judgment and Request for Oral Hearing is hereby DENIED.

ORDERED the 25th day of September, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE