IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 18 2000**

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| AND | § | |
| MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | **C.A. NO. C-00-126** |
| | § | **JURY** |
| | § | |
| STANLEY A. STARRETT, JR., ET. | § | |
| AL. | § | |
| | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Fred D. Dreiling, Movant, who is the attorney of record for Defendant and Counter-Plaintiffs, Ken and Andrea Oakley.

### I.

On August 31, 2000, the Court issued a Final Order in this matter. The Movant delivered the Order to the Oakleys the same day. On September 6, 2000, the Court issued an Amended Order, and Movant sent the Order to the Oakleys on September 7, 2000. On September 19, 2000, Movant received the Plaintiffs' Motion to Alter or Amend Judgment, and sent Plaintiffs' motion to the Oakleys the same day. On September 26, 2000, the Court issued an Order denying Plaintiffs' Motion to Alter or Amend Judgment, and Movant sent the Court's Order to the Oakleys on or about September 26, 2000.

### II.

Movant has informed the Oakleys, orally and in writing, that Plaintiffs intend to appeal the Court's final judgment to the Fifth Circuit Court of Appeals. However, on October 3, 2000, Movant received notification from the Oakleys that the Oakleys no longer required Movant's

services.  Specifically, by letter dated September 27, 2000, Ken Oakley, in relevant part, advised

Movant, "… I will not require your services on the appeal."

III.

On October 9, 2000, Movant sent the Oakleys a Motion to Withdraw and Order, and

requested that the Oakleys sign and return the motion and order to Movant so same could be

filed with the Court.   However, and even though the Oakleys have advised Movant that

Movant's services would not be required, the Oakleys have not signed and returned the motion

and order.

IV.

Ken and Andrea Oakleys' mailing address is P. O. Box 1782, Port Aransas, Texas 78373.

Their home telephone number is 361-749-6008.

WHEREFORE, PREMISES CONSIDERED, Movant requests that the Court enter an

Order permitting Movant to withdraw as counsel of record and as attorney in charge for

Defendants, Ken Oakley, and Counter-Plaintiffs, Ken and Andrea Oakley.

Respectfully submitted,

**LAW OFFICE OF FRED D. DREILING**
**BANK OF AMERICA BUILDING**
**500 NORTH SHORELINE – SUITE 714**
**CORPUS CHRISTI, TX 78471-1007**
**TELEPHONE:      (361) 883-0186**
**FACSIMILE:      (361) 882-4112**
**E-MAIL: DREILINGFD@AOL.COM**

**FRED D. DREILING**
State Bar No. 06115100
Federal ID No. 19239

ATTORNEY IN CHARGE
**FOR    DEFENDANT   KEN    OAKLEY**
**AND    COUNTER-PLAINTIFFS'   KEN**
**AND ANDREA OAKLEY**

## CERTIFICATE OF CONFERENCE

Movant has conferred with the attorneys in charge for the Plaintiffs and all other Defendants, and they do not oppose Movant's Motion to Withdraw.

FRED D. DREILING

## CERTIFICATE OF SERVICE

I, Fred D. Dreiling, hereby certify that a true and correct copy of the foregoing **Motion for Withdrawal of Counsel** has been mailed to the following counsel of record and to Ken and Andrea Oakley in accordance with the Federal Rules of Civil Procedure on this the 17th day of October, 2000, in the manner indicated below.

Mr. Max J. Luther, III                         **U.S.P.S. Regular Delivery**
*Law Office of Max J. Luther, III*
Frost Bank Plaza
802 North Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165

Mr. Michael G. Morris                          **U.S.P.S. Regular Delivery**
*Law Office of Michael G. Morris*
5350 South Staples, Suite 222
Corpus Christi, Texas 78411

Mr. Ed Cogburn                                 **U.S.P.S. Regular Delivery**
*Dow, Cogburn & Friedman, P.C.*
9 Greenway Plaza
Houston, Texas 77046

Mr. E.R. Fleuriet                              **U.S.P.S. Regular Delivery**
*The Fleuriet Schell Law Firm, L.L.P.*
621 East Tyler
Harlingen, Texas 78550

Mr. James F. McKibben, Jr.                     **U.S.P.S. Regular Delivery**
*Barger, Hermansen, McKibben & Villarreal, L.L.P.*
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478

Mr. Jorge C. Rangel                            **U.S.P.S. Regular Delivery**
*Law Offices of Jorge C. Rangel*
P.O. Box 2683
Corpus Christi, TX 78403-2683

Mr. Matthew J. Sullivan                        **U.S.P.S. Regular Delivery**
*Haynes and Boone, L.L.P.*
1600 One American Center
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

Ken and Andrea Oakley
P. O. Box 1782
Port Aransas, Texas 78373.

**U.S.P.S. Regular Delivery**

**FRED D. DREILING**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ARTHUR GOCHMAN** | § | |
| **AND** | § | |
| **MOLLY GOCHMAN** | § | |
| | § | |
| **VS.** | § | **C.A. NO. C-00-126** |
| | § | **JURY** |
| | § | |
| **STANLEY A. STARRETT, JR., ET.** | § | |
| **AL.** | § | |
| | § | |

### ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

On the _____ day of _____, 2000, the Court considered the Motion for Withdrawal of Counsel of Fred D. Dreiling, Movant.

IT IS ORDERED that Movant is permitted to withdraw as counsel of record for Defendant, Ken Oakley and Counter-Plaintiffs, Ken and Andrea Oakley.

Signed on this the _____ day of _____, 2000.


_____
**UNITED STATES DISTRICT JUDGE**