United States District Court
Southern District of Texas
FILED

**OCT 2 4 2000**

Michael N. Milby, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **ARTHUR GOCHMAN and** | § | |
| **MOLLY GOCHMAN** | § | |
| | § | **CIVIL ACTION NO. C-00-126** |
| **vs.** | § | **Jury** |
| | § | |
| **STANLEY A. STARRETT, JR.,** | § | |
| **KEN OAKLEY, URBAN ENGINEERING,** | § | |
| **A PARTNERSHIP, THE PERALLA** | § | |
| **CORPORATION, URBAN CONSULTING** | § | **NOTICE OF APPEAL** |
| **ENGINEERS, INC. AND** | § | |
| **THE CITY OF PORT ARANSAS** | § | |

## **NOTICE OF APPEAL**

Notice is hereby given that Arthur Gochman and Molly Gochman, being all of the Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the final judgment entered in this action on the 6th day of September, 2000, and the order denying Plaintiffs' Motion to Alter or Amend, entered in this action on the 26th day of September, 2000.

Respectfully submitted,

Max J. Luther, III, P.C. & Associates
Frost Bank Plaza
802 N. Carancahua, Suite 1350
Corpus Christi, Texas 78470-0165
State Bar No. 12706000

1

Federal I.D. No. 298
Telephone: (361) 888-5544
Telecopier: (361) 887-6835

By: _____

**MAX J. LUTHER, III**
ATTORNEY FOR PLAINTIFFS

and

**EDMUND L. COGBURN**
DOW, COGBURN, & FRIEDMAN, P.C.
9 Greenway Plaza
Houston, Texas 77046
Telephone: (713) 940-6000
Telecopier: (713) 940-6099
Federal I.D. No.: 2105
State Bar No. 04501000
ATTORNEY FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded via certified mail, return receipt requested, to the following counsel of record, in accordance with the Federal Rules of Civil Procedure, on this the 24th day of October, 2000.

_____
Max J. Luther III

EDMUND L. COGBURN
Dow, Cogburn & Friedman, P.C.
9 Greenway Plaza
Houston, Texas 77046
**VIA CMRRR# 7099 3220 0001 4298 4868**

MATTHEW J. SULLIVAN
Haynes and Boone, L.L.P.
1600 One American Center
600 Congress Avenue
Austin, Texas 78701
**VIA CMRRR#7099 3220 0004 2564 5028**

2

FRED D. DREILING
Attorney at Law
Bank of America
500 North Water St., Suite 714
Corpus Christi, Texas 78471
**VIA CMRRR#7099 3220 0001 4298 4875**

E. R. FLEURIET
The Fleuriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, Texas   78550
**VIA CMRRR#7099 3220 0001 2564 5035**

JAMES F. MCKIBBEN, JR.
Barger, Hermansen, McKibben
    & Villarreal, L.L.P.
800 N. Shoreline Blvd., Ste. 2000 N. Tower
Corpus Christi, Texas 78401
**VIA CMRRR#7099 3220 0001 4298 4882**

JORGE C. RANGEL
The Law Offices of Jorge C. Rangel, P.C.
P. O. Box 2683
Corpus Christi, Texas   78403-2683
**VIA CMRRR#7099 3220 0004 2564 5042**

MICHAEL GENE MORRIS
Attorney at Law
5350 S. Staples, Suite 222
**CMRRR#7099 3220 0004 2564 5370**

MR. & MRS. KEN OAKLEY,
PRO SE
P.O. BOX 1782
**VIA CMRRR#7099 3220 0004 2564 5059**

3