IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN<br>AND MOLLY GOCHMAN<br><br>v.<br><br>STANLEY A. STARRETT, JR.,<br>KEN OAKLEY, URBAN<br>ENGINEERING, A PARTNERSHIP,<br>THE PERALLA CORPORATION,<br>URBAN CONSULTING ENGINEERS,<br>INC. AND THE CITY OF PORT<br>ARANSAS | § § § § § § § § § § § § § § | United States District Court<br>Southern District of Texas<br>FILED<br><br>OCT 30 2000<br><br>Michael N. Milby, Clerk<br><br>CIVIL ACTION NO. C-00-126 |

### STANLEY A. STARRETT, JR.'S NOTICE OF APPEAL

Pursuant to Rule 3 F.R.A.P. Stanley A. Starrett, Jr. hereby gives his notice of appeal from that portion of the Final Judgment signed September 7, 2000 dismissing Defendant's [Stanley A. Starrett, Jr.] Second Amended Counterclaim. See also Amended Order signed September 6, 2000 denying Starrett's claims for attorney fees and costs. Appeal is taken to the United States Court of Appeals for the Fifth Circuit.

This Notice of Appeal is filed within 14 days after the date when the first notice of appeal was filed, to wit: Notice of Appeal filed by Arthur Gochman and Molly Gochman.

DATED this 27th day of October, 2000.

STANLEY A. STARRETT, JR.'S NOTICE OF APPEAL - 1

103.

Respectfully submitted,

*[signature]*

**E. R. Fleuriet**
State Bar No. 07145500
Fed. I. D. No. 1327
Attorney-in-Charge for Defendant Starrett
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)


OF COUNSEL:
**THE FLEURIET SCHELL LAW FIRM LLP**
621 E. Tyler
Harlingen, TX 78550
(956) 428-3030
(956) 421-4339 (Fax)
Attorneys for Defendant Starrett


Jorge C. Rangel
State Bar No. 16543500
Fed. I. D. No. 5698
THE LAW OFFICES OF JORGE C.
    RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477
361-883-8500
361-883-2611 (Fax)

Attorneys for Defendant Starrett

**STANLEY A. STARRETT, JR.'S NOTICE OF APPEAL** - 2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon the following counsel of record:

Max J. Luther, III
1350 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78470

Michael G. Morris
5350 S. Staples, Suite 222
Corpus Christi, TX 78411

James F. McKibben, Jr.
One Shoreline Plaza
800 North Shoreline Blvd.
Suite 2000 North Tower
Corpus Christi, TX 78401

Jorge C. Rangel
THE LAW OFFICES OF
    JORGE C. RANGEL, P.C.
615 Upper North Broadway
Suite 900
Corpus Christi, TX 78477

Edmund L. Cogburn
9 Greenway Plaza
Houston, TX 77046

Fred D. Dreiling
Bank of America Building
500 North Shoreline – Suite 714
Corpus Christi, TX 78471-1007

Matthew J. Sullivan
600 Congress Avenue, Suite 1600
Austin, TX 78701-3236

Ken Oakley
P.O. Box 1782
Port Aransas, TX 78373

via regular mail on this the __27__ day of October, 2000.

_____
E. R. Fleuriet

**STANLEY A. STARRETT, JR.'S NOTICE OF APPEAL** - 3