UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 06 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND<br>MOLLY GOCHMAN, Plaintiffs | § § § | |
| VERSUS | § § | CIVIL ACTION NO. C-00-126 |
| STANLEY STARRETT, JR., KEN OAKLEY,<br>URBAN ENGINEERING, A PARTNERSHIP,<br>THE PERALLA CORPORATION, URBAN<br>CONSULTING ENGINEERS, INC., JAMES<br>URBAN, AND THE CITY OF PORT<br>ARANSAS, TEXAS, Defendants | § § § § § § § | |

# NOTICE OF APPEAL

Notice is hereby given that Ken Oakley and Andrea Oakley, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Amended Order entered in this action on the 6th day of September, 2000.

Respectfully submitted,

_____
Ken Oakley, Pro Se
Andrea Oakley, Pro Se
P.O. Box 1782
Port Aransas, TX 78373
Telephone: (361) 749-7130

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was forwarded by United States Mail, first class, certified, return receipt requested, to the persons listed below on this 6th day of November, 2000 as follows:

Max J. Luther, III
Max J. Luther, III, P.C. & Associates
Frost Bank Plaza
802 N. Carancahua, Suite 1350
Corpus Christi, TX 78470-0165

Edmund L. Cogburn
Dow, Cogburn, & Friedman, P.C.
9 Greenway Plaza
Houston, TX 77046

Matthew J. Sullivan
Haynes & Boone, L.L.P.
1600 One American Center
600 Congress Avenue
Austin, TX 78701

James F. McKibben, Jr.
Barger, Hermansen, McKibben & Villarreal, L.L.P.
800 N. Shoreline Blvd., Suite 2000 North
Corpus Christi, TX 78401

Michael Gene Morris
Attorney at Law
5350 S. Staples, Suite 222
Corpus Christi, TX 78411-4660

E.R. Fleuriet
The Fleuriet Schell Law Firm, L.L.P.
621 E. Tyler
Harlingen, TX 78550

Jorge C. Rangel
The Law Offices of Jorge C. Rangel, P.C.
P.O. Box 2683
Corpus Christi, TX 78403-2683

_____
KEN OAKLEY