IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ARTHUR GOCHMAN AND MOLLY GOCHMAN | § § § § | |
| VS. | § § § | C.A. NO. C-00-126 JURY |
| STANLEY A. STARRETT, JR., KEN OAKLEY AND THE CITY OF PORT ARANSAS | § § § § | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

This Unopposed Motion for Withdrawal of Counsel is brought by Fred D. Dreiling, Movant, who is the attorney of record for Defendant and Counter-Plaintiffs, Ken and Andrea Oakley.

On or about October 3, 2000, the undersigned received notification from the Oakleys that the Oakleys no longer required the undersigned's services as their attorney in this matter. Accordingly, the undersigned requests permission to withdraw as counsel for the Oakleys. Further, the Oakleys have consented to this motion as evidenced by their signatures hereto.

*Unopposed Motion for Withdrawal of Counsel*
*Gochman vs. Oakley, et. al.*
Page 1

Respectfully submitted,

**LAW OFFICE OF FRED D. DREILING**
**BANK OF AMERICA BUILDING**
**500 NORTH SHORELINE – SUITE 714**
**CORPUS CHRISTI, TX 78471-1007**
**TELEPHONE:** (361) 883-0186
**FACSIMILE:** (361) 882-4112
E-MAIL: DREILINGFD@AOL.COM

*(signature)*

**FRED D. DREILING**
State Bar No. 06115100
Federal ID No. 19239

**ATTORNEY IN CHARGE**
**FOR DEFENDANT KEN OAKLEY**

APPROVED AND AGREED TO:

_____
**KEN OAKLEY**

_____
**ANDREA OAKLEY**

*Defendant, Ken Oakley's, Second Amended Answer*
*Gochman vs. Oakley, et. al.*
*Page 2*

## CERTIFICATE OF CONFERENCE

Movant has conferred with the attorneys in charge for the Plaintiffs and all other Defendants, and they do not oppose Movant's Motion to Withdraw.

_____
FRED D. DREILING

*Motion to Withdraw*
*Gochman vs. Oakley, et. al.*
*Page 3*

## CERTIFICATE OF SERVICE

I, Fred D. Dreiling, hereby certify that a true and correct copy of the foregoing **Unopposed Motion for Withdrawal of Counsel** has been mailed to the following counsel of record in accordance with the Federal Rules of Civil Procedure on this the **3RD** day of **November**, 2000, in the manner indicated below.

| | |
|---|---|
| Mr. Max J. Luther, III<br>*Law Office of Max J. Luther, III*<br>Frost Bank Plaza<br>802 North Carancahua, Suite 1350<br>Corpus Christi, Texas 78470-0165 | **U.S.P.S. Regular Delivery** |
| Mr. Michael G. Morris<br>*Law Office of Michael G. Morris*<br>5350 South Staples, Suite 222<br>Corpus Christi, Texas 78411 | **U.S.P.S. Regular Delivery** |
| Mr. Ed Cogburn<br>*Dow, Cogburn & Friedman, P.C.*<br>9 Greenway Plaza<br>Houston, Texas 77046 | **U.S.P.S. Regular Delivery** |
| Mr. E.R. Fleuriet<br>*The Fleuriet Schell Law Firm, L.L.P.*<br>621 East Tyler<br>Harlingen, Texas 78550 | **U.S.P.S. Regular Delivery** |
| Mr. James F. McKibben, Jr.<br>*Barger, Hermansen, McKibben & Villarreal, L.L.P.*<br>1100 Tower II<br>555 North Carancahua<br>Corpus Christi, Texas 78478 | **U.S.P.S. Regular Delivery** |
| Mr. Jorge C. Rangel<br>*Law Offices of Jorge C. Rangel*<br>P.O. Box 2683<br>Corpus Christi, TX 78403-2683 | **U.S.P.S. Regular Delivery** |
| Mr. Matthew J. Sullivan<br>*Haynes and Boone, L.L.P.*<br>1600 One American Center<br>600 Congress Avenue, Suite 1600<br>Austin, TX 78701-3236 | **U.S.P.S. Regular Delivery** |

**FRED D. DREILING**

*Defendant, Ken Oakley's, Second Amended Answer*
*Gochman vs. Oakley, et. al.*
Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN | § | |
| AND | § | |
| MOLLY GOCHMAN | § | |
| | § | |
| VS. | § | C.A. NO. C-00-126 |
| | § | JURY |
| | § | |
| STANLEY A. STARRETT, JR., | § | |
| KEN OAKLEY AND | § | |
| THE CITY OF PORT ARANSAS | § | |

### ORDER ON UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On the _____ day of _____, 2000, the Court considered the Motion for Withdrawal of Counsel of Fred D. Dreiling, Movant.

IT IS ORDERED that Movant is permitted to withdraw as counsel of record for Defendant and Counter-Plaintiffs, Ken and Andrea Oakley.

Signed on this the _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

_____
KEN OAKLEY

_____
ANDREA OAKLEY

_____
FRED D. DREILING

*Defendant, Ken Oakley's, Second Amended Answer*
*Gochman vs. Oakley, et. al.*
*Page 4*