IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR GOCHMAN<br>AND<br>MOLLY GOCHMAN | § § § § | |
| VS. | § § | C.A. NO. C-00-126<br>JURY |
| STANLEY A. STARRETT, JR.,<br>KEN OAKLEY AND<br>THE CITY OF PORT ARANSAS | § § § § | |

United States District Court
Southern District of Texas
ENTERED

NOV 0 8 2000

Michael N. Milby, Clerk of Court

## ORDER ON UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On the 7th day of Nov., 2000, the Court considered the Motion for Withdrawal of Counsel of Fred D. Dreiling, Movant.

IT IS ORDERED that Movant is permitted to withdraw as counsel of record for Defendant and Counter-Plaintiffs, Ken and Andrea Oakley.

Signed on this the 7th day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

_____
KEN OAKLEY

_____
ANDREA OAKLEY

_____
FRED D. DREILING

*Defendant, Ken Oakley's, Second Amended Answer*
*Gochman vs. Oakley, et. al.*
*Page 4*