# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 00-41265

D.C. Docket No. C-00-CV-126

U.S. COURT OF APPEALS
**FILED**
JUN 0 7 2002
CHARLES R. FULBRUGE III
CLERK

ARTHUR GOCHMAN; MOLLY GOCHMAN

    Plaintiffs - Counter Defendants - Appellants-Cross-Appellees

v.

KEN OAKLEY; ANDREA OAKLEY

    Defendants - Counter Claimants - Appellees-Cross-Appellants

CITY OF PORT ARANSAS, ET AL,

    Defendants

CITY OF PORT ARANSAS; URBAN ENGINEERING; THE PERALLA CORPORATION; JAMES L URBAN; URBAN CONSULTING ENGINEERS, INC.

    Defendants - Appellees

STANLEY A STARRETT, JR

    Defendant - Appellee-Cross-Appellant

Appeals from the United States District Court for the Southern District of Texas, Corpus Christi.

Before DeMOSS, Circuit Judge, and LIMBAUGH,* District Judge.**

## JUDGMENT

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUL 0 1 2002

---

    *District Judge of the Eastern District of Missouri, sitting by designation.

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana   JUL 0 1 2002

\*\*Judge Jones heard oral argument in this case but had to recuse. Accordingly the case is being decided by a quorum.  See 28 U.S.C. Sec. 46(d).